**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BEAUTY BRANDS, LLC, *et al.* | ) Case No. 19-10031 (CSS) |
| | ) |
| Debtors.[1] | ) **Joint Administration Requested** |
| | ) |
| | ) **Related Docket No. 5** |

**ORDER GRANTING DEBTORS' MOTION FOR AN ORDER AUTHORIZING
DEBTORS TO (I) FILE A CONSOLIDATED LIST OF CREDITORS; (II) FILE A
CONSOLIDATED LIST OF DEBTORS' THIRTY CREDITORS HOLDING LARGEST
UNSECURED CLAIMS; AND (III) MAIL INITIAL NOTICES**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") seeking entry of an order authorizing the Debtors to: (i) maintain and file a consolidated list of creditors; (ii) file a consolidated list of the Debtors' thirty creditors holding the largest unsecured claims in lieu of filing lists for each Debtor; and (iii) mail initial notices; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estate, their creditors, and other parties in interest; and the Court having

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Beauty Brands, LLC (0290); Beauty Brands Payroll Holdings, Inc. (6218); and Beauty Brands Payroll, LLC (1789). The location of the Debtors' corporate headquarters is 4600 Madison Avenue, Suite 400, Kansas City, MO 64106.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

{01403151;v2 }

found that notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and the Court having reviewed the Motion and any responses thereto; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      The Debtors are authorized to file a consolidated list of creditors in substantially the same format that is currently maintained by the Debtors in the ordinary course of business, provided, however that in the event that any of the debtors' cases are converted to a chapter 7 case, a non-consolidated list of creditors must be filed within thirty days.

3.      The Debtors are authorized to file a Consolidated Top 30 List.

4.      The Debtors proposed noticing and claims agent, Donlin, Recano & Company, Inc., is hereby authorized to complete all mailings in these chapter 11 cases that are required under the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules.

5.      The Debtors are authorized to take any actions as may be necessary and appropriate to implement the terms of this Order.

6.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: ___1/8___, 2019
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
CHIEF UNITED STATES BANKRUPTCY JUDGE

{01403151;v2 }