**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Beauty Brands, LLC, *et al.* | : | Case No. 19-10031 (CSS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.     **TIGI Linea Corp.**, Attn: Gary Folgate, 1655 Waters Ridge Drive, Lewisville, TX 75057, Phone: 469-528-4486

2.     **Deva Concepts, LLC,** Attn: Charley Lozada, 75 Springs St., 8th Floor, New York, NY 10013, Phone: 917-398-5440

3.     **L'Oreal USA S/D, Inc.,** Attn: Michael Hartman, 50 Connell Drive, Berkeley Heights, NJ 07922, Phone: 908-673-3916 Fax: 908-673-7900


                    ANDREW R. VARA
                    Acting United States Trustee, Region 3


                    /s/ *Linda Casey* for
                    T. PATRICK TINKER
                    ASSISTANT UNITED STATES TRUSTEE

DATED: January 14, 2019

Attorney assigned to this Case: Linda Casey, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Gregory Taylor, Esq., Phone: 302-654-1888, Fax: 302-654-2067