## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BEAUTY BRANDS, LLC, *et al.* | ) | Case No. 19-10031 (CSS) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC
## DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

Beauty Brands, LLC, Beauty Brands Payroll Holdings, Inc. and Beauty Brands Payroll, LLC (collectively, the "**Debtors**")[2] with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Debtors prepare their financial statements and keep their books and records on a consolidated basis in the ordinary course of business. In preparing the Schedules and Statements, the Debtors have used their reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis as required by the Bankruptcy Code and the Bankruptcy Rules. The Schedules and Statements, therefore, contain unaudited

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Beauty Brands, LLC (0290); Beauty Brands Payroll Holdings, Inc. (6218); and Beauty Brands Payroll, LLC (1789). The location of the Debtors' corporate headquarters is 4600 Madison Avenue, Suite 400, Kansas City, MO 64112.

[2] A detailed description of the Debtors and their businesses, and the facts and circumstances surrounding the Debtors' chapter 11 cases, are set forth in greater detail in the *Declaration of Timothy Boates in Support of First Day Motions* [Docket No. 4], filed contemporaneously with the Debtors' voluntary petitions for relief filed under chapter 11 of the Bankruptcy Code on January 6, 2019.

information that is subject to further review and potential material adjustment. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publicly filed or otherwise). The Debtors and their agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.

In preparing the Schedules and Statements, the Debtors relied upon financial data and information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

Mr. Timothy D. Boates, in his capacity as Chief Restructuring Officer of each of the Debtor entities, has signed each of the Schedules and Statements. In reviewing and signing the Schedules and Statements, Mr. Boates has relied upon the efforts, statements and representations of various personnel employed by the Debtors. Mr. Boates has not (and could not have) personally verified the accuracy of each such statement and representation contained in the Schedules and Statements, including, for example, statements and representations concerning amounts owed to creditors.

## Global Notes and Overview of Methodology

1. **Global Notes Control**. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

2. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted, (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the

Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, and any other relevant non- bankruptcy laws.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. The Debtors reserve all rights with respect to such obligations.

3. **Description of Cases and "as of" Information Date**. On January 6, 2019 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On January 8, 2019, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 37].

**The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of December 29, 2018, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of January 6, 2019.**

4. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of December 29, 2018 in the Debtors' books and records. Additionally, because the book values of certain assets may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

5. **Recharacterization**.    Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available.  Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

6. **Real Property and Personal Property–Leased**. In the ordinary course of their businesses, the Debtors leased real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements.  The Debtors have made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC-1. However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

7. **Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary and appropriate

8. **Excluded Assets and Liabilities**.

   The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

   The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that have been or may be rejected. In addition, certain immaterial assets and liabilities may have been excluded.

   The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims on a post-petition basis. Prepetition liabilities which have been authorized to be paid or which have been paid post-petition have been excluded from the Schedules and Statements.  To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

9. **Insiders**.  Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include, without limitation, the following: (a) directors; (b) certain senior level officers; and (c) relatives of any of the foregoing (to the extent known by the Debtors).

   Person or entities listed as "insiders" have been included for informational purposes only and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.  The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal

securities laws, or with respect to any theories of liability or for any other purpose.

10. **Intellectual Property Rights**.    The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

11. **Intercompany and Other Transactions.**  For certain reporting and internal accounting purposes, the Debtors record certain intercompany receivables and payables. Receivables and payables among the Debtors are reported as assets on Schedule A/B or liabilities on Schedule E/F, part 2, as appropriate (collectively, the "*Intercompany Claims*"). Intercompany Claims are reported as of December 29, 2018, updated, where practical, to reflect values as of the Petition Date for accounts that have had material changes since December 29, 2018.]  While the Debtors have used commercially reasonable efforts to ensure that the proper intercompany balance is attributed to each legal entity, the Debtors and their estates reserve all rights to amend the Intercompany Claims in the Schedules and Statements, including, without limitation, to change the characterization, classification, categorization or designation of such claims, including, but not limited to, the right to assert that any or all Intercompany Claims are, in fact, consolidated or otherwise properly assets or liabilities of a different Debtor entity. Although separate Schedules and Statements have been prepared and filed for each of the Debtors, certain of the information set forth in the Schedules and Statements has been prepared on a consolidated basis. As a result, the Schedules and Statements do not reflect all intercompany activity.

12. **Executory Contracts and Unexpired Leases**. Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so.  Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

Moreover, other than real property leases reported in Schedule A/B 55, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' executory contracts  and unexpired leases have been set forth in Schedule G.

13. **Materialman's/Mechanic's Liens**. The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

14. **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to exercise their rights to setoff against such Claims.

15. **Claims Description**.    Schedules D and E/F permit each Debtor to designate a Claim

as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtors expressly reserve all of their rights to subsequently designate such claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

16. **Causes of Action**.    Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements.The Debtors reserve all of their rights with respect to any cause of action against third parties and nothing in the Schedules and Statements shall be deemed a waiver of any such causes of action.

17. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

    a.    <u>Undetermined Amounts</u>. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

    b.    <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c.    <u>Paid Claims</u>. The Debtors have authority to pay certain outstanding prepetition payables pursuant to various Bankruptcy Court orders. Accordingly, certain outstanding liabilities may have been reduced by postpetition payments made on account of prepetition liabilities. In most instances, as applicable, the Debtors have omitted listing those prepetition liabilities which have been fully satisfied prior to the filing of these Schedules or reduced the remaining liability to reflect payments described herein. To the extent the Debtors pay any of the liabilities listed in the Schedules pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules or take other action as is necessary and appropriate to avoid over-payment of or duplicate payments for any such liabilities.

    d.    <u>Liens</u>. Property and equipment listed in the Schedules and Statements are presented without consideration of

any liens that may attach (or have attached) to such property and equipment.

     e.     <u>Currency</u>. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

18. **<u>Estimates and Assumptions</u>**.    To close the books and records of the Debtors as of the Petition Date and to prepare such information on a legal entity basis, the Debtors were required to make estimates, allocations, and assumptions that affect the reported amounts of assets, liabilities, revenue and expenses as of the Petition Date. The Debtors reserve all rights, but shall not be required, to amend the reported amounts of assets, revenue, and expenses to reflect changes in those estimates and assumptions.

19. **<u>Intercompany</u>**. The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. The Debtors and all parties in interest reserve all rights with respect to such accounts.

20. **<u>Credits and Adjustments</u>**. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

21. **<u>Setoffs</u>**. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, deposits, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

22. **<u>Employee and Individual Addresses</u>**. Employee and individual addresses have been removed from entries listed on Schedules E/F and G and the Statements, as applicable. These addresses are available upon reasonable request of the Debtors.

### <u>Specific Disclosures with Respect to the Debtors' Schedules</u>

**<u>Schedule A/B</u>**. All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of December 29, 2018, unless otherwise noted below. Other than real property leases reported on Schedule A/B 55, the Debtors have not included leases and contracts on Schedule A/B. Leases and contracts are listed on Schedule G.

**Schedule A/B 3**. Cash values held in financial accounts are listed on Schedule A/B 3 as of January 6, 2019. Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion for Interim and Final Orders Granting (I) Authority to (A) Continue Using Existing Bank Accounts, Business Forms, Cash Management System, and Credit Card Programs and Pay All Fees Related Thereto, (B) Implement Ordinary Course Changes to Cash Management System, Including Open and Close Bank Accounts, (C) Continue Intercompany Transactions, and (D) Provide Administrative Priority for Intercompany Claims, (II) A Waiver of the Requirements of Section 345(b) of the Bankruptcy Code, and (III) Related Relief* [Docket No. 6] (the "**Cash Management Motion**").

**Schedule A/B 7**. The Bankruptcy Court, pursuant to the *Final Order Granting Motion Pursuant To Sections 105 And 366 Of The Bankruptcy Code For Entry Of Interim And Final Orders (I) Prohibiting Utility Companies From Altering, Refusing Or Discontinuing Services To, Or Discriminating Against, The Debtors And (Ii) Determining That The Utility Companies Are Adequately Assured Of Post-Petition Payment* [Docket No. 168], has authorized the Debtors to provide adequate assurance of payment for postpetition utility services, including a deposit in the amount of $105,000.00. Such deposit is not listed on Schedule A/B 7, which was prepared as of the Petition Date.

**Schedule A/B 11**. Accounts receivable do not include intercompany receivables. Intercompany receivables are reported on Schedule A/B 77.

**Schedule A/B 15**. Ownership interests in subsidiaries have been listed in Schedules A/B 15 as an undetermined amount because the fair market value of such ownership is dependent on numerous variables and factors and likely differs significantly from their net book value.

**Schedule A/B 55**. The Debtors do not own any real property. The Debtors have listed their real property leases in Schedule A/B 55, along with the value of any leasehold improvements.

**Schedule A/B 25**. The amount listed on Schedule A/B 25 relating to the value of the property purchased within 20 days before the case filing is an estimate and does not reflect a complete analysis of the property subject to section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

**Schedules A/B 60-65**. Intangibles and Intellectual Property listed in Schedules A/B 60-65 are listed as an undetermined amount or at their net book value. The fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value. The Debtors maintain databases into which they collect and retain personally identifiable information of customers including a customer database which contains customers' name, address, phone number, e-mail address, purchase history and promotional history; and an e-mail database which contains e-mail address, the store information was collected from, open/click history, name, zip code, subscription status and date of subscription/opt out.

The amounts listed with respect to each of these databases are undetermined because the fair market value of such ownership cannot be determined.

**Schedule A/B 74 & 75**. In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or warranty Claims. Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver, release, relinquishment, or forfeiture of such cause of action, claim, or right.

**Schedule D**. The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included. All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

With respect to the Claims listed on Schedule D, reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights.

**Schedule E/F part 1**. The Bankruptcy Court has authorized the Debtors, in their discretion, to pay certain liabilities that may be entitled to priority under the applicable provisions of the Bankruptcy Code. For example, on January 28, 2019, the Bankruptcy Court entered that certain *Final Order Authorizing The Payment Of Pre-Petition Taxes And Assessments* [Docket No. 166] and *Final Order Authorizing The Debtors To (A) Pay Pre-Petition Employee Obligations And (B) Maintain And Continue Employee Benefit Programs And Pay Related Administrative Obligations* [Docket No. 167]. To the extent that applicable Claims have been paid under one or more of the foregoing orders, such Claims may not be included in Schedule E/F.

The Debtors' analysis of potential priority claims is ongoing and may take significant time to complete. Accordingly, amounts on Schedule E/F, part 1 have been classified as "undetermined" pending conclusion of that analysis. In addition, as of the Petition Date, the Debtors' books and records reflected an aggregate net liability in respect of gift cards and

store credits. Because the Debtors do not know the identities of holders of such gift cards and credits, these are not listed on Schedule E/F, part 1.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

**Schedule E/F part 2**. The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.

Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein. The Debtors expressly incorporate by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtors' Statements 7 as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that have been or may be rejected.

In addition, as of the Petition Date, the Debtors' books and records reflected an aggregate net liability in respect of gift cards and store credits. Because the Debtors do not know the identities of holders of such gift cards and credits, these are not listed on Schedule E/F, part 2.

**Schedule G**.  Although reasonable efforts have been made to ensure the accuracy of each Debtor's Schedule G, inadvertent errors may have occurred.  Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on ScheduleG.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements.  Such documents may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute.  Executory agreements that are oral in nature have not been included on the Schedule G.

The Debtors reserve all of their rights, Claims and causes of action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract, agreement or lease.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract or that such contract is an executory contract or unexpired lease. The Debtors reserve all of their rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

The Debtors maintain a variety of insurance policies, including, without limitation, property, general liability, and employee related policies. For purposes of Schedule G, all insurance policies are included however, multiple Debtors may be a party to or covered by the policies.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H.

The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

### Specific Disclosures with Respect to the Debtors' Statements

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4), employees, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals). The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3. All disbursements listed on Statement 3 are made through the Debtors' cash management system. Additionally, all disbursement information reported in Statement 3 for a specific Debtor pertains to the bank accounts maintained by that Debtor.

**Statement 4**.  Statement 4 accounts for a respective Debtor's transfers to insiders as applicable. The amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), expense reimbursement, relocation reimbursement, and/or severance. Amounts paid on behalf of such employee for certain life and disability coverage, which coverage is provided to all of the Debtors' employees, has not been included.

**Statement 5**.  Statement 5 excludes goods returned in the ordinary course of business.

**Statement 6**. There may be instances, including, without limitation, holdbacks made by credit card processors, where such a setoff has occurred without the Debtors' knowledge.

**Statement 7**. Any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Statement 10**. The Debtors occasionally incur losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes. Ordinary course shrinkage is not reflected in the Statements. The losses listed on Statement 10 are based on estimated amounts.

**Statement 11**. Out of an abundance of caution, the Debtors have included payments to all professionals who have rendered any advice related to the Debtors' bankruptcy

proceedings in Statement 11. However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services, and may include services rendered to other parties.

**Statement 26d**. The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Statement 26d.

**Statement 30**. Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

**Fill in this information to identify the case:**

**Debtor name:** Beauty Brands, LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 19-10031

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B ...................................................

   | $7,925,506.53 |
   |---|

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B .............................................

   | $29,012,657.14 |
   |---|

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B ...............................................

   | $36,938,163.67 |
   |---|

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D .................

   | $6,854,900.67 |
   |---|

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F .......................................................

   | UNDETERMINED |
   |---|

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ...........................

   | + $14,007,156.22 |
   |---|

4. *Total liabilities*
   Lines 2 + 3a + 3b .........................................................................................................................

   | $20,862,056.89 |
   |---|

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Beauty Brands, LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 19-10031 |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. In this form used in this form.

## Part 1:    Cash and cash equivalents

**1.    Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

**2.    Cash on hand**

| 2.1. | CASH ON HAND | | | $89,156.49 |
| --- | --- | --- | --- | --- |

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | BANK OF AMERICA KARA MILLER 15110 DALLAS PKWY STE 100A DALLAS TX 75248 | CHECKING | 0625 | $5,236.58 |
| 3.2. | BANK OF AMERICA KARA MILLER 2080 W INA RD TUCSON AZ 85704 | STORE SWEEP | 0876 | $0.00 |
| 3.3. | BANK OF AMERICA KARA MILLER 5019 PRESTON RD FRISCO TX 75034 | STORE SWEEP | 0892 | $0.00 |
| 3.4. | BANK OF AMERICA KARA MILLER 2189 E WILLIAMS FIELD RD GILBERT AZ 85295 | CHECKING | 1252 | $8,293.95 |
| 3.5. | BANK OF AMERICA KARA MILLER 6401 N CAMPBELL AVE TUCSON AZ 85718 | CHECKING | 1265 | $12,044.76 |

Debtor    **Beauty Brands, LLC**                                                      Case number *(if known)* **19-10031**

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.6. | BANK OF AMERICA<br>KARA MILLER<br>2325 MARKETPLACE DRIVE<br>WACO TX 76711 | CHECKING | 4023 | $17,555.59 |
| 3.7. | BANK OF AMERICA<br>KARA MILLER<br>6360 CAMP BOWIE BLVD<br>FORT WORTH TX 76116 | CHECKING | 4036 | $9,607.03 |
| 3.8. | BANK OF AMERICA<br>KARA MILLER<br>6901 NORTHWEST EXPY<br>OKLAHOMA CITY OK 73132 | CHECKING | 4049 | $12,282.42 |
| 3.9. | BANK OF AMERICA<br>KARA MILLER<br>N/A<br>N/A | CHECKING | 5406 | $25,290.69 |
| 3.10. | BANK OF AMERICA<br>KARA MILLER<br>12345 W 95TH ST<br>LENEXA KS 66215 | CHECKING | 5522 | $11,436.26 |
| 3.11. | BANK OF AMERICA<br>KARA MILLER<br>6125 W PARK BLVD<br>PLANO TX 75093 | STORE SWEEP | 5748 | $0.00 |
| 3.12. | BANK OF AMERICA<br>KARA MILLER<br>2101 W MEMORIAL RD<br>OKLAHOMA CITY OJ 83134 | STORE SWEEP | 6086 | $0.00 |
| 3.13. | BANK OF AMERICA<br>KARA MILLER<br>13008 N TATUM BLVD<br>PHOENIX AZ 85032 | CHECKING | 6225 | $9,069.31 |
| 3.14. | BANK OF AMERICA<br>KARA MILLER<br>1965 28TH ST<br>BOULDER CO 80301 | CHECKING | 6518 | $2,687.22 |
| 3.15. | BANK OF AMERICA<br>KARA MILLER<br>8695 COLLEGE BLVD<br>OVERLAND PARK KS 68154-3775 | CHECKING | 6521 | $6,800.45 |
| 3.16. | BANK OF AMERICA<br>KARA MILLER<br>9137 WESTVIEW ROAD<br>LONE TREE CO 80124-5134 | CHECKING | 6534 | $6,890.81 |
| 3.17. | BANK OF AMERICA<br>KARA MILLER<br>9611 HOLLY POINT DR<br>HUNTERSVILLE NC 28078 | CHECKING | 6547 | $3,961.94 |
| 3.18. | BANK OF AMERICA<br>KARA MILLER<br>1801 NW CHIPMAN ROAD<br>LEES SUMMIT MO 64081-3939 | CHECKING | 6550 | $16,935.29 |
| 3.19. | BANK OF AMERICA<br>KARA MILLER<br>6101 S BROADWAY AVE<br>TYLER TX 75703 | CHECKING | 6563 | $13,543.73 |

Debtor    **Beauty Brands, LLC**                                                                                  Case number *(if known)* **19-10031**

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.20. | BANK OF AMERICA<br>KARA MILLER<br>5325 SW 21ST ST<br>TOPEKA KS 66604 | CHECKING | 7297 | $39,229.29 |
| 3.21. | BANK OF AMERICA<br>KARA MILLER<br>451 W 47TH ST<br>KANSAS CITY MO 64112 | STORE SWEEP | 7454 | $0.00 |
| 3.22. | BANK OF BLUE VALLEY<br>1935 RILEY ST<br>OVERLAND PARK KS 66213 | CHECKING | 3870 | $500.00 |
| 3.23. | BB&T<br>16710 NORTHCROSS DR<br>HUNTERSVILLE NC 28078 | CHECKING | 0420 | $455.19 |
| 3.24. | CHASE<br>6201 W PARK BLVD<br>PLANO TX 75093 | CHECKING | 1935 | $419.28 |
| 3.25. | CHASE<br>2500 ARAPAHOE AVE<br>BOULDER CO 80302 | CHECKING | 6492 | $401.18 |
| 3.26. | CHASE<br>5800 S PARKER RD<br>AURORA CO 80015 | CHECKING | 7325 | $7,867.30 |
| 3.27. | CHASE<br>7190 N ACADEMY BLVD<br>COLORADO SPRINGS CO 80920 | CHECKING | 7907 | $9,495.07 |
| 3.28. | CITY NATIONAL BANK<br>1836 NW 82ND ST<br>LAWTON OK 73505 | CHECKING | 4424 | UNDETERMINED |
| 3.29. | COMMERCE BANK<br>1 LIBERTY BELL CIR<br>LIBERTY MO 64068 | CHECKING | 3179 | $0.00 |
| 3.30. | COMMERCE BANK-IL<br>13441 STATE LINE RD<br>KANSAS CITY MO 64145 | CHECKING | 5726 | $10,833.97 |
| 3.31. | GREAT AMERICAN BANK<br>3500 CLINTON PARKWAY<br>LAWRENCE KS 66047 | CHECKING | 3348 | $451.18 |
| 3.32. | PNC BANK | CHECKING | 3282 | $0.00 |
| 3.33. | PNC BANK | CHECKING | 3303 | $43.88 |
| 3.34. | PNC BANK | CHECKING | 3311 | $86.51 |
| 3.35. | PNC BANK | COLLECTIONS | 6138 | $313,898.96 |
| 3.36. | PNC BANK | OPERATING | 7237 | $167,384.89 |
| 3.37. | PNC BANK | COLLECTIONS | 7245 | $0.00 |
| 3.38. | PNC BANK | COLLECTIONS | 7253 | $12,388.48 |
| 3.39. | PNC BANK | COLLECTIONS | 7261 | $15,375.67 |
| 3.40. | PNC BANK | CONTROLLED DISBURSEMENT | 7288 | $0.00 |
| 3.41. | PNC BANK | CHECKING | 9027 | $724.70 |
| 3.42. | PNC BANK | CHECKING | 9035 | $0.00 |

| Debtor | **Beauty Brands, LLC** | | Case number *(if known)* **19-10031** |
|---|---|---|---|

**3.     Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.43. | PNC BANK | CHECKING | 9043 | $74.48 |
| 3.44. | PNC BANK | CHECKING | 9051 | $962.58 |
| 3.45. | PNC BANK | CHECKING | 9078 | $444.71 |
| 3.46. | PNC BANK | CHECKING | 9086 | $1,791.72 |
| 3.47. | PNC BANK | CHECKING | 9094 | $581.30 |
| 3.48. | PNC BANK | CHECKING | 9107 | $1,056.95 |
| 3.49. | PNC BANK | CHECKING | 9115 | $607.94 |
| 3.50. | PNC BANK | CHECKING | 9123 | $0.00 |
| 3.51. | PREMIER BANK (PREVIOUSLY MID CITY BANK)<br>4318 DODGE ST<br>OMAHA NE 68131-2712 | CHECKING | 6047 | $504.47 |
| 3.52. | SECURITY BANK<br>10840 PARALLEL PKWY<br>KANSAS CITY KS 66109 | CHECKING | 4732 | $18,184.24 |
| 3.53. | SECURITY BANK OF KC<br>4550 BELLEVIEW AVE<br>KANSAS CITY MO 64111 | CHECKING | 0094 | $522.09 |
| 3.54. | TCF BANK<br>8756 SOUTH YOSEMITE STREET<br>LONE TREE CO 80124 | CHECKING | 1948 | UNDETERMINED |
| 3.55. | TCF BANK (PREVIOUSLY HERITAGE)<br>11968 VRAIN ST<br>WESTMINSTER CO 80031 | CHECKING | 7743 | $530.40 |
| 3.56. | US BANK<br>BECKY MATTHEWS<br>1599 NE DOUGLAS ST<br>LEE'S SUMMIT MO 64086 | CHECKING | 2715 | $26,864.36 |
| 3.57. | US BANK<br>BECKY MATTHEWS<br>1807 W 2ND ST.<br>LAWRENCE KS 66046 | CHECKING | 2723 | $20,990.05 |
| 3.58. | US BANK<br>BECKY MATTHEWS<br>6363 W 120TH AVE<br>BROOMFIELD CO 80020 | CHECKING | 2731 | $15,806.10 |
| 3.59. | US BANK<br>BECKY MATTHEWS<br>1909 W KANSAS ST<br>LIBERTY MO 64068 | CHECKING | 2749 | $38,885.30 |
| 3.60. | US BANK<br>BECKY MATTHEWS<br>505 N 155TH PLZ<br>OMAHA NE 68154 | CHECKING | 2756 | $21,904.45 |
| 3.61. | US BANK<br>BECKY MATTHEWS<br>233 N 48TH ST<br>LINCOLN NE 68504 | CHECKING | 3512 | $19,833.75 |
| 3.62. | US BANK<br>BECKY MATTHEWS<br>12970 W INDIAN SCHOOL RD<br>LITCHFIELD PARK AZ 85340 | CHECKING | 3557 | $7,911.05 |

Debtor    **Beauty Brands, LLC**                                                        Case number *(if known)* **19-10031**

**3.**       **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.63. | US BANK<br>BECKY MATTHEWS<br>15610 SHAWNEE MISSION PKWY<br>SHAWNEE KS 66217 | CHECKING | 5399 | $17,479.26 |
| 3.64. | US BANK<br>BECKY MATTHEWS<br>5515 UTICA RIDGE RD<br>DAVENPORT IA 52807 | CHECKING | 6862 | $13,532.71 |
| 3.65. | US BANK<br>BECKY MATTHEWS<br>15380 W 119TH ST<br>OLATHE KS 66062 | CHECKING | 8346 | $18,973.77 |
| 3.66. | US BANK<br>BECKY MATTHEWS<br>6161 NW BARRY RD<br>KANSAS CITY MO 64154 | CHECKING | 8408 | $18,484.73 |
| 3.67. | US BANK<br>BECKY MATTHEWS<br>18781 E 39TH ST<br>S INDEPENDENCE MO 64057 | CHECKING | 8416 | $34,253.09 |
| 3.68. | US BANK<br>BECKY MATTHEWS<br>222 S 72ND ST<br>OMAHA NE 68114 | CHECKING | 8424 | $12,484.01 |
| 3.69. | WELLS FARGO<br>GREG SWEENEY<br>925 E OCOTILLO RD<br>CHANDLER AZ 85249 | CHECKING | 4909 | $6,110.24 |
| 3.70. | WELLS FARGO<br>GREG SWEENEY<br>222 W SOUTHLAKE BLVD<br>SOUTHLAKE TX 76092 | CHECKING | 5849 | $7,289.70 |
| 3.71. | WELLS FARGO<br>GREG SWEENEY<br>9801 UNIVERSITY AVE<br>CLIVE IA 50325 | CHECKING | 6391 | $16,094.41 |
| 3.72. | WELLS FARGO<br>GREG SWEENEY<br>4823 E RAY RD<br>PHOENIX AZ 85044 | CHECKING | 6409 | $10,571.59 |
| 3.73. | WELLS FARGO<br>GREG SWEENEY<br>7830 DENTON HWY<br>WATAUGA TX 76148 | CHECKING | 6565 | $10,187.99 |
| 3.74. | WELLS FARGO<br>GREG SWEENEY<br>8450 S 71ST PLZ<br>PAPILLION NE 68133 | CHECKING | 6573 | $13,847.55 |
| 3.75. | WELLS FARGO<br>GREG SWEENEY<br>7510 W BELL RD<br>GLENDALE AZ 85308 | CHECKING | 6789 | $11,487.28 |

Debtor    **Beauty Brands, LLC**                                              Case number *(if known)* **19-10031**

**4.    Other cash equivalents** *(Identify all)*

| | Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|---|
| 4.1. | _____ | _____ | _____ | _____ | $_____ |

**5.    Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$1,198,600.34

---

**Part 2:    Deposits and prepayments**

**6.    Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below

**7.    Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| 7.1. | DM OFFICE DEPOSIT | $335.20 |
| | ABBY OFFICE CENTER LTD, KIRBY | |
| 7.2. | SECURITY DEPOSIT | $19,494.00 |
| | AZ FINANCIAL TT CORPORATION | |
| 7.3. | SECURITY DEPOSIT | $14,500.00 |
| | BRIAR RIDGE PRESTON PARTNERS | |
| 7.4. | SECURITY DEPOSIT | $12,343.72 |
| | BRUCE W DERRICK | |
| 7.5. | SECURITY DEPOSIT | $11,628.00 |
| | C4 VENTURES, LLC | |
| 7.6. | UTILITY DEPOSIT | $1,756.00 |
| | CENTERPOINT ENERGY | |
| 7.7. | UTILITY DEPOSIT | $150.00 |
| | CITY OF AVONDALE | |
| 7.8. | SECURITY DEPOSIT | $14,667.00 |
| | CTS, LLC | |
| 7.9. | FSA DEPOSIT | $500.00 |
| | FIRST TRUST OF MIDAMERICA | |
| 7.10. | SECURITY DEPOSIT | $11,790.01 |
| | GUARDIAN SAVINGS & LOAN | |
| 7.11. | SECURITY DEPOSIT | $11,522.00 |
| | HIGHWOODS REALTY | |
| 7.12. | UTILITY DEPOSIT | $374.00 |
| | ILLUMINATING CO | |
| 7.13. | UTILITY DEPOSIT | $800.00 |
| | KANSAS GAS SERVICE | |

| Debtor | **Beauty Brands, LLC** | Case number *(if known)* **19-10031** |

**7.    Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|

| | | |
|---|---|---|
| 7.14. | UTILITY DEPOSIT | $9,830.00 |
| | KANSAS GAS SERVICE | |
| 7.15. | DEPOSIT | $3,000.00 |
| | LINK SHARE CORPORATION | |
| 7.16. | UTILITY DEPOSIT | $610.00 |
| | METROPOLITAN UTILITIES | |
| 7.17. | RENT DEPOSIT | $166.67 |
| | NORTH DALLAS EXECUTIVE SUITES | |
| 7.18. | SECURITY DEPOSIT | $8,750.00 |
| | ORCHARD CENTER, LLC | |
| 7.19. | SECURITY DEPOSIT | $8,750.00 |
| | ORCHARD CENTER, LLC | |
| 7.20. | SECURITY DEPOSIT | $12,600.00 |
| | PAD ONE RETAIL | |
| 7.21. | SECURITY DEPOSIT | $12,000.00 |
| | PROMENADE SHOPPING CENTER, LLC | |
| 7.22. | UTILITY DEPOSIT | $1,900.00 |
| | PUBLIC SERVICE CO OF OK | |
| 7.23. | SECURITY DEPOSIT | $6,666.67 |
| | R.D. SHOPPING CENTER | |
| 7.24. | SECURITY DEPOSIT | $1,298.00 |
| | REGUS | |
| 7.25. | DM OFFICE DEPOSIT | $732.45 |
| | REGUS CORPORATION | |
| 7.26. | DM OFFICE DEPOSIT | $1,350.00 |
| | REGUS CORPORATION | |
| 7.27. | DM OFFICE DEPOSIT | $1,216.12 |
| | REGUS CORPORATION | |
| 7.28. | DM OFFICE DEPOSIT | $76.55 |
| | REGUS CORPORATION | |
| 7.29. | SECURITY DEPOSIT | $18,965.97 |
| | SHAWNEE STATION | |
| 7.30. | SECURITY DEPOSIT | $15,509.37 |
| | SPC CHAPEL HILL, LTD | |
| 7.31. | L. KIRBY OFFICE - RETAINER | $1,700.00 |
| | THE ARBORS | |

Debtor    **Beauty Brands, LLC**                                           Case number *(if known)* **19-10031**

**7.**    **Deposits, including security deposits and utility deposits**

|  | Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| 7.32. | SECURITY DEPOSIT | $350.00 |
|  | THE VIRTUAL WORKPLACE | |
| 7.33. | DM OFFICE DEPOSIT | $1,050.00 |
|  | TTG ENTERPRISES | |
| 7.34. | SECURITY DEPOSIT | $18,368.33 |
|  | TYLER BROADWAY/CENTENNIAL | |
| 7.35. | UTILITY DEPOSIT | $630.00 |
|  | VECTREN ENERGY DELIVERY | |
| 7.36. | UTILITY DEPOSIT | $800.00 |
|  | VECTREN GAS CO | |
| 7.37. | SECURITY DEPOSIT | $12,800.00 |
|  | VESTAR ARIZONA XVI, LLC | |
| 7.38. | SECURITY DEPOSIT | $13,563.32 |
|  | WATAUGA PAVILION, LTD | |

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

|  | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.1. | COMPUTER LICENSES | $1,156.35 |
|  | 3E COMPANY | |
| 8.2. | E REVENUE INSIGHTS - SERVICE | $23,670.83 |
|  | BLUE TRIANGLE TECHNOLOGIES INC | |
| 8.3. | PATHFINDER SERVICES | $375.00 |
|  | HAWKEYE | |
| 8.4. | SOPHOS ENDPOINT PROTECTION- SERVICE | $2,706.68 |
|  | ICE SYSTEMS | |
| 8.5. | WAREHOUSE LIBRARIAN - SERVICE | $10,709.50 |
|  | INTEK INTEGRATION TECHNOLOGIES | |
| 8.6. | PRODUCT | $36,956.96 |
|  | IT'S A 10 HAIRCARE | |
| 8.7. | ACCOUNTING SOFTWARE | $58,986.06 |
|  | JDA SOFTWARE INC | |
| 8.8. | COMPUTER LICENSES | $24,497.40 |
|  | MICROSOFT | |
| 8.9. | EAP BENEFITS | $4,491.90 |
|  | NEW DIRECTIONS BEHAVIORAL HEALTH | |
| 8.10. | CONTENT ENGINE - SERVICE | $2,083.37 |
|  | OLAPIC | |

Debtor    **Beauty Brands, LLC**                                          Case number *(if known)* **19-10031**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.11. | SOFTWARE MAINTENANCE - SERVICE | $135.00 |
| | PRODATA | |
| 8.12. | HARDWARE MAINTENANCE - SERVICE | $4,189.05 |
| | SIRIUS COMPUTER SOLUTIONS | |
| 8.13. | APOLLO MAINTENANCE - SERVICE | $685.58 |
| | SYMPHONY EYC SOLUTIONS US | |
| 8.14. | PRODUCT | $7,950.60 |
| | T3 MICRO | |
| 8.15. | EMPLOYEE BENEFITS COMMUNICATION SOFTWARE | $15,416.66 |
| | THE JELLYVISION LAB INC | |
| 8.16. | LABELING SOFTWARE | $173.72 |
| | TL ASHFORD & ASSOCIATES | |
| 8.17. | POSTAGE | $98,701.55 |
| | US POSTMASTER | |
| 8.18. | INDUSTRY TRENDS RESEARCH & FORECASTING | $20,600.02 |
| | WGSN | |
| 8.19. | WEBSITE CONTENT CREATOR | $1,625.00 |
| | ZMAGS | |

9.    **Total of part 2**

Add lines 7 through 8. Copy the total to line 81.

$567,654.61

**Part 3:    Accounts receivable**

10.    **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11.    **Accounts receivable**

| | | Face amount | | Doubtful or uncollectible accounts | | | |
|---|---|---|---|---|---|---|---|
| 11a.[1] | 90 days old or less: | $373,433.23 | - | $0.00 | = ........ → | | $373,433.23 |
| 11a.[2] | 90 days old or less: | $1,545,159.79 | - | $0.00 | = ........ → | | $1,545,159.79 |
| | | Face amount | | Doubtful or uncollectible accounts | | | |
| 11b.[1] | Over 90 days old: | $92,637.37 | - | $0.00 | = ........ → | | $92,637.37 |
| 11b.[2] | Over 90 days old: | $_____ | - | $_____ | = ........ → | | $_____ |

12.    **Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$2,011,230.39

Debtor  **Beauty Brands, LLC**                                                        Case number *(if known)* **19-10031**

¹CUSTOMER ACCOUNTS RECEIVABLES

²CREDIT CARD RECEIVABLES

| Part 4: | Investments |
|---|---|

**13.   Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.   Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

| 14.1. _____ | _____ | $_____ |
|---|---|---|

**15.   Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity | % of ownership | | |
|---|---|---|---|---|
| 15.1. | BEAUTY BRANDS PAYROLL HOLDINGS, INC.<br>4600 MADISON AVE STE 500<br>KANSAS CITY MO 64112 | 100% | cost | UNDETERMINED |
| 15.2. | BEAUTY BRANDS PAYROLL, LLC<br>4600 MADISON AVE STE 500<br>KANSAS CITY MO 64112 | 99.9% | cost | UNDETERMINED |

**16.   Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

| 16.1. _____ | _____ | $_____ |
|---|---|---|

**17.   Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

|  |
|---|
| UNDETERMINED |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.   Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.   Raw materials**

| 19.1. _____ | _____ | $_____ | _____ | $_____ |
|---|---|---|---|---|

**20.   Work in progress**

| 20.1. _____ | _____ | $_____ | _____ | $_____ |
|---|---|---|---|---|

**21.   Finished goods, including goods held for resale**

| 21.1. _____ | _____ | $_____ | _____ | $_____ |
|---|---|---|---|---|

Debtor  **Beauty Brands, LLC**                                      Case number (if known) **19-10031**

**22.**  **Other inventory or supplies**

| | General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 22.1. | INVENTORY - RETAIL PRODUCTS | 9/1/2018 | $13,577,220.59 | NET BOOK VALUE | $13,577,220.59 |
| 22.2. | INVENTORY - SALON SUPPLIES | 9/1/2018 | $971,621.30 | NET BOOK VALUE | $971,621.30 |
| 22.3. | INVENTORY - STORE SUPPLIES | 9/1/2018 | $309,357.00 | NET BOOK VALUE | $309,357.00 |

**23.**  **Total of part 5**

Add lines 19 through 22. Copy the total to line 84.

$14,858,198.89

**24.**  **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.**  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes Book value: $602,429.00 Valuation method: NET BOOK VALUE Current value: $602,429.00

**26.**  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27.**  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.**  **Crops—either planted or harvested** | | | |
| 28.1. _____ | $_____ | _____ | $_____ |
| **29.**  **Farm animals.**  Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1. _____ | $_____ | _____ | $_____ |
| **30.**  **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1. _____ | $_____ | _____ | $_____ |
| **31.**  **Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1. _____ | $_____ | _____ | $_____ |
| **32.**  **Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1. _____ | $_____ | _____ | $_____ |

**33.**  **Total of part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34.**  **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

| Debtor | **Beauty Brands, LLC** | Case number *(if known)* **19-10031** |
|---|---|---|

☐ No

☐ Yes

**35.    Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____   Valuation method: _____   Current value: $_____

**36.    Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.    Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38.    Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    Office furniture** | | | |
| 39.1.   OWNED | $1,729,792.80 | Net Book Value | $1,729,792.80 |
| **40.    Office fixtures** | | | |
| 40.1.   OWNED | $7,808,023.33 | Net Book Value | $7,808,023.33 |
| **41.    Office equipment, including all computer equipment and communication systems equipment and software** | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| 41.1.   OWNED | $822,520.96 | Net Book Value | $822,520.96 |
| **42.    Collectibles.** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1.   _____ | $_____ | _____ | $_____ |

**43.    Total of part 7**

Add lines 39 through 42. Copy the total to line 86.

$10,360,337.09

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest **(Where available)** | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1.  _____  $_____  _____  $_____

**48.  Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1.  _____  $_____  _____  $_____

**49.  Aircraft and accessories**

49.1.  _____  $_____  _____  $_____

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1.  LEASED EQUIPMENT                    UNDETERMINED    undetermined    UNDETERMINED

**51.  Total of part 8**

Add lines 47 through 50. Copy the total to line 87.

| |
|---|
| UNDETERMINED |

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No

☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

| Part 9: | Real property |
|---|---|

**54.  Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest **(Where available)** | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| 55.1.  LOCATION 3001 - DISTRIBUTION CENTER<br><br>REAL PROPERTY LEASE - DISTRIBUTION CENTER<br><br>_____<br>15507 W 99TH ST<br>LENEXA KS 66219 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
|---|---|---|---|---|

---

Debtor   **Beauty Brands, LLC**                                        Case number *(if known)* **19-10031**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.2. | LOCATION 3001 - DISTRIBUTION CENTER - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - DISTRIBUTION CENTER<br><br>15507 W 99TH ST<br>LENEXA KS 66219 | LEASEHOLD IMPROVEMENTS | $32,329.03 | Net Book Value | $32,329.03 |
| 55.3. | LOCATION 9003 - DISTRIBUTION CENTER<br><br>REAL PROPERTY LEASE - DISTRIBUTION CENTER<br><br>15501 WEST 99TH ST<br>LENEXA KS 66219 | LEASEHOLD INTEREST | UNDETERMINED | | UNDETERMINED |
| 55.4. | LOCATION 9003 - DISTRIBUTION CENTER - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - DISTRIBUTION CENTER<br><br>15501 WEST 99TH ST<br>LENEXA KS 66219 | LEASEHOLD IMPROVEMENTS | $233,553.59 | Net Book Value | $233,553.59 |
| 55.5. | LOCATION 9999 - CORPORATE OFFICE HEADQUARTERS<br><br>REAL PROPERTY LEASE - CORPORATE HEADQUARTERS<br><br>4600 MADISON AVENUE<br>STE 400<br>KANSAS CITY MO 64112 | LEASEHOLD INTEREST | UNDETERMINED | | UNDETERMINED |
| 55.6. | LOCATION 9999 - CORPORATE OFFICE HEADQUARTERS - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - CORPORATE HEADQUARTERS<br><br>4600 MADISON AVENUE<br>STE 400<br>KANSAS CITY MO 64112 | LEASEHOLD IMPROVEMENTS | $240,745.48 | Net Book Value | $240,745.48 |
| 55.7. | STORE NO. - 127 INDEPENDENCE PAVILIONS AT HARTMAN HERITAGE<br><br>REAL PROPERTY LEASE - STORE<br><br>20200 EAST JACKSON DRIVE<br>INDEPENDENCE MO 64057 | LEASEHOLD INTEREST | UNDETERMINED | | UNDETERMINED |

| Debtor | **Beauty Brands, LLC** | | | Case number *(if known)* **19-10031** |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.8. STORE NO. - 127 INDEPENDENCE PAVILIONS AT HARTMAN HERITAGE - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>―――――――――――――――――――<br>20200 EAST JACKSON DRIVE INDEPENDENCE MO 64057 | LEASEHOLD IMPROVEMENTS | $44,504.61 | Net Book Value | $44,504.61 |
| 55.9. STORE NO. - 101 OVERLAND PARK PINNACLE VILLAGE<br><br>REAL PROPERTY LEASE - STORE<br><br>―――――――――――――――――――<br>7501 W 119 ST OVERLAND PARK KS 66213 | LEASEHOLD INTEREST | UNDETERMINED | ―――――――― | UNDETERMINED |
| 55.10. STORE NO. - 101 OVERLAND PARK PINNACLE VILLAGE - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>―――――――――――――――――――<br>7501 W 119 ST OVERLAND PARK KS 66213 | LEASEHOLD IMPROVEMENTS | $224,140.74 | Net Book Value | $224,140.74 |
| 55.11. STORE NO. - 102 LEE'S SUMMIT TUDOR SHOPS<br><br>REAL PROPERTY LEASE - STORE<br><br>―――――――――――――――――――<br>951 NE RICE RD LEE'S SUMMIT MO 64086 | LEASEHOLD INTEREST | UNDETERMINED | ―――――――― | UNDETERMINED |
| 55.12. STORE NO. - 102 LEE'S SUMMIT TUDOR SHOPS - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>―――――――――――――――――――<br>951 NE RICE RD LEE'S SUMMIT MO 64086 | LEASEHOLD IMPROVEMENTS | $151,244.32 | Net Book Value | $151,244.32 |
| 55.13. STORE NO. - 103 LAWRENCE PARKWAY SHOPPING CENTER<br><br>REAL PROPERTY LEASE - STORE<br><br>―――――――――――――――――――<br>3514 CLINTON PKWY, SUITE J LAWRENCE KS 66047 | LEASEHOLD INTEREST | UNDETERMINED | ―――――――― | UNDETERMINED |

| Debtor | **Beauty Brands, LLC** | | | Case number *(if known)* **19-10031** |
|---|---|---|---|---|

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.14. STORE NO. - 103<br>LAWRENCE<br>PARKWAY SHOPPING CENTER - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>3514 CLINTON PKWY, SUITE J<br>LAWRENCE KS 66047 | LEASEHOLD IMPROVEMENTS | $133,820.50 | Net Book Value | $133,820.50 |
| 55.15. STORE NO. - 104<br>KC NORTH<br>BARRYWOODS CROSSING<br><br>REAL PROPERTY LEASE - STORE<br><br>6519 NW BARRY RD<br>KANSAS CITY MO 64154 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.16. STORE NO. - 104<br>KC NORTH<br>BARRYWOODS CROSSING - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>6519 NW BARRY RD<br>KANSAS CITY MO 64154 | LEASEHOLD IMPROVEMENTS | $125,327.36 | Net Book Value | $125,327.36 |
| 55.17. STORE NO. - 105<br>LENEXA<br>ORCHARD CORNERS<br><br>REAL PROPERTY LEASE - STORE<br><br>9570 QUIVIRA RD<br>LENEXA KS 66215 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.18. STORE NO. - 105<br>LENEXA<br>ORCHARD CORNERS - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>9570 QUIVIRA RD<br>LENEXA KS 66215 | LEASEHOLD IMPROVEMENTS | $137,180.84 | Net Book Value | $137,180.84 |
| 55.19. STORE NO. - 106<br>OLATHE STATION NORTH<br><br>REAL PROPERTY LEASE - STORE<br><br>15225 W 119 ST<br>OLATHE KS 66062 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

| Debtor | **Beauty Brands, LLC** | | Case number *(if known)* **19-10031** |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.20. STORE NO. - 106<br>OLATHE STATION NORTH - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>15225 W 119 ST<br>OLATHE KS 66062 | LEASEHOLD IMPROVEMENTS | $304,547.73 | Net Book Value | $304,547.73 |
| 55.21. STORE NO. - 107<br>LONE TREE<br><br>REAL PROPERTY LEASE - STORE<br><br>9197 WESTVIEW RD.,<br>SUITE B<br>LONE TREE CO 80124 | LEASEHOLD INTEREST | UNDETERMINED | | UNDETERMINED |
| 55.22. STORE NO. - 107<br>LONE TREE - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>9197 WESTVIEW RD.,<br>SUITE B<br>LONE TREE CO 80124 | LEASEHOLD IMPROVEMENTS | $67,729.11 | Net Book Value | $67,729.11 |
| 55.23. STORE NO. - 108<br>PEORIA<br>ARROWHEAD PALMS<br><br>REAL PROPERTY LEASE - STORE<br><br>7445 WEST BELL ROAD,<br>SUITE 100<br>PEORIA AZ 85382 | LEASEHOLD INTEREST | UNDETERMINED | | UNDETERMINED |
| 55.24. STORE NO. - 108<br>PEORIA<br>ARROWHEAD PALMS - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>7445 WEST BELL ROAD,<br>SUITE 100<br>PEORIA AZ 85382 | LEASEHOLD IMPROVEMENTS | $31,590.67 | Net Book Value | $31,590.67 |
| 55.25. STORE NO. - 109<br>AHWATUKEE<br>FOOTHILLS TOWNE CENTER<br><br>REAL PROPERTY LEASE - STORE<br><br>5009 EAST RAY ROAD<br>PHOENIX AZ 85044 | LEASEHOLD INTEREST | UNDETERMINED | | UNDETERMINED |

Debtor   **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.26.  STORE NO. - 109<br>AHWATUKEE<br>FOOTHILLS TOWNE CENTER<br>- LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>5009 EAST RAY ROAD<br>PHOENIX AZ 85044 | LEASEHOLD IMPROVEMENTS | $25,230.61 | Net Book Value | $25,230.61 |
| 55.27.  STORE NO. - 110<br>BROOMFIELD<br><br>REAL PROPERTY LEASE - STORE<br><br>1270 E 1ST AVE.<br>BROOMFIELD CO 80020 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.28.  STORE NO. - 110<br>BROOMFIELD - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>1270 E 1ST AVE.<br>BROOMFIELD CO 80020 | LEASEHOLD IMPROVEMENTS | $27,752.34 | Net Book Value | $27,752.34 |
| 55.29.  STORE NO. - 111 WILLOWBROOK<br><br>REAL PROPERTY LEASE - STORE<br><br>17395 TOMBALL PKWY., BLDG 3A<br>HOUSTON TX 77064 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.30.  STORE NO. - 113 PLANO<br><br>REAL PROPERTY LEASE - STORE<br><br>6125 W PARK BLVD<br>PLANO TX 75093 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.31.  STORE NO. - 113 PLANO - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>6125 W PARK BLVD<br>PLANO TX 75093 | LEASEHOLD IMPROVEMENTS | $55,595.14 | Net Book Value | $55,595.14 |
| 55.32.  STORE NO. - 114<br>KATY<br><br>REAL PROPERTY LEASE - STORE<br><br>1330 FRY ROAD<br>HOUSTON TX 77084 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **Beauty Brands, LLC**                                                                    Case number *(if known)* **19-10031**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.33.  STORE NO. - 115 CO. SPRINGS ACADEMY SHOPS  REAL PROPERTY LEASE - STORE  _____ 7214 NORTH ACADEMY BLVD COLORADO SPRINGS CO 80920 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.34.  STORE NO. - 115 CO. SPRINGS ACADEMY SHOPS - LEASEHOLD IMPROVEMENTS  REAL PROPERTY LEASE - STORE  _____ 7214 NORTH ACADEMY BLVD COLORADO SPRINGS CO 80920 | LEASEHOLD IMPROVEMENTS | $144,727.56 | Net Book Value | $144,727.56 |
| 55.35.  STORE NO. - 116 FRISCO PRESTON RIDGE  REAL PROPERTY LEASE - STORE  _____ 3211 PRESTON ROAD, SUITE 16 FRISCO TX 75034 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.36.  STORE NO. - 116 FRISCO PRESTON RIDGE - LEASEHOLD IMPROVEMENTS  REAL PROPERTY LEASE - STORE  _____ 3211 PRESTON ROAD, SUITE 16 FRISCO TX 75034 | LEASEHOLD IMPROVEMENTS | $116,210.50 | Net Book Value | $116,210.50 |
| 55.37.  STORE NO. - 118 PARADISE VALLEY VILLAGE SQUARE II  REAL PROPERTY LEASE - STORE  _____ 4575 EAST CACTUS ROAD, STE. 100 PHOENIX AZ 85032 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.38.  STORE NO. - 118 PARADISE VALLEY VILLAGE SQUARE II - LEASEHOLD IMPROVEMENTS  REAL PROPERTY LEASE - STORE  _____ 4575 EAST CACTUS ROAD, STE. 100 PHOENIX AZ 85032 | LEASEHOLD IMPROVEMENTS | $5,878.23 | Net Book Value | $5,878.23 |

Debtor    **Beauty Brands, LLC**                                                        Case number *(if known)* **19-10031**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.39.  STORE NO. - 120<br>BRENTWOOD<br>DIERBERGS BRENTWOOD POINTE<br><br>REAL PROPERTY LEASE - STORE<br><br>8582 EAGER RD.<br>BRENTWOOD MO 63144 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.40.  STORE NO. - 120<br>BRENTWOOD<br>DIERBERGS BRENTWOOD POINTE - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>8582 EAGER RD.<br>BRENTWOOD MO 63144 | LEASEHOLD IMPROVEMENTS | $123,315.42 | Net Book Value | $123,315.42 |
| 55.41.  STORE NO. - 121<br>BOULDER<br><br>REAL PROPERTY LEASE - STORE<br><br>1731 28TH STREET<br>BOULDER CO 80301 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.42.  STORE NO. - 121<br>BOULDER - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>1731 28TH STREET<br>BOULDER CO 80301 | LEASEHOLD IMPROVEMENTS | $29,525.88 | Net Book Value | $29,525.88 |
| 55.43.  STORE NO. - 122<br>FT. WORTH<br><br>REAL PROPERTY LEASE - STORE<br><br>4601 WEST FREEWAY, STE 310<br>FT. WORTH TX 76107 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.44.  STORE NO. - 122<br>FT. WORTH - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>4601 WEST FREEWAY, STE 310<br>FT. WORTH TX 76107 | LEASEHOLD IMPROVEMENTS | $65,254.76 | Net Book Value | $65,254.76 |
| 55.45.  STORE NO. - 123<br>S. AURORA<br>PIONEER HILLS<br><br>REAL PROPERTY LEASE - STORE<br><br>5640 S. PARKER ROAD<br>AURORA CO 80015 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **Beauty Brands, LLC**                                                                              Case number *(if known)* **19-10031**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.46.   STORE NO. - 123<br>S. AURORA<br>PIONEER HILLS - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>5640 S. PARKER ROAD<br>AURORA CO 80015 | LEASEHOLD IMPROVEMENTS | $131,640.32 | Net Book Value | $131,640.32 |
| 55.47.   STORE NO. - 124<br>ST. CHARLES<br>94 CROSSING<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>6183 MID RIVERS MALL DRIVE<br>ST. CHARLES MO 63304 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.48.   STORE NO. - 124<br>ST. CHARLES<br>94 CROSSING - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>6183 MID RIVERS MALL DRIVE<br>ST. CHARLES MO 63304 | LEASEHOLD IMPROVEMENTS | $157,459.96 | Net Book Value | $157,459.96 |
| 55.49.   STORE NO. - 125<br>TOPEKA<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>5820 SW 21ST STREET<br>TOPEKA KS 66604 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.50.   STORE NO. - 125<br>TOPEKA - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>5820 SW 21ST STREET<br>TOPEKA KS 66604 | LEASEHOLD IMPROVEMENTS | $149,691.67 | Net Book Value | $149,691.67 |
| 55.51.   STORE NO. - 126<br>COUNTRY CLUB PLAZA<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>438 WARD PARKWAY<br>KANSAS CITY MO 64112 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.52.   STORE NO. - 126<br>COUNTRY CLUB PLAZA - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>438 WARD PARKWAY<br>KANSAS CITY MO 64112 | LEASEHOLD IMPROVEMENTS | $1,049,542.82 | Net Book Value | $1,049,542.82 |

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.53.  STORE NO. - 128 WATAUGA<br><br>REAL PROPERTY LEASE - STORE<br><br>―――――――――――――<br>7600 DENTON HIGHWAY,<br>SUITE 100<br>WATAUGA TX 76148 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.54.  STORE NO. - 128 WATAUGA - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>―――――――――――――<br>7600 DENTON HIGHWAY,<br>SUITE 100<br>WATAUGA TX 76148 | LEASEHOLD IMPROVEMENTS | $32,526.10 | Net Book Value | $32,526.10 |
| 55.55.  STORE NO. - 129 N. TUCSON<br><br>REAL PROPERTY LEASE - STORE<br><br>―――――――――――――<br>7354 N. LACHOLLA BLVD.<br>TUCSON AZ 85741 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.56.  STORE NO. - 129 N. TUCSON - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>―――――――――――――<br>7354 N. LACHOLLA BLVD.<br>TUCSON AZ 85741 | LEASEHOLD IMPROVEMENTS | $16,488.84 | Net Book Value | $16,488.84 |
| 55.57.  STORE NO. - 130 S. KANSAS CITY<br><br>REAL PROPERTY LEASE - STORE<br><br>―――――――――――――<br>13241 STATE LINE ROAD<br>KANSAS CITY MO 64145 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.58.  STORE NO. - 130 S. KANSAS CITY - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>―――――――――――――<br>13241 STATE LINE ROAD<br>KANSAS CITY MO 64145 | LEASEHOLD IMPROVEMENTS | $153,060.68 | Net Book Value | $153,060.68 |
| 55.59.  STORE NO. - 132 SHILOH<br><br>REAL PROPERTY LEASE - STORE<br><br>―――――――――――――<br>3110 GREEN MOUNT CROSSING DR.<br>SHILOH IL 62269 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **Beauty Brands, LLC**                                                                 Case number *(if known)* **19-10031**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.60.  STORE NO. - 132 SHILOH - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>3110 GREEN MOUNT CROSSING DR.<br>SHILOH IL 62269 | LEASEHOLD IMPROVEMENTS | $169,945.44 | Net Book Value | $169,945.44 |
| 55.61.  STORE NO. - 134<br>LIBERTY<br>WILSHIRE PLAZA<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>8410 N CHURCH ROAD<br>KANSAS CITY MO 64157 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.62.  STORE NO. - 134<br>LIBERTY<br>WILSHIRE PLAZA - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>8410 N CHURCH ROAD<br>KANSAS CITY MO 64157 | LEASEHOLD IMPROVEMENTS | $126,083.35 | Net Book Value | $126,083.35 |
| 55.63.  STORE NO. - 135 GREENWOOD<br>GREENDALE CENTRE<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>745 US 31 NORTH, UNIT C<br>GREENWOOD IN 46142 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.64.  STORE NO. - 135 GREENWOOD<br>GREENDALE CENTRE - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>745 US 31 NORTH, UNIT C<br>GREENWOOD IN 46142 | LEASEHOLD IMPROVEMENTS | $18,076.17 | Net Book Value | $18,076.17 |
| 55.65.  STORE NO. - 136<br>FISHERS<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>8510 E 96TH STREET, UNIT C<br>FISHERS IN 46038 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.66.  STORE NO. - 136<br>FISHERS - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>8510 E 96TH STREET, UNIT C<br>FISHERS IN 46038 | LEASEHOLD IMPROVEMENTS | $19,164.79 | Net Book Value | $19,164.79 |

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.67. STORE NO. - 137 CARMEL COOL CREEK COMMONS REAL PROPERTY LEASE - STORE _____ 2554 E 146TH STREET CARMEL IN 46033 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.68. STORE NO. - 137 CARMEL COOL CREEK COMMONS - LEASEHOLD IMPROVEMENTS REAL PROPERTY LEASE - STORE _____ 2554 E 146TH STREET CARMEL IN 46033 | LEASEHOLD IMPROVEMENTS | $43,579.66 | Net Book Value | $43,579.66 |
| 55.69. STORE NO. - 138 OMAHA BEVERLY PLAZA REAL PROPERTY LEASE - STORE _____ 7815 DODGE STREET OMAHA NE 68114 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.70. STORE NO. - 138 OMAHA BEVERLY PLAZA - LEASEHOLD IMPROVEMENTS REAL PROPERTY LEASE - STORE _____ 7815 DODGE STREET OMAHA NE 68114 | LEASEHOLD IMPROVEMENTS | $24,753.90 | Net Book Value | $24,753.90 |
| 55.71. STORE NO. - 139 NW OK CITY REAL PROPERTY LEASE - STORE _____ 8525 N ROCKWELL AVE OKLAHOMA CITY OK 73132 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.72. STORE NO. - 139 NW OK CITY - LEASEHOLD IMPROVEMENTS REAL PROPERTY LEASE - STORE _____ 8525 N ROCKWELL AVE OKLAHOMA CITY OK 73132 | LEASEHOLD IMPROVEMENTS | $702,131.11 | Net Book Value | $702,131.11 |
| 55.73. STORE NO. - 141 PENN & MEMORIAL MEMORIAL SQUARE REAL PROPERTY LEASE - STORE _____ 13820 N. PENNSYLVANIA AVE OKLAHOMA CITY OK 73134 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.74.  STORE NO. - 141 PENN & MEMORIAL MEMORIAL SQUARE - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>13820 N. PENNSYLVANIA AVE OKLAHOMA CITY OK 73134 | LEASEHOLD IMPROVEMENTS | $25,416.28 | Net Book Value | $25,416.28 |
| 55.75.  STORE NO. - 142 CLEAR LAKE THE BOULEVARD<br><br>REAL PROPERTY LEASE - STORE<br><br>575 WEST BAY AREA BLVD, WEBSTER TX 77598 | LEASEHOLD INTEREST | UNDETERMINED | | UNDETERMINED |
| 55.76.  STORE NO. - 142 CLEAR LAKE THE BOULEVARD - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>575 WEST BAY AREA BLVD, WEBSTER TX 77598 | LEASEHOLD IMPROVEMENTS | $1,119.77 | Net Book Value | $1,119.77 |
| 55.77.  STORE NO. - 143 WEST OMAHA VILLAGE POINTE<br><br>REAL PROPERTY LEASE - STORE<br><br>225 N 170TH ST. STE 110 OMAHA NE 68118 | LEASEHOLD INTEREST | UNDETERMINED | | UNDETERMINED |
| 55.78.  STORE NO. - 143 WEST OMAHA VILLAGE POINTE - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>225 N 170TH ST. STE 110 OMAHA NE 68118 | LEASEHOLD IMPROVEMENTS | $103,630.02 | Net Book Value | $103,630.02 |
| 55.79.  STORE NO. - 144 AVONDALE ALAMEDA CROSSING<br><br>REAL PROPERTY LEASE - STORE<br><br>1709 N DYSART ROAD AVONDALE AZ 85392 | LEASEHOLD INTEREST | UNDETERMINED | | UNDETERMINED |
| 55.80.  STORE NO. - 144 AVONDALE ALAMEDA CROSSING - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>1709 N DYSART ROAD AVONDALE AZ 85392 | LEASEHOLD IMPROVEMENTS | $41,657.79 | Net Book Value | $41,657.79 |

Debtor    **Beauty Brands, LLC**                                                   Case number *(if known)* **19-10031**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest | | | | |
| 55.81. STORE NO. - 145 LEGENDS OUTLETS<br><br>REAL PROPERTY LEASE - STORE<br><br>1811 VILLAGE WEST PARKWAY, STE. O-101<br>KANSAS CITY KS 66111 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.82. STORE NO. - 145 LEGENDS OUTLETS - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>1811 VILLAGE WEST PARKWAY, STE. O-101<br>KANSAS CITY KS 66111 | LEASEHOLD IMPROVEMENTS | $138,113.56 | Net Book Value | $138,113.56 |
| 55.83. STORE NO. - 146 FULTON RANCH<br><br>REAL PROPERTY LEASE - STORE<br><br>105 WEST OCOTILLO ROAD<br>CHANDLER AZ 85248 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.84. STORE NO. - 146 FULTON RANCH - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>105 WEST OCOTILLO ROAD<br>CHANDLER AZ 85248 | LEASEHOLD IMPROVEMENTS | $30,039.27 | Net Book Value | $30,039.27 |
| 55.85. STORE NO. - 147 DIERBERGS WENTZVILLE CROSSING<br><br>REAL PROPERTY LEASE - STORE<br><br>1894 WENTZVILLE PKWY,<br>SUITE 100<br>WENTZVILLE MO 63385 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.86. STORE NO. - 147 DIERBERGS WENTZVILLE CROSSING - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>1894 WENTZVILLE PKWY,<br>SUITE 100<br>WENTZVILLE MO 63385 | LEASEHOLD IMPROVEMENTS | $131,213.72 | Net Book Value | $131,213.72 |
| 55.87. STORE NO. - 148 WACO<br><br>REAL PROPERTY LEASE - STORE<br><br>2325 MARKETPLACE DRIVE<br>WACO TX 76711 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.88.  STORE NO. - 148 WACO - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>2325 MARKETPLACE DRIVE<br>WACO TX 76711 | LEASEHOLD IMPROVEMENTS | $19,551.42 | Net Book Value | $19,551.42 |
| 55.89.  STORE NO. - 149 CLIVE<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>10001 UNIVERSITY AVE.<br>CLIVE IA 50325 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.90.  STORE NO. - 149 CLIVE - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>10001 UNIVERSITY AVE.<br>CLIVE IA 50325 | LEASEHOLD IMPROVEMENTS | $43,629.00 | Net Book Value | $43,629.00 |
| 55.91.  STORE NO. - 150 AVON<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>9774 E US HWY 36<br>AVON IN 46123 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.92.  STORE NO. - 150 AVON - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>9774 E US HWY 36<br>AVON IN 46123 | LEASEHOLD IMPROVEMENTS | $42,111.16 | Net Book Value | $42,111.16 |
| 55.93.  STORE NO. - 151 DIERBERGS EDWARDSVILLE CROSSING<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>6659 EDWARDSVILLE CROSSING DR.<br>EDWARDSVILLE IL 62025 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.94.  STORE NO. - 151 DIERBERGS EDWARDSVILLE CROSSING - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>6659 EDWARDSVILLE CROSSING DR.<br>EDWARDSVILLE IL 62025 | LEASEHOLD IMPROVEMENTS | $144,329.03 | Net Book Value | $144,329.03 |

Debtor    **Beauty Brands, LLC**                                          Case number *(if known)* **19-10031**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.95. STORE NO. - 152 BALLANTYNE PROMENADE ON PROVIDENCE<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>5335 BALLANTYNE COMMONS PKWY, STE 100 CHARLOTTE NC 28277 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.96. STORE NO. - 153 BIRKDALE VILLAGE<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>8830 LINDHOLM DRIVE, STE. 100 HUNTERSVILLE NC 28078 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.97. STORE NO. - 153 BIRKDALE VILLAGE - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>8830 LINDHOLM DRIVE, STE. 100 HUNTERSVILLE NC 28078 | LEASEHOLD IMPROVEMENTS | $40,881.78 | Net Book Value | $40,881.78 |
| 55.98. STORE NO. - 154 SUMMIT FAIR<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>860A NW BLUE PARKWAY LEE'S SUMMIT MO 64086 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.99. STORE NO. - 154 SUMMIT FAIR - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>860A NW BLUE PARKWAY LEE'S SUMMIT MO 64086 | LEASEHOLD IMPROVEMENTS | $201,616.48 | Net Book Value | $201,616.48 |
| 55.100. STORE NO. - 155 NORMAL<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>311 A S VETERANS PARKWAY NORMAL IL 61761 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.101. STORE NO. - 155 NORMAL - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>311 A S VETERANS PARKWAY NORMAL IL 61761 | LEASEHOLD IMPROVEMENTS | $100,598.23 | Net Book Value | $100,598.23 |

Debtor    **Beauty Brands, LLC**                                               Case number *(if known)* **19-10031**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.102. STORE NO. - 156<br>DAVENPORT<br>ELMORE MARKETPLACE<br><br>REAL PROPERTY LEASE - STORE<br><br>4201 ELMORE AVENUE<br>DAVENPORT IA 52807 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.103. STORE NO. - 156<br>DAVENPORT<br>ELMORE MARKETPLACE - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>4201 ELMORE AVENUE<br>DAVENPORT IA 52807 | LEASEHOLD IMPROVEMENTS | $4,004.05 | Net Book Value | $4,004.05 |
| 55.104. STORE NO. - 157<br>PAPILLION<br>THE SHOPPES AT MARKET POINTE<br><br>REAL PROPERTY LEASE - STORE<br><br>8920 SOUTH 71ST PLAZA,<br>STE. 111<br>PAPILLION NE 68133 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.105. STORE NO. - 158<br>TYLER<br>VILLAGE AT CUMBERLAND PARK<br><br>REAL PROPERTY LEASE - STORE<br><br>8942 S. BROADWAY AVE. #162<br>TYLER TX 75703 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.106. STORE NO. - 158<br>TYLER<br>VILLAGE AT CUMBERLAND PARK - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>8942 S. BROADWAY AVE. #162<br>TYLER TX 75703 | LEASEHOLD IMPROVEMENTS | $1,311.02 | Net Book Value | $1,311.02 |
| 55.107. STORE NO. - 159<br>SOUTHLAKE PARK VILLAGE<br><br>REAL PROPERTY LEASE - STORE<br><br>1041 E. SOUTHLAKE BLVD.,<br>STE. 100<br>SOUTHLAKE TX 76092 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **Beauty Brands, LLC**                                                                  Case number *(if known)* **19-10031**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.108. STORE NO. - 159<br>SOUTHLAKE PARK VILLAGE - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>1041 E. SOUTHLAKE BLVD.,<br>STE. 100<br>SOUTHLAKE TX 76092 | LEASEHOLD IMPROVEMENTS | $624,125.60 | Net Book Value | $624,125.60 |
| 55.109. STORE NO. - 160<br>LAWTON MARKETPLACE<br><br>REAL PROPERTY LEASE - STORE<br><br>2006 NW 82ND ST.<br>LAWTON OK 73505 | LEASEHOLD INTEREST | UNDETERMINED | | UNDETERMINED |
| 55.110. STORE NO. - 161<br>SHAWNEE<br><br>REAL PROPERTY LEASE - STORE<br><br>15320 SHAWNEE MISSION PKWY.<br>SHAWNEE KS 66217 | LEASEHOLD INTEREST | UNDETERMINED | | UNDETERMINED |
| 55.111. STORE NO. - 161<br>SHAWNEE - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>15320 SHAWNEE MISSION PKWY.<br>SHAWNEE KS 66217 | LEASEHOLD IMPROVEMENTS | $584,577.30 | Net Book Value | $584,577.30 |
| 55.112. STORE NO. - 162<br>ADDISON<br>VILLAGE ON THE PARKWAY<br><br>REAL PROPERTY LEASE - STORE<br><br>5100 BELT LINE ROAD<br>STE.852<br>ADDISON TX 75254 | LEASEHOLD INTEREST | UNDETERMINED | | UNDETERMINED |
| 55.113. STORE NO. - 162<br>ADDISON<br>VILLAGE ON THE PARKWAY - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>5100 BELT LINE ROAD<br>STE 852<br>ADDISON TX 75254 | LEASEHOLD IMPROVEMENTS | $5,036.28 | Net Book Value | $5,036.28 |

Debtor   **Beauty Brands, LLC**                                                                 Case number *(if known)* **19-10031**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.114. STORE NO. - 163 COLUMBUS EASTON GATEWAY REAL PROPERTY LEASE - STORE 4202 EASTON GATEWAY DRIVE COLUMBUS OH 43219 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.115. STORE NO. - 164 SANTAN VILLAGE REAL PROPERTY LEASE - STORE 2162 EAST WILLIAMS FIELD RD., #111 GILBERT AZ 85295 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.116. STORE NO. - 164 SANTAN VILLAGE - LEASEHOLD IMPROVEMENTS REAL PROPERTY LEASE - STORE 2162 EAST WILLIAMS FIELD RD., #111 GILBERT AZ 85295 | LEASEHOLD IMPROVEMENTS | $5,478.94 | Net Book Value | $5,478.94 |
| 55.117. STORE NO. - 165 LINCOLN CENTRO PLAZA REAL PROPERTY LEASE - STORE 400 NORTH 48TH STREET SUITE A2 LINCOLN NE 68504 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.118. STORE NO. - 165 LINCOLN CENTRO PLAZA - LEASEHOLD IMPROVEMENTS REAL PROPERTY LEASE - STORE 400 NORTH 48TH STREET SUITE A2 LINCOLN NE 68504 | LEASEHOLD IMPROVEMENTS | $473,254.52 | Net Book Value | $473,254.52 |
| 55.119. STORE NO. - 166 LA ENCANTADA REAL PROPERTY LEASE - STORE 2905 E SKYLINE DR., #274 TUCSON AZ 85718 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **Beauty Brands, LLC**                                                      Case number *(if known)* **19-10031**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.120. STORE NO. - 167<br>' LITTLE ROCK<br>PARK AVENUE<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>410 S. UNIVERSITY AVE.,<br>STE. 160<br>LITTLE ROCK AR 72205 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.121. STORE NO. - 167<br>' LITTLE ROCK<br>PARK AVENUE - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>410 S. UNIVERSITY AVE.,<br>STE. 160<br>LITTLE ROCK AR 72205 | LEASEHOLD IMPROVEMENTS | $46,266.39 | Net Book Value | $46,266.39 |
| 55.122. STORE NO. - 168<br>CROCKER PARK<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>87 MAIN STREET<br>WESTLAKE OH 44145 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.123. STORE NO. - 168<br>CROCKER PARK - LEASEHOLD IMPROVEMENTS<br><br>REAL PROPERTY LEASE - STORE<br><br>_____<br>87 MAIN STREET<br>WESTLAKE OH 44145 | LEASEHOLD IMPROVEMENTS | $3,195.69 | Net Book Value | $3,195.69 |

**56. Total of part 9**

Add the current value on lines 55. Copy the total to line 88.

$7,925,506.53

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☒ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 10:    Intangibles and intellectual property**

---

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

Debtor    **Beauty Brands, LLC**                                              Case number *(if known)* **19-10031**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | |
| 60.1. TRADEMARK APPLICATION NO. 78/697294 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.2. TRADEMARK APPLICATION NO. 78/794337 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.3. TRADEMARK APPLICATION NO. 11635122 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.4. TRADEMARK COLORADO APPLICATION NO. 41249-US-CO | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.5. TRADEMARK APPLICATION NO. 74/486626 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.6. TRADEMARK APPLICATION NO. 78/286848 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.7. TRADEMARK APPLICATION NO. 85/869386 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.8. TRADEMARK REGISTRATION NO. 043999 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.9. TRADEMARK REGISTRATION NO. 1004635 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.10. TRADEMARK REGISTRATION NO. 1004635 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.11. TRADEMARK REGISTRATION NO. 13715 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.12. TRADEMARK REGISTRATION NO. 2174042 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.13. TRADEMARK REGISTRATION NO. 2175785 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.14. TRADEMARK REGISTRATION NO. 2343005 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.15. TRADEMARK REGISTRATION NO. 2411475 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.16. TRADEMARK REGISTRATION NO. 2475978 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.17. TRADEMARK REGISTRATION NO. 2596917 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.18. TRADEMARK REGISTRATION NO. 2682975 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.19. TRADEMARK REGISTRATION NO. 2699344 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.20. TRADEMARK REGISTRATION NO. 2733281 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.21. TRADEMARK REGISTRATION NO. 4361586 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.22. TRADEMARK REGISTRATION NO. 4435075 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.23. TRADEMARK REGISTRATION NO. 4460178 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.24. TRADEMARK REGISTRATION NO. 4671903 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.25. TRADEMARK REGISTRATION NO. 4842178 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.26. TRADEMARK REGISTRATION NO. 5044679 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.27. TRADEMARK REGISTRATION NO. 725961 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.28. TRADEMARK REGISTRATION NO. 872583 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.29. TRADEMARK REGISTRATION NO. 872584 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.30. TRADEMARK REGISTRATION NO. S13455 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.31. TRADEMARK REGISTRATION NO. TMA894309 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 60.32. TRADEMARK REGISTRATION NO. UK00003108274 | UNDETERMINED | Net Book Value | UNDETERMINED |
| **61.** | **Internet domain names and websites** | | |
| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
| 61.1. 4BEAUTYBRANDS.COM | UNDETERMINED | Net Book Value | UNDETERMINED |

Debtor   **Beauty Brands, LLC**                                          Case number *(if known)* **19-10031**

**61.     Internet domain names and websites**

|        |                                         | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|--------|-----------------------------------------|-------------------------------------|------------------|-------------------------------------|
| 61.2.  | 4BEAUTYBRANDS.INFO                      | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.3.  | 4BEAUTYBRANDS.NET                       | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.4.  | 4BEAUTYBRANDS.ORG                       | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.5.  | 4BEAUTYBRANDS.US                        | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.6.  | BEAUTY-BRAND.US                         | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.7.  | BEAUTY-BRANDS.BIZ                        | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.8.  | BEAUTY-BRANDS.CO                         | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.9.  | BEAUTY-BRANDS.COM                        | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.10. | BEAUTY-BRANDS.INFO                       | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.11. | BEAUTY-BRANDS.NET                        | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.12. | BEAUTY-BRANDS.ORG                        | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.13. | BEAUTY-BRANDS.US                         | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.14. | BEAUTYBRAND.BIZ                          | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.15. | BEAUTYBRAND.INFO                         | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.16. | BEAUTYBRANDS.BIZ                         | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.17. | BEAUTYBRANDS.CC                          | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.18. | BEAUTYBRANDS.CO                          | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.19. | BEAUTYBRANDS.COM                         | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.20. | BEAUTYBRANDS.DE.COM                      | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.21. | BEAUTYBRANDS.EU.COM                      | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.22. | BEAUTYBRANDS.INFO                        | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.23. | BEAUTYBRANDS.LA                          | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.24. | BEAUTYBRANDS.MOBI                        | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.25. | BEAUTYBRANDS.NET                         | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.26. | BEAUTYBRANDS.ORG                         | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.27. | BEAUTYBRANDS.TV                          | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.28. | BEAUTYBRANDS.UK.COM                      | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.29. | BEAUTYBRANDS.US                          | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.30. | BEAUTYBRANDS.US.COM                      | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.31. | BEAUTYBRANDS.WS                          | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.32. | ITTAKESGUTS.ORG                         | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.33. | KOCOCOLOR.CO                            | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.34. | KOCOCOLOR.ME                            | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.35. | KOCOCOLOR.NET                           | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.36. | TAKETEN.COM                             | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.37. | WWW.YOUTUBE.COM/USER/BEAUTYBRANDS       | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |
| 61.38. | TWITTER.COM/BEAUTYBRANDS                 | UNDETERMINED                        | Net Book Value   | UNDETERMINED                        |

Debtor   **Beauty Brands, LLC**                                                                 Case number *(if known)* **19-10031**

## 62.        Licenses, franchises, and royalties

| | | | |
|---|---|---|---|
| 62.1. | AZ DEPT OF REVENUE - BUSINESS LICENSE NO. 07586236 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.2. | CENTRAL REGISTRATION DIVISION - BUSINESS LICENSE NO. 082-0027-0-001 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.3. | CENTRAL REGISTRATION DIVISION - BUSINESS LICENSE NO. 060-0001-0-001 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.4. | CENTRAL REGISTRATION DIVISION - BUSINESS LICENSE NO. 057-0023-1-001 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.5. | CITY OF AVONDALE - BUSINESS LICENSE NO. 22318 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.6. | CITY OF BRENTWOOD - BUSINESS LICENSE NO. 1039 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.7. | CITY OF CHANDLER - BUSINESS LICENSE NO. 111373 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.8. | CITY OF COLORADO SPRINGS - BUSINESS LICENSE NO. 05658900 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.9. | CITY OF INDEPENDENCE - BUSINESS LICENSE NO. 43459 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.10. | CITY OF KANSAS CITY, MO - REVENUE DIVISION - BUSINESS LICENSE NO. VARIOUS | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.11. | CITY OF LEE'S SUMMIT - BUSINESS LICENSE RENEWAL - BUSINESS LICENSE NO. 20173837 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.12. | CITY OF LEE'S SUMMIT - BUSINESS LICENSE RENEWAL - BUSINESS LICENSE NO. 20173836 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.13. | CITY OF LENEXA - BUSINESS LICENSE NO. 14120 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.14. | CITY OF LENEXA - BUSINESS LICENSE NO. 11043 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.15. | CITY OF LENEXA - BUSINESS LICENSE NO. BL18-03359 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.16. | CITY OF LONE TREE - BUSINESS LICENSE NO. 428 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.17. | CITY OF PEORIA - BUSINESS LICENSE NO. 20010188 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.18. | CITY OF SHAWNEE - BUSINESS LICENSE NO. BL17-0270 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.19. | CITY OF ST. PETERS BUSINESS LICENSE RENEWAL - BUSINESS LICENSE NO. 3898 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.20. | CITY OF WENTZVILLE, BUSINESS LICENSE RENEWAL - BUSINESS LICENSE NO. 00942 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.21. | COLORADO DEPARTMENT OF REVENUE - BUSINESS LICENSE NO. 02622622-0001 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.22. | COLORADO DEPARTMENT OF REVENUE - BUSINESS LICENSE NO. 02622622-0002 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.23. | COLORADO DEPARTMENT OF REVENUE - BUSINESS LICENSE NO. 02622622-0003 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.24. | COLORADO DEPARTMENT OF REVENUE - BUSINESS LICENSE NO. 02622622-0004 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.25. | COLORADO DEPARTMENT OF REVENUE - BUSINESS LICENSE NO. 02622622-0006 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.26. | DEVELOPMENT SVCS, BUSINESS LICENSING - BUSINESS LICENSE NO. 24247 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.27. | DIV. OF PROFESSIONS & OCCUPATIONS, OFFICE OF LICENSING - BARBER/COSMETOLOGY - BUSINESS LICENSE NO. VARIES | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.28. | INDIANA DEPARTMENT OF REVENUE - BUSINESS LICENSE NO. 1600135544337 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.29. | INDIANA DEPARTMENT OF REVENUE - BUSINESS LICENSE NO. 1600135544338 | UNDETERMINED | Net Book Value | UNDETERMINED |

Debtor    **Beauty Brands, LLC**                                                                    Case number *(if known)* **19-10031**

| | | | |
|---|---|---|---|
| 62.30. | INDIANA DEPARTMENT OF REVENUE - BUSINESS LICENSE NO. 1600135544339 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.31. | INDIANA DEPARTMENT OF REVENUE - BUSINESS LICENSE NO. 1600135544340 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.32. | INDIANA DEPARTMENT OF REVENUE - BUSINESS LICENSE NO. 1600135544341 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.33. | LICENSING SECTION - BUSINESS LICENSE NO. 130502 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.34. | NRC OFFICES - BUSINESS LICENSE NO. 06980-00000-00250 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.35. | NRC OFFICES - BUSINESS LICENSE NO. 06980-00000-00373 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.36. | OKLAHOMA TAX COMMISSION - BUSINESS LICENSE NO. 155729920 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.37. | OKLAHOMA TAX COMMISSION - BUSINESS LICENSE NO. 80936960 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.38. | OKLAHOMA TAX COMMISSION - BUSINESS LICENSE NO. 1709948928 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.39. | PLATTE COUNTY COLLECTOR, SHEILA L. PALMER - BUSINESS LICENSE NO. 6801 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.40. | ST. CHARLES COUNTY - BUSINESS LICENSE NO. 8979 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.41. | ST. CHARLES COUNTY - BUSINESS LICENSE NO. 019666 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.42. | TOWN OF ADDISON - BUSINESS LICENSE NO. P0420150070 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.43. | TOWN OF NORMAL - BUSINESS LICENSE | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.44. | VILLAGE CLERK'S OFFICE - BUSINESS LICENSE NO. 019 | UNDETERMINED | Net Book Value | UNDETERMINED |
| 62.45. | CITY OF KANSAS CITY, MO - REVENUE DIVISION - BUSINESS LICENSE NO. L0641001216 | UNDETERMINED | Net Book Value | UNDETERMINED |
| **63.** | **Customer lists, mailing lists, or other compilations** | | | |
| 63.1. | NET CUSTOMER LIST BALANCE | $4,600,200.00 | Net Book Value | UNDETERMINED |
| **64.** | **Other intangibles, or intellectual property** | | | |
| 64.1. | NET TRADE NAME BALANCE | $8,914,962.01 | Net Book Value | UNDETERMINED |
| 64.2. | NET FAVORABLE LEASE BALANCE | $16,587.64 | Net Book Value | UNDETERMINED |
| 64.3. | NET FINANCING COSTS BALANCE | $217,214.93 | Net Book Value | UNDETERMINED |
| 64.4. | FACEBOOK.COM/BEAUTYBRANDS | UNDETERMINED | Net Book Value | UNDETERMINED |
| 64.5. | INSTAGRAM/BEAUTY.BRANDS | UNDETERMINED | Net Book Value | UNDETERMINED |
| 64.6. | PINTEREST.COM/BEAUTYBRANDS | UNDETERMINED | Net Book Value | UNDETERMINED |
| **65.** | **Goodwill** | | | |
| 65.1. | GOODWILL | $22,386,197.47 | Net Book Value | UNDETERMINED |

**66.    Total of part 10**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| UNDETERMINED |

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☑ Yes

Debtor    **Beauty Brands, LLC**                                                Case number *(if known)* **19-10031**

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:    All other assets**

**70.    Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

<br>

|  |  | Current value of debtor's interest |
|---|---|---|

**71.    Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount |  | Current value of debtor's interest |
|---|---|---|---|---|
| 71.1. _____ | $_____ | - $_____ | = ........ → | $_____ |
| _____ |  |  |  |  |

**72.    Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|
| 72.1. _____ | $_____ | $_____ | _____ | $_____ |

**73.    Interests in insurance policies or annuities**

| | Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 73.1. | ADMIRAL INSURANCE COMPANY | PROFESSIONAL - OTHER, POLICY NO. EO000024347-05 | _____ | _____ | _____ | UNDETERMINED |
| 73.2. | ADMIRAL INSURANCE COMPANY | MEDICAL PROFESSIONAL LIABILITY FULL PROGRAM, POLICY NO. EO000024347-06 | _____ | _____ | _____ | UNDETERMINED |
| 73.3. | CHARTER OAK FIRE INSURANCE COMPANY | COMMERCIAL PACKAGE, POLICY NO. Y6309D312798 | _____ | _____ | _____ | UNDETERMINED |
| 73.4. | CHUBB NA FINANCIAL LINES | EXECUTIVE RISK MANAGEMENT LIABILITY INSURANCE, POLICY NO. G2509654A006 | _____ | _____ | _____ | UNDETERMINED |
| 73.5. | R-T SPECIALITY LLC | COMMERCIAL CYBER LIABILITY INSURANCE, POLICY NO. 1113586 | _____ | _____ | _____ | UNDETERMINED |
| 73.6. | TRAVELERS | COMMERCIAL CRIME, POLICY NO. 106035935 | _____ | _____ | _____ | UNDETERMINED |

Debtor    **Beauty Brands, LLC**                                                                Case number *(if known)* **19-10031**

| 73.7. | TRAVELERS CASUALTY COMPANY OF AMERICA | BUSINESS AUTOMOBILE INSURANCE, POLICY NO. BA1L110418 | | | | UNDETERMINED |
|---|---|---|---|---|---|---|
| 73.8. | TRAVELERS EXCESS CASUALTY | COMMERCIAL UMBRELLA EXCESS LIABILITY, POLICY NO. ZUP15R61261 | | | | UNDETERMINED |
| 73.9. | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | WORKERS' COMPENSATION INSURANCE, POLICY NO. UB9M257559 | | | | UNDETERMINED |
| 73.10. | USABLE LIFE | | | | | $_____ |
| 73.11. | ASSURITY LIFE INSURANCE COMPANY | | | | | $_____ |

**74.    Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 74.1. | EXCEL SOUTHLAKE I LP | LANDLORD TENANT | UNDETERMINED | UNDETERMINED |

**75.    Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 75.1. | | | $_____ | $_____ |

**76.    Trusts, equitable or future interests in property**

| | | | |
|---|---|---|---|
| 76.1. | | | $_____ |

**77.    Other property of any kind not already listed**

Examples: Season tickets, country club membership

| 77.1. | INTERCOMPANY RECEIVABLE DUE FROM BEAUTY BRANDS PAYROLL, LLC | $927.75 |
|---|---|---|
| 77.2. | INTERCOMPANY RECEIVABLE DUE FROM BEAUTY BRANDS PAYROLL HOLDIGS, INC, | $6,785.06 |
| 77.3. | INTERCOMPANY RECEIVABLE DUE FROM BEAUTY BRANDS PAYROLL, LLC | $8,923.01 |

**78.    Total of part 11**

Add lines 71 through 77. Copy the total to line 90.                  | $16,635.82 |

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| **Part 12:** | **Summary** |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,198,600.34 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $567,654.61 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,011,230.39 | |
| 83. **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $14,858,198.89 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,360,337.09 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | UNDETERMINED | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................................ → | | $7,925,506.53 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. **All other assets.** *Copy line 78, Part 11.*                                    + | $16,635.82 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $29,012,657.14 | + 91b. $7,925,506.53 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................    $36,938,163.67

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Beauty Brands, LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 19-10031 |

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   **12/15**

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|

2.1.    **Creditor's name and address**

PNC BANK, NATIONAL ASSOCIATION, AS AGENT
TWO NORTH LAKE AVE
STE 440
PASADENA CA 91101

**Creditor's email address, if known**

_____

**Date debt was incurred:** March 10, 2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

SUBSTANTIALLY ALL OF THE DEBTOR'S RECEIVABLES, EQUIPMENT, INVENTORY, INVESTMENT PROPERTY, REAL PROPERTY, CASH, CASH EQUIVALENTS AND OTHER PERSONAL PROPERTY AS MORE FULLY DESCRIBED IN THE REVOLVING CREDIT AND SECURITY AGREEMENT DATED MARCH 10, 2017 (AS AMENDED, MODIFIED, SUPPLEMENTED , OR EXTENDED FROM TIME TO TIME).

**Describe the lien**

UCC - 1 FINANCING STATEMENT FILED SEC. OF STATE OF DELAWARE, FILE NO. 20171610853 FILED ON MARCH 10, 2017

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$6,854,900.67          UNDETERMINED

Debtor **Beauty Brands, LLC**                                    Case number *(if known)* **19-10031**

| | |
|---|---|
| 2.2. | **Creditor's name and address** |

**Describe debtor's property that is subject to a lien**

U.S. BANK EQUIPMENT FINANCE
1310 MADRID STREET
MARSHALL MN 56258

**Creditor's email address, if known**

_____

**Date debt was incurred:** May 2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

1 COPIERS CQ9303 XNE099571CX1; 1 COPIERS-CPC CQ9303 XNE099571CX2; 1 COPIERS-CPC CQ9303 XNE099571CX3; TOGETHER WITH ALL REPLACEMENTS, PARTS, REPAIRS, ADDITIONS, ACCESSIONS AND ACCESSORIES INCORPORATED THEREIN OR AFFIXED OR ATTACHED THERETO AND ANY AND ALL PROCEEDS OF THE FOREGOING, INCLUDING, WITHOUT LIMITATION, INSURANCE RECOVERIES

**Describe the lien**

UCC - 1 FINANCING STATEMENT FILED SEC. OF STATE OF DELAWARE, FILE NO. 20141806280 FILED ON MAY 7, 2014

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

UNDETERMINED  UNDETERMINED

Debtor    **Beauty Brands, LLC**                                              Case number *(if known)* **19-10031**

| | |
|---|---|
| **2.3.**    **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

U.S. BANK EQUIPMENT FINANCE
1310 MADRID STREET
MARSHALL MN 56258

**Creditor's email address, if known**

_____

**Date debt was incurred:** June 2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

1 COPIERS C8055H2 8TB579104BLK; L COPIERS··CPC C8055H2 8TB579104CLR; L COPIERS C8055H2 8'L'B584477BLK; 1 COPIERS CB055B2 BTB581006BLK; 1 COPIERS CB055B2 BTB585?25BLK; 1 COPIERS-CPC CB055B2 BTB585?25CLR; 1 COPIERS BB055 Y4X842705BLK; TOGETHER WITH ALL REPLACEMENTS, PARTS, REPAIRS, ADDITIONS, ACCESSIONS AND ACCESSORIES INCORPORATED THEREIN OR AFFIXED OR ATTACHED THERETO AND ANY AND ALL PROCEEDS OF THE FOREGOING, INCLUDING, WITHOUT LIMITATION, INSURANCE RECOVERIES

UNDETERMINED  UNDETERMINED

**Describe the lien**

UCC - 1 FINANCING STATEMENT FILED SEC. OF STATE OF DELAWARE, FILE NO. 20184375628 FILED ON JUNE 26, 2018

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☒ Unliquidated

☐ Disputed

**3.**    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $6,854,900.67

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | BLANK ROME<br>REGINA STANGO KELBON<br>1201 N MARKET ST<br>STE 800<br>WILMINGTON DE 19801 | Line 2.1 | _____ |

Debtor   **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

3.2.   BLANK ROME LLP                                          Line 2.1          _____
       GREGORY F. VIZZA
       ONE LOGAN SQUARE
       130 NORTH 18TH STREET
       PHILADELPHIA PA 19103-6998

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Beauty Brands, LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 19-10031 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | **Priority creditor's name and mailing address**<br><br>ANN HARRIS BENNETT<br>TAX ASSESSOR-COLLECTOR<br>PO BOX 4622<br>HOUSTON TX 77210-4622 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br><br>UNDETERMINED | **Priority amount**<br><br>UNDETERMINED<br><br>**Nonpriority amount**<br><br>UNDETERMINED |
|---|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>VARIOUS | **Basis for the claim:**<br><br>TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br><br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

| 2.2. | **Priority creditor's name and mailing address**<br><br>CITY OF BOULDER SALES TAX<br>DEPT 1128<br>DENVER CO 80263-1128 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br><br>UNDETERMINED | **Priority amount**<br><br>UNDETERMINED<br><br>**Nonpriority amount**<br><br>UNDETERMINED |
|---|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>VARIOUS | **Basis for the claim:**<br><br>TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br><br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

Debtor    **Beauty Brands, LLC**                                                      Case number *(if known)* **19-10031**

| 2.3. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|------|------|------|------|------|

**2.3.**

**Priority creditor's name and mailing address**

CITY OF COLUMBUS
DEPT OF PUBLIC SAFETY
4252 GROVES RD
COLUMBUS OH 43232

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.4.**

**Priority creditor's name and mailing address**

CLEAR CREEK ISD TAX OFFICE
PO BOX 799
LEAGUE CITY TX 77574

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.5.**

**Priority creditor's name and mailing address**

COLLECTOR OF REVENUE, ST. LOUIS
ATTN: PERSONAL PROPERTY
41 S. CENTRAL AVE
ST. LOUIS MO 63105-1799

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor   **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| 2.6. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | COMANCHE COUNTY TREASURER RHONDA BRANTLEY 315 SW 5TH STREET ROOM 300 LAWTON OK 73501-4371 | ☑ Contingent ☐ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Nonpriority amount**

UNDETERMINED

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

| 2.7. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | COUNTY TAX ASSESSOR-COLLECTOR MCLENNAN COUNTY TAX OFFICE P.O. BOX 406 WACO TX 76703 | ☑ Contingent ☐ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Nonpriority amount**

UNDETERMINED

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

| 2.8. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CYPRESS-FAIRBANKS I.S.D. TAX OFFICE ELISA H HAND, RTA PO BOX 203908 HOUSTON TX 77216-3908 | ☑ Contingent ☐ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Nonpriority amount**

UNDETERMINED

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor    **Beauty Brands, LLC**                                                Case number *(if known)* **19-10031**

| | | | |
|---|---|---|---|
| 2.9. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | |

**Priority creditor's name and mailing address**

DOUGLAS COUNTY TREASURER-
OMAHA, NE
PO BOX 2855
OMAHA NE 68103-2855

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.10.    **Priority creditor's name and mailing address**

EL PASO COUNTY TREASURER
PO BOX 2018
COLORADO SPRINGS CO 80901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.11.    **Priority creditor's name and mailing address**

GARY B. BARBER
SMITH COUNTY TAX OFFICE
PO BOX 2011
TYLER TX 75710

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor    **Beauty Brands, LLC**                                    Case number *(if known)* **19-10031**

| 2.12. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | HAMILTON COUNTY TREASURER HAMILTON COUNTY TREASURER'S OFFICE OLD COURTHOUSE, 33 N 9TH ST SUITE 112 NOBLESVILLE IN 46060 | ☑ Contingent ☐ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

| 2.13. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | HENDRICKS COUNTY TREASURER 355 SOUTH WASHINGTON STREET DANVILLE IN 46122 | ☑ Contingent ☐ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

| 2.14. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | JACKSON COUNTY COLLECTOR PO BOX 219747 KANSAS CITY MO 64106-2706 | ☑ Contingent ☐ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

Debtor   **Beauty Brands, LLC**                                                           Case number *(if known)* **19-10031**

| 2.15. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

JOHN R. AMES, CTA
TAX ASSESSOR - COLLECTOR
PO BOX 139066
DALLAS TX 75313-9066

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

2.16.   **Priority creditor's name and mailing address**

JOHNSON COUNTY TREASURER (KS)
PO BOX 2902
SHAWNEE MISSION KS 66201-1302

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

2.17.   **Priority creditor's name and mailing address**

KENNETH L. MAUN
TAX ASSESSOR COLLECTOR
PO BOX 8046
MCKINNEY TX 75070-8046

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor   **Beauty Brands, LLC**                                                                 Case number *(if known)* **19-10031**

| 2.18. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | LYDIA MCEVOY, COLLECTOR<br>CLAY COUNTY COLLECTOR<br>1 COURTHOUSE SQUARE<br>LIBERTY MO 64068-2368 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.19. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MARICOPA COUNTY TREASURER<br>PO BOX 52133<br>PHOENIX AZ 85072-2133 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.20. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MISSOURI DEPT OF REV<br>USE TAX RETURN<br>PO BOX 840<br>JEFFERSON CITY MO 65105-0840 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    **Beauty Brands, LLC**                                                Case number *(if known)* **19-10031**

| 2.21. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.21.** **Priority creditor's name and mailing address**

MISSOURI DEPT OF REV
C/O VENDOR USE TAX RETURN
PO BOX 840
JEFFERSON CITY MO 65105-0840

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.22.** **Priority creditor's name and mailing address**

OKLAHOMA COUNTY TREASURER
PO BOX 268875
OKLAHOMA CITY OK 73126-8875

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.23.** **Priority creditor's name and mailing address**

PIMA COUNTY TREASURER
PIMA COUNTY TREASURER OFFICE
PO BOX 29011
PHOENIX AZ 85038-9011

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor   **Beauty Brands, LLC**                                    Case number *(if known)* **19-10031**

| 2.24. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

PLATTE COUNTY COLLECTOR
PLATTE COUNTY COLLECTOR
415 3RD ST.
ROOM 212
PLATTE CITY MO 64079-8475

*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.25. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

RON WRIGHT, TAX ASSESSOR-
COLLECTOR
PO BOX 961018
FT. WORTH TX 76161-0018

*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.26. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

SARPY COUNTY
COUNTY ATTORNEY
1210 GOLDEN GATE DR
PAPILLION NE 68046-2889

*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                          Case number *(if known)* **19-10031**

| 2.27. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.27.** **Priority creditor's name and mailing address**

ST CHARLES COUNTY COLLECTOR
COLLECTOR OF REVENUE
201 N SECOND STREET ROOM 134
ST CHARLES MO 63301-2889

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**2.28.** **Priority creditor's name and mailing address**

WEST PARK MUD
TAX ASSESSOR COLLECTOR
PO BOX 1819
HOUSTON TX 77251-1819

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors
      with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

3.1.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
      |---|---|---|

      14TH & BOOM
      833 N CLARK STREET #2205
      CHICAGO IL 60610

      ☐ Contingent
      ☐ Unliquidated
      ☐ Disputed

      $114,000.00

      **Date or dates debt was incurred**          **Basis for the claim:**

      VARIOUS                                      ACCOUNTS PAYABLE

      **Last 4 digits of account number:**         **Is the claim subject to offset?**

      ☑ No
      ☐ Yes

3.2.  **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **Amount of claim**

      168TH & DODGE LP
      VILLAGE POINTE SHOPPING CENTER
      KIM ONG - PROP ACCT
      ONE EAST WASHINGTON ST
      SUITE 300
      PHOENIX AZ 85004

      ☐ Contingent
      ☐ Unliquidated
      ☑ Disputed

      $36,775.44

      **Date or dates debt was incurred**          **Basis for the claim:**

      VARIOUS                                      UNPAID RENT

      **Last 4 digits of account number:**         **Is the claim subject to offset?**

      ☑ No
      ☐ Yes

3.3.  **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **Amount of claim**

      5100 BELT LINE ROAD INVENSTORS LLC
      C/0 VESTAR PROPERTY MANAGEMENT
      MAX HOLDERBY
      P.O. BOX 60051
      CITY OF INDUSTRY CA 91716

      ☐ Contingent
      ☐ Unliquidated
      ☑ Disputed

      $26,723.68

      **Date or dates debt was incurred**          **Basis for the claim:**

      VARIOUS                                      UNPAID RENT

      **Last 4 digits of account number:**         **Is the claim subject to offset?**

      ☑ No
      ☐ Yes

---

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| 3.4. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.4.    **Nonpriority creditor's name and mailing address**

ACADEMY FIRE LIFE & SAFETY, LLC
BILL PIETRYKOWSKI
42 BROADWAY
2ND FLOOR
LYNBROOK NY 11563

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$26,522.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.5.    **Nonpriority creditor's name and mailing address**

ACRO DISPLAYS
PAUL BERANATO
2250A SHERMAN AVE.
PENNSAUKEN NJ 08110

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$67,981.53

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.6.    **Nonpriority creditor's name and mailing address**

ADP, INC (0351)
ONE ADP DR
MS-100
AUGUSTA GA 30909

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$25,570.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                     Case number *(if known)* **19-10031**

| 3.7. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AEW LT BROOMFIELD TOWN CENTRE, LLC
C/O CBRE INC, BARINGS, LLC
P.O. BOX 82550
BLDG. F05340
GOLETA CA 93118-2550

☐ Contingent
☐ Unliquidated
☑ Disputed

$602.24

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                     UNPAID RENT

**Last 4 digits of account number:**       **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.8. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AG HAIR LTD
TROY SALT
14 KING EDWARD STREET
COQUITLAM BC V3K-4S8
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

$72,585.02

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                     ACCOUNTS PAYABLE

**Last 4 digits of account number:**       **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.9. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AHAVA NA LLC
330 7TH AVE
10TH FLOOR
NEW YORK NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,562.50

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                     ACCOUNTS PAYABLE

**Last 4 digits of account number:**       **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Beauty Brands, LLC**                                    Case number *(if known)* **19-10031**

| 3.10. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.10.

**Nonpriority creditor's name and mailing address**

AIDEN DANIEL MARONA
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$73.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.11.

**Nonpriority creditor's name and mailing address**

AIR AD PROMOTIONS, INC
PO BOX 202066
ARLINGTON TX 76006

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$32,951.14

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.12.

**Nonpriority creditor's name and mailing address**

ALAMEDA CROSSING STATION LLC
PO BOX 398700
SAN FRANCISCO CA 94139

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$848.72

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

UNPAID RENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Beauty Brands, LLC**                                                                 Case number *(if known)* **19-10031**

| 3.13. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.13.   **Nonpriority creditor's name and mailing address**

ALLEN PRESS
810 E 10TH ST
LAWRENCE KS 66044

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,672.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.14.   **Nonpriority creditor's name and mailing address**

ALSCO
2816 CENTRAL EXPRESS WAY
WICHITA FALLS TX 76301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,705.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.15.   **Nonpriority creditor's name and mailing address**

ALTERNA
LEONOR MELGAR
551 FIFTH AVE
27TH FLOOR
NEW YORK NY 10176

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$30,803.11

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.16. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

3.16.    **Nonpriority creditor's name and mailing address**

AMEREN IP
PO BOX 88034
CHICAGO IL 60680-1034

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $8,305.17 |

---

3.17.    **Nonpriority creditor's name and mailing address**

AMEREN UE
PO BOX 8806829
CHICAGO IL 60680

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $6,215.64 |

---

3.18.    **Nonpriority creditor's name and mailing address**

AMERICAN ELECTRIC POWER
PO BOX 24404
CANTON OH 44701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $1,343.52 |

Debtor   **Beauty Brands, LLC**                                         Case number *(if known)* **19-10031**

---

**3.19.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

3.19.

**Nonpriority creditor's name and mailing address**

AMERICAN INTERNATIONAL - ARDELL
VAN NEST COLEMAN
2220 GASPAR AVE.
LOS ANGELES CA 90040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$3,738.15

---

3.20.

**Nonpriority creditor's name and mailing address**

AMERICAN INTERNATIONAL - SPILO
DAVE CHINBURG
233 WILSHIRE BLVD.
SUITE 400
SANTA MONICA CA 90401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$5,831.99

---

3.21.

**Nonpriority creditor's name and mailing address**

AMERICAN INTERNATIONAL CHINA GLAZE
DALE WEAVER
2220 GASPAR AVE.
LOS ANGELES CA 90040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$864.84

---

Debtor    **Beauty Brands, LLC**                                                                 Case number *(if known)* **19-10031**

| 3.22. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAN INTERNATIONAL-GENA DIV.
STEPHANIE MCCULLAR
2220 GASPAR AVE.
LOS ANGELES CA 90040

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,706.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.23. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAN INTERNATIONAL-SECHE DIV.
VAN NEST COLEMAN
2220 GASPAR AVE.
LOS ANGELAS CA 90040

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,365.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.24. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAN TRAILER & STORAGE
DBA AT&S
6900 EAST 39TH ST
KANSAS CITY MO 64129

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,266.38

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                      Case number *(if known)* **19-10031**

| 3.25. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAN WATER SERVICES INC
DBA AMERICAN WATER & ENERGY SERVICE
4431 NORTH DIXIE HIGHWAY
BOCA RATON FL 33431

☐ Contingent
☐ Unliquidated
☐ Disputed

$667.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.26. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMIKA
ANDIE RODGERS
300 MESEROLE STREET
THIRD FLOOR
BROOKLYN NY 11206

☐ Contingent
☐ Unliquidated
☐ Disputed

$166,199.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.27. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANASTASIA BEVERLY HILLS
JEANETTE CRESPO
438 N. BEDFORD DRIVE
BEVERLY HILLS CA 90210

☐ Contingent
☐ Unliquidated
☐ Disputed

$38,582.13

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Beauty Brands, LLC**                                            Case number *(if known)* **19-10031**

| 3.28. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANCHOR COMPUTER
1900 NEW HIGHWAY
FARMINGDALE NY 11735

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,446.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.29. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANGELA CULLOM
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$32.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.30. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANTONIO LEROY PORTER
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$636.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                                        Case number *(if known)* **19-10031**

| 3.31. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | APS<br>P.O. BOX 2906<br>PHOENIX AZ 85062-2906 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,284.63 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.32. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | AQUA INDIANA<br>762 W LANCASTER AVE<br>BRYN MAWR PA 19010 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $297.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.33. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ARAMARK REFRESHMENT - EARTH CITY<br>13772 SHORELINE DRIVE<br>EARTH CITY MO 63045 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,206.49 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    **Beauty Brands, LLC**                                    Case number *(if known)* **19-10031**

| 3.34. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARANDELL CORPORATION
JOYCEE SMITH
N 82 W 13118 LEON RD
MENOMONEE FALLS WI 53051

☐ Contingent
☐ Unliquidated
☐ Disputed

$39,712.97

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.35. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARCP MT LAWTON OK, LLC
29058 NETWORK PLACE
CHICAGO IL 60673-1290

☐ Contingent
☐ Unliquidated
☑ Disputed

$25,201.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.36. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ATLANTIC COAST BRANDS
100 TOWN SQUARE PLACE
6TH FLOOR
JERSEY CITY NJ 07310

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,929.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

3.37.    **Nonpriority creditor's name and mailing address**

ATMOS ENERGY
PO BOX 790311
ST. LOUIS MO 63179-0311

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $1,086.69 |

3.38.    **Nonpriority creditor's name and mailing address**

ATMOS ENERGY
PO BOX 790311
ST. LOUIS MO 63179-0311

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $332.67 |

3.39.    **Nonpriority creditor's name and mailing address**

ATMOS ENERGY
PO BOX 790311
ST. LOUIS MO 63179-0311

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $308.93 |

Debtor    **Beauty Brands, LLC**                                                                 Case number *(if known)* **19-10031**

| 3.40. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.40.   **Nonpriority creditor's name and mailing address**

ATMOS ENERGY
PO BOX 790311
ST. LOUIS MO 63179-0311

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$542.46

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.41.   **Nonpriority creditor's name and mailing address**

ATMOS ENERGY
PO BOX 790311
ST. LOUIS MO 63179-0311

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,026.77

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.42.   **Nonpriority creditor's name and mailing address**

ATMOS ENERGY
PO BOX 790311
ST. LOUIS MO 63179-0311

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$362.59

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                           Case number *(if known)* **19-10031**

| | | | |
|---|---|---|---|
| 3.43. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

ATMOS ENERGY (159)
PO BOX 790311
SAINT LOUIS MO 63179-0311

☐ Contingent
☐ Unliquidated
☐ Disputed

$473.43

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.44. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

ATMOS ENERGY (162)
PO BOX 790311
ST LOUIS MO 63179-0311

☐ Contingent
☐ Unliquidated
☐ Disputed

$267.57

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.45. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

AUGUSTINE EXTERMINATORS, INC.
KATHY BLUNT
9280 FLINT STREET
OVERLAND PARK KS 66214

☐ Contingent
☐ Unliquidated
☐ Disputed

$688.46

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Beauty Brands, LLC**                                                                 Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.46. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

AYALA BUZZARD-JAIMEZ
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Amount of claim** |
|---|
| $53.30 |

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                             ACCOUNTS PAYABLE

**Last 4 digits of account number:**               **Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.47. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

AZ FINANCIAL TT CORPORATION
DBA FTT VILLAGE SQUARE II, LLC
1790 E RIVER RD
STE 310
TUSCON AZ 85718

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Amount of claim** |
|---|
| $39,102.00 |

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                             UNPAID RENT

**Last 4 digits of account number:**               **Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.48. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

BARE ESCENTUALS
900 3RD AVENUE
27TH FLOOR
NEW YORK NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Amount of claim** |
|---|
| $483,334.62 |

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                             ACCOUNTS PAYABLE

**Last 4 digits of account number:**               **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Beauty Brands, LLC**                                                      Case number *(if known)* **19-10031**

| 3.49. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARRYWOODS HOLDINGS, LLC
C/O REVESCO PROPERTY SERVICES
CHARLES PAE
5291 E YALE AVE
DENVER CO 80222

☐ Contingent
☐ Unliquidated
☑ Disputed

$35,415.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.50. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BEAUTY BRANDS PAYROLL HOLDINGS, LLC
4600 MADISON AVE
SUITE 500
KANSAS CITY MO 64112

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,000.00

**Date or dates debt was incurred**

2/2014 - 1/6/2019

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.51. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BEAUTY BRANDS PAYROLL, LLC
4600 MADISON AVE
SUITE 500
KANSAS CITY MO 64112

☐ Contingent
☐ Unliquidated
☐ Disputed

$545,150.17

**Date or dates debt was incurred**

2/2014 - 1/6/2019

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Beauty Brands, LLC**                                              Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.52. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

BENEFITS ADMINISTRATIVE SERVICES
INTERNATIONAL CORPORATION
9264 PORTAGE INDUSTRIAL DRIVE
PORTAGE MI 49024

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Amount of claim** |
|---|
| $896.78 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.53. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

BERNARD GROUP
19011 LAKE DRIVE EAST
CHANHASSEN MN 55317

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Amount of claim** |
|---|
| $5,771.25 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.54. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

BETHANY MATHUR
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Amount of claim** |
|---|
| $346.83 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Beauty Brands, LLC**                                    Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.55. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.55. | **Nonpriority creditor's name and mailing address**

BETTY DAIN CREATIONS, LLC
STEPHANIE MC CULLAR
9701 NW 112 AVE
SUITE 10
MIAMI FL 33178

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$10,439.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.56. | **Nonpriority creditor's name and mailing address**

BEWAY PROPERTIES, LLC
TERRI MEYER
4600 MADISON AVENUE, SUITE 1500
KANSAS CITY MO 64112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$15,825.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.57. | **Nonpriority creditor's name and mailing address**

BIOTONE
RAQUEL LOPEZ
4757 OLD CLIFFS ROAD
SAN DIEGO CA 92120

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,790.78

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Beauty Brands, LLC**                                                                  Case number *(if known)* **19-10031**

| 3.58. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BIZ 120
JEFF GRAFSTEIN
729 SUMAC RD
HIGHLAND PARK IL 60035

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,597.87

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.59. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BLACK HILLS UTILITY HOLDINGS, INC
DBA BLACK HILLS ENERGY
625 NINTH STREET
RAPID CITY SD 57701

☐ Contingent
☐ Unliquidated
☐ Disputed

$715.03

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.60. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BLUE TRIANGLE TECHNOLOGIES INC
ALAN HARRIS
9097 ATLEE STATION RD
SUITE 304
MECHANICSVILLE VA 2311-2525

☐ Contingent
☐ Unliquidated
☐ Disputed

$500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                        Case number *(if known)* **19-10031**

3.61.    **Nonpriority creditor's name and mailing address**

BOSLEY PROFESSIONAL STRENGTH
ATTN: ACCOUNTING
171 W ORANGETHORPE AVE
STE A
PLACENTIA CA 92870

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$19,636.77

3.62.    **Nonpriority creditor's name and mailing address**

BREA RETAIL RESIDUAL OWNER 1, LLC
C/O BRIXMOR PROPERTY GROUP
PO BOX 645346
CINCINNATI OH 45264-5346

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

UNPAID RENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$32,609.27

3.63.    **Nonpriority creditor's name and mailing address**

BRENNA SCHROEDER
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$43.31

Debtor   **Beauty Brands, LLC**                                      Case number *(if known)* **19-10031**

| 3.64. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BROCATO INTERNATIONAL PROFESSIONAL
JULIE & CHRISTINE
7777 GOLDEN TRIANGLE DR
# 150
EDEN PRAIRIE MN 55344

☐ Contingent
☐ Unliquidated
☐ Disputed

$38,425.78

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.65. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRUCE W DERRICK
3900 ESSEX LANE
SUITE 1070
HOUSTON TX 77027

☐ Contingent
☐ Unliquidated
☑ Disputed

$15,480.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.66. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BUMBLE AND BUMBLE
MEGHAN HARAHAN
415 W. 13TH ST
NEW YORK NY 10014

☐ Contingent
☐ Unliquidated
☐ Disputed

$52,881.95

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Beauty Brands, LLC**                                    Case number *(if known)* **19-10031**

| 3.67. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.67.  **Nonpriority creditor's name and mailing address**

BUREAU OF WORKERS COMPENSATION
PO BOX 89492
CLEVELAND OH 44101-6492

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$24.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.68.  **Nonpriority creditor's name and mailing address**

BURMAX
ACCTS. RECEIVABLE
CAROLINA ALVES DE
28 BARRETTS AVENUE
HOLTSVILLE NY 11742-2127

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,976.41

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.69.  **Nonpriority creditor's name and mailing address**

BUSY BEAUTY
ELENA GOLDSTEIN
26 UNIVERSITY LANE
MANCHESTER MA 01944

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,354.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Beauty Brands, LLC**                                            Case number *(if known)* **19-10031**

3.70.    **Nonpriority creditor's name and mailing address**

C4 VENTURES, LLC
JIRAIR CHRISTIANIAN
2500 PEARL ST.
SUITE #300
BOULDER CO 80302

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: |
| --- |
| *Check all that apply.* |

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

UNPAID RENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |

$34,037.68

3.71.    **Nonpriority creditor's name and mailing address**

CAITLIN SKALA
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: |
| --- |
| *Check all that apply.* |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |

$910.00

3.72.    **Nonpriority creditor's name and mailing address**

CALLING PROPERTIES
TERRI MEYER
4600 MADISON AVE.
KANSAS CITY MO 64112

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: |
| --- |
| *Check all that apply.* |

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

UNPAID RENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |

$18,160.53

Debtor   **Beauty Brands, LLC**                                          Case number *(if known)* **19-10031**

| 3.73. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.73.

**Nonpriority creditor's name and mailing address**

CAPLACO MANAGEMENT COMPANY
EDWARDSVILLE CROSSING SHOPPING CTR
PO BOX 419121
ST. LOUIS MO 63141

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

UNPAID RENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$42,499.30

---

3.74.

**Nonpriority creditor's name and mailing address**

CAPLACO MANAGEMENT COMPANY
94 CROSSING PHASE IB SHOPPING CTR
PO BOX 419121
ST. LOUIS MO 63141

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$12,852.09

---

3.75.

**Nonpriority creditor's name and mailing address**

CARDFACT XXVI, INC
ROBERT NASH
460 NICHOLS RD
SUITE 300
KANSAS CITY MO 64112

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,585.00

Debtor    **Beauty Brands, LLC**                                    Case number *(if known)* **19-10031**

| 3.76. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAREERBUILDER, LLC
200 N LASALLE STREET, SUITE 1100
CHICAGO IL 60601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

$28,446.42

---

| 3.77. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CARRIE GATTENBY
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

$800.00

---

| 3.78. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CASEYVILLE TOWNSHIP SEWER
ACCOUNT # 0401613300
PO BOX 1900
FAIRVIEW HEIGHTS IL 62208

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

$312.00

---

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| | | | |
|---|---|---|---|
| 3.79. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

CBIZ ACCOUNTING, TAX & ADVISORY
700 WEST 47TH STREET
SUITE 1100
KANSAS CITY MO 64112

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,111.35

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.80. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

CDW DIRECT, LLC
PO BOX 75723
CHICAGO IL 60675-5723

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,574.77

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.81. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

CENTERPOINT ENERGY (158)
PO BOX 4981
HOUSTON TX 77210-4981

☐ Contingent
☐ Unliquidated
☐ Disputed

$201.29

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                    Case number *(if known)* **19-10031**

| 3.82. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.82.    **Nonpriority creditor's name and mailing address**

CENTERPOINT ENERGY (160)
PO BOX 4981
HOUSTON TX 77210-4981

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$599.91

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.83.    **Nonpriority creditor's name and mailing address**

CENTERPOINT ENERGY (167)
PO BOX 4981
HOUSTON TX 77210-4981

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$358.98

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.84.    **Nonpriority creditor's name and mailing address**

CENTRE NORTH SHOPS, LLC
TOM DOYLE
9333 N MERIDIAN ST
SUITE 275
INDIANAPOLIS IN 46260

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$40,827.39

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                    Case number *(if known)* **19-10031**

3.85. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

CENTURYLINK - 156
PO BOX 4918
MONROE LA 71211

$203.68

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.86.    **Nonpriority creditor's name and mailing address**

CENTURYLINK - 158
PO BOX 4918
MONROE LA 71211

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$37.68

**Date or dates debt was incurred**
_____

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.87.    **Nonpriority creditor's name and mailing address**

CH PLAZA LLC
C/O M&J WILKOW PROPERTIES, LLC
20 SOUTH CLARK
SUITE 3000
CHICAGO IL 60603

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$29,947.76

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Beauty Brands, LLC**                                            Case number *(if known)* **19-10031**

3.88.   **Nonpriority creditor's name and mailing address**

CHARTER COMMUNICATIONS
C/O TAX DEPT
FRED AZIMI
12405 POWRCOURT DRIVE
ST. LOUIS MO 63131-3674

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $122.36 |

3.89.   **Nonpriority creditor's name and mailing address**

CHARTER COMMUNICATIONS - 101
ARMONDO GONZALEZ
12405 POWERSCOURT DRIVE
SAINT LOUIS MO 63131

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $219.31 |

3.90.   **Nonpriority creditor's name and mailing address**

CHARTER COMMUNICATIONS - 126
ARMONDO GONZALEZ
12405 POWERSCOURT DRIVE
SAINT LOUIS MO 63131

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $219.31 |

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.91. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.91.   **Nonpriority creditor's name and mailing address**

CHARTER COMMUNICATIONS - 132
ARMONDO GONZALEZ
12405 POWERSCOURT DRIVE
SAINT LOUIS MO 63131

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$25.64

---

3.92.   **Nonpriority creditor's name and mailing address**

CHARTER COMMUNICATIONS - 145
ARMONDO GONZALEZ
12405 POWERSCOURT DRIVE
SAINT LOUIS MO 63131

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$219.31

---

3.93.   **Nonpriority creditor's name and mailing address**

CHARTER COMMUNICATIONS - 161
ARMONDO GONZALEZ
12405 POWERSCOURT DRIVE
SAINT LOUIS MO 63131

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$276.23

---

Debtor    **Beauty Brands, LLC**                                                  Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| **3.94.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.94.    **Nonpriority creditor's name and mailing address**

CHARTER COMMUNICATIONS - HO
ARMONDO GONZALEZ
12405 POWERSCOURT DRIVE
SAINT LOUIS MO 63131

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$5,645.14

---

3.95.    **Nonpriority creditor's name and mailing address**

CHARTER COMMUNICATIONS- 105,152,168
ARMONDO GONZALEZ
12405 POWERSCOURT DRIVE
SAINT LOUIS MO 63131

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,070.75

---

3.96.    **Nonpriority creditor's name and mailing address**

CHEETAH DIGITAL, INC.
CORPORATION TRUST CENTER
SCOTT COHRS
1209 ORANGE STREET
WILMINGTON DE 19801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$107,000.00

---

Debtor    **Beauty Brands, LLC**                                                     Case number *(if known)* **19-10031**

| 3.97. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHENELL BROWN
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

$91.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.98.    **Nonpriority creditor's name and mailing address**

CINTAS FIRST AID & SAFETY
18621 W 87TH ST PKWY
#222
LENEXA KS 66219-1435

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$535.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.99.    **Nonpriority creditor's name and mailing address**

CITIZENS ENERGY GROUP
2020 N MERIDIAN DR
INDIANAPOLIS IN 46202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$449.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                    Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.100. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.100.  **Nonpriority creditor's name and mailing address**

CITIZENS WESTFIELD
PO BOX 7067
INDIANAPOLIS IN 46207-7067

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$431.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.101.  **Nonpriority creditor's name and mailing address**

CITY & COUNTY OF BROOMFIELD (UTIL)
DEPT 67
DENVER CO 80281-0067

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$300.02

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.102.  **Nonpriority creditor's name and mailing address**

CITY OF AVONDALE (UTILITIES)
11465 W CIVIC CENTER DR, SUITE 260
AVONDALE AZ 85323-6808

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$234.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.103. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CITY OF BOULDER-UTILITY
PO BOX 2140
BOULDER CO 80306-2140

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$381.02

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.104. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CITY OF CHANDLER - UTILITY BILL
PO BOX 52158
PHOENIX AZ 85072-2158

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$243.98

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.105. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CITY OF DAVENPORT-UTILITIES
226 WEST 4TH STREET
DAVENPORT IA 52801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$125.09

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

3.106.  **Nonpriority creditor's name and mailing address**

CITY OF EDWARDSVILLE
118 HILLSBORO
PO BOX 407
EDWARDSVILLE IL 62025

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $281.11 |

3.107.  **Nonpriority creditor's name and mailing address**

CITY OF INDEPENDENCE UTILITIES
PO BOX 219362
KANSAS CITY MO 64121-9362

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $4,015.88 |

3.108.  **Nonpriority creditor's name and mailing address**

CITY OF LEE'S SUMMIT
220 SE GREEN STREET
LEE'S SUMMIT MO 64063-2706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $50.00 |

Debtor    **Beauty Brands, LLC**                                     Case number *(if known)* **19-10031**

---

**3.109.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CITY OF OKLAHOMA CITY
PO BOX 26570
OKLAHOMA CITY OK 73126-0570

☐ Contingent
☐ Unliquidated
☐ Disputed

$556.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.110.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CITY OF OMAHA
FALSE ALARM REDUCTION PROGRAM
PO BOX 30205
OMAHA NE 68103-1305

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.111.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CITY OF PHOENIX (UTILITIES)
PO BOX 29100
PHOENIX AZ 85038-9100

☐ Contingent
☐ Unliquidated
☐ Disputed

$263.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Beauty Brands, LLC**                                                  Case number *(if known)* **19-10031**

---

| 3.112. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | CITY OF PLANO (UTILITIES)<br>PO BOX 861990<br>PLANO TX 75086 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $873.83 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.113. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | CITY OF ST PETERS (UTILITIES)<br>PO BOX 9<br>ST. PETERS MO 63376 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $144.73 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.114. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | CITY OF WACO<br>PO BOX 2649<br>WACO TX 76702 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $801.16 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.115. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.115.  **Nonpriority creditor's name and mailing address**

CK PROMENADE SHOPPPING CENTER, LLC
C/O CHILDRESS KLEIN PROPERTIES
RICHARD HELMS
301 S COLLEGE ST
SUITE 2800
CHARLOTTE NC 28202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$30,202.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.116.  **Nonpriority creditor's name and mailing address**

CLARINS USA
TINA CHRISOHOIDIS
15 OLYMPIC DRIVE
ORANGEBURG NY 10962

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$34,161.66

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.117.  **Nonpriority creditor's name and mailing address**

CLEVELAND ELECTRIC ILLUMINATING CO
(A FIRSTENERGY COMPANY)
76 S MAIN STREET
AKRON OH 44308-1812

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,111.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

**3.118.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.118.** **Nonpriority creditor's name and mailing address**

CLIVE WATER DEPARTMENT
1900 NW 114TH STREET
CLIVE IA 50325

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$265.54

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.119.** **Nonpriority creditor's name and mailing address**

COLORADO SPRINGS UTILITIES
P.O. BOX 340
COLORADO SPRINGS CO 80901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,766.76

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.120.** **Nonpriority creditor's name and mailing address**

COLOREDGE, INC
312 W ROUTE 38
LOCKBOX # 826977
MOORESTOWN NJ 08057

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,241.85

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

---

3.121.  **Nonpriority creditor's name and mailing address**

COLORPROOF HAIRCARE, LLC
DBA COLORPROOF EVOLVED COLOR CARE
19900 MACARTHUR BLVD
STE 110
IRVINE CA 92612

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$20,242.23

---

3.122.  **Nonpriority creditor's name and mailing address**

COLUMBIA GAS OF OHIO
P.O. BOX 16581
COLUMBUS OH 43216-6581

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$677.05

---

3.123.  **Nonpriority creditor's name and mailing address**

COMCAST BUSINESS - 136
ALKA PARIKH
ONE COMCAST CENTER, 32ND FLOOR
PHILADELPHIA PA 19103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$530.90

---

Debtor    **Beauty Brands, LLC**                                           Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.124. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

COMCAST BUSINESS - 137
ALKA PARIKH
ONE COMCAST CENTER, 32ND FLOOR
PHILADELPHIA PA 19103

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$530.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.125.    **Nonpriority creditor's name and mailing address**

CONAIR
P.O BOX 932059
ATLANTA GA 31193-2059

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,146.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.126.    **Nonpriority creditor's name and mailing address**

CONAIR - AQUAGE
150 MILFORD ROAD
EAST WINDSOR NJ 08520

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$63,327.89

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Beauty Brands, LLC**                                     Case number *(if known)* **19-10031**

**3.127.**    **Nonpriority creditor's name and mailing address**

CONAIR CORPORATION
KEZLEE PARKER
1 CUMMINGS POINT RD
STAMFORD CT 06904

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$25,215.69

---

**3.128.**    **Nonpriority creditor's name and mailing address**

CONAIR CORPORATION
DBA ALLEGRO
SUSANNAH FULLER
150 MILFORD ROAD
EAST WINDSOR NJ 08520

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,344.00

---

**3.129.**    **Nonpriority creditor's name and mailing address**

CONCUR TECHNOLOGIES, INC
62157 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$6,562.50

---

Debtor    **Beauty Brands, LLC**                                                                                    Case number *(if known)* **19-10031**

---

**3.130.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.130.** **Nonpriority creditor's name and mailing address**

CONSOLIDATED PRINTING SUPPLIES
DENEEN SLACK
11870 W 91ST STREET
OVERLAND PARK KS 66214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,055.74

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.131.** **Nonpriority creditor's name and mailing address**

CONVEYOR SOLUTIONS
MAGGIE STARON
902 MORSE AVE
SCHAUMBURG IL 60193

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,134.72

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.132.** **Nonpriority creditor's name and mailing address**

COSERV ELECTRIC/GAS
ACCT #1368000164
PO BOX 650785
DALLAS TX 75265-0785

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,041.53

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.133. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

COTY/PHILOSOPHY
MICHELLE SIECZKOWSKI
1400 BROADWAY RD
SANFORD NC 27332

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$64,902.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.134. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

COUNTRY CLUB PLAZA JV, LLC
PO BOX 675001
DETROIT MI 48267-5001

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$59,850.33

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.135. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

COX - 125
6205 PEACH TREE DUNWOODY ROAD
ATLANTA GA 30328

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$135.93

**Date or dates debt was incurred**

_____

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                        Case number *(if known)* **19-10031**

3.136.    **Nonpriority creditor's name and mailing address**

COX - OKLAHOMA CITY, OK - 141
KELLY HOOK
2812 S. MAY AVE
OKLAHOMA CITY OK 73108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$334.25

3.137.    **Nonpriority creditor's name and mailing address**

COX - OMAHA, NE - 138
KELLY HOOK
16909 BURKE STREET
STE 121
OMAHA NE 68118

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$308.66

3.138.    **Nonpriority creditor's name and mailing address**

COX - OMAHA, NE - 143
KELLY HOOK
16909 BURKE STREET
STE 121
OMAHA NE 68118

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$308.52

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

3.139.  **Nonpriority creditor's name and mailing address**

COX - OMAHA, NE - 157
KELLY HOOK
16909 BURKE STREET
STE 121
OMAHA NE 68118

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$308.72

3.140.  **Nonpriority creditor's name and mailing address**

COX - PHOENIX AZ - 118
KELLY HOOK
1550 W DEER VALLEY ROAD
PHOENIX AZ 85027

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$487.18

3.141.  **Nonpriority creditor's name and mailing address**

COX - PHOENIX AZ - 144
KELLY HOOK
1550 W DEER VALLEY ROAD
PHOENIX AZ 85027

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$445.84

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

**3.142.** **Nonpriority creditor's name and mailing address**

COX - PHOENIX AZ - 146
KELLY HOOK
1550 W DEER VALLEY ROAD
PHOENIX AZ 85027

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $445.74 |

**3.143.** **Nonpriority creditor's name and mailing address**

COX COMMUNICATIONS, INC.
6205 PEACH TREE DUN WOODY ROAD
ATLANTA GA 30328

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $428.26 |

**3.144.** **Nonpriority creditor's name and mailing address**

COX, FRANCES ELIZABETH
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor    **Beauty Brands, LLC**                                        Case number *(if known)* **19-10031**

---

**3.145.**    **Nonpriority creditor's name and mailing address**

CP COMMERCIAL DELAWARE
1350 WEST 3RD STREET
CLEVELAND OH 44113

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

UNPAID RENT

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$30,272.98

---

**3.146.**    **Nonpriority creditor's name and mailing address**

CRICKET COMPANY,LLC
STEPHANIE MCCLULLAR
68 LEVERONI COURT
SUITE 200
NOVATO CA 94949

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$4,032.08

---

**3.147.**    **Nonpriority creditor's name and mailing address**

CRUNCH-DATA, INC.
DOUGLAS TEXTOR, CFO
260D EAST AVENIDA DE LOS ARBOLES
SUITE 711
THOUSAND OAKS CA 91362

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$16,479.51

---

Debtor    **Beauty Brands, LLC**                                          Case number *(if known)* **19-10031**

3.148.    **Nonpriority creditor's name and mailing address**

CTS, LLC
PO BOX 4908
OMAHA NE 68104

| As of the petition filing date, the claim is: | Amount of claim |
| --- | --- |
| *Check all that apply.* | $44,128.32 |

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.149.    **Nonpriority creditor's name and mailing address**

CUSHMAN & WAKEFIELD
1220 AUGUSTA
HOUSTON TX 77057

| As of the petition filing date, the claim is: | Amount of claim |
| --- | --- |
| *Check all that apply.* | $34,000.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.150.    **Nonpriority creditor's name and mailing address**

CUSICK, SHANNON J
Address Intentionally Omitted

| As of the petition filing date, the claim is: | Amount of claim |
| --- | --- |
| *Check all that apply.* | UNDETERMINED |

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                                 Case number *(if known)* **19-10031**

| 3.151. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

D.K. MICKELSON
DENNIS MICKELSON
1010 S.W. MOUNTAIN VIEW CT.
GRAIN VALLEY MO 64029

☐ Contingent
☐ Unliquidated
☐ Disputed

$125.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.152. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DAL-ONE PROPERTIES, LLC
TERRI MEYER
4600 MADISON AVE
SUITE 1500
KANSAS CITY MO 64112

☐ Contingent
☐ Unliquidated
☒ Disputed

$98,057.55

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.153. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DAVEXLABS LLC
MARK POJAR
429 SANTA MONICA BLVD.
SUITE 510
SANTA MONICA CA 90401

☐ Contingent
☐ Unliquidated
☐ Disputed

$17,899.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                      Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.154. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

DDR CORP
DBA DDRA AHWATUKEE FOOTHILLS LLC
3300 ENTERPRISE PARKWAY
BEACHWOOD OH 44122

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$38,349.59

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.155. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

DDR WILLOWBROOK PLAZA LP
TENANT SERVICES
330 ENTERPRISE PKWY
BEACHWOOD OH 44122

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$21.33

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.156. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

DEBRA DIANE VENABLE
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Beauty Brands, LLC**                                            Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.157. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

DELTACOM LLC
DBA EARTHLINK HOLDINGS LLC
1375 PEACHTREE STREET, LEVEL A
ATLANTA GA 30309

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$66,748.29

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.158. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

DEMETRIA WILLIAMS
Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$405.38

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.159. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

DEPLABS, INC
755 BAYWOOD DRIVE SUITE 165
PETALUMA CA 94954

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$765.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Beauty Brands, LLC**                                                                 Case number *(if known)* **19-10031**

---

**3.160.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.160.**

**Nonpriority creditor's name and mailing address**

DERMABLEND
DIVISION OF L'OREAL USA SD INC
SANDY MIDDLETON
77 DEANS RHODE HALL RD
MONMOUTH JUNCTION NJ 08852

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$28,756.74

---

**3.161.**

**Nonpriority creditor's name and mailing address**

DERMALOGICA
ARLEEN,TANYA,SHEILA
1535 BEACHEY PLACE
CARSON CA 90746

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$73,477.28

---

**3.162.**

**Nonpriority creditor's name and mailing address**

DEVA CONCEPTS, LLC.
ANDREA SORVILLO
75 SPRING STREET
8TH FLOOR
NEW YORK NY 10012

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$166,960.70

---

Debtor    **Beauty Brands, LLC**                                                          Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.163. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.163.**

**Nonpriority creditor's name and mailing address**

DIANE PRUNTY
REAVEY LAW LLC
PATRICK REAVEY & KEVIN KOC
1600 GENESSEE
STE 303
KANSAS CITY MO 64102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.164.**

**Nonpriority creditor's name and mailing address**

DIERBERGS
ATTN: ACCOUNTS RECEIVABLE
PO BOX 1070
CHESTERFIELD MO 63006-1070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$31,752.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.165.**

**Nonpriority creditor's name and mailing address**

DIERBERGS INVESTMENT CORP
16690 SWINGLEY RIDGE RD
CHESTERFIELD MO 63017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$29,712.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| 3.166. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.166. **Nonpriority creditor's name and mailing address**

DIGITAL EVOLUTION GROUP (DEG)
6601 COLLEGE BLVD. #6
OVERLAND PARK KS 66211

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$119,993.58

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.167. **Nonpriority creditor's name and mailing address**

DOOR SERVICE, INC
11134A LINDBERGH BUSINESS CT
ST LOUIS MO 63123

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$33.62

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.168. **Nonpriority creditor's name and mailing address**

DR. DENNIS GROSS SKINCARE, LLC
ELSA HO
444 MADISON AVENUE
SUITE 500
NEW YORK NY 10022

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,805.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **Beauty Brands, LLC**                                        Case number *(if known)* **19-10031**

| 3.169. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DREAMCATCHERS INTERNATIONAL, INC
JAMIE DE LA TORRE
4521 CAMPUS DR
SUITE 331
IRVINE CA 92612

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,806.93

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.170. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DREAMLOOK, INC (GREYFREE)
250 CANAL ST
4TH FL BOX 13
LAWRENCE MA 01840

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,497.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.171. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DUCKETT CREEK SANITARY DISTRICT
PO BOX 790169
ST LOUIS MO 63179-0169

☐ Contingent
☐ Unliquidated
☐ Disputed

$410.23

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **Beauty Brands, LLC**                                    Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.172. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.172.**

**Nonpriority creditor's name and mailing address**

DUKE ENERGY
PO BOX 1326
CHARLOTTE NC 28201-1326

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$10,550.14

---

**3.173.**

**Nonpriority creditor's name and mailing address**

DUKE ENERGY (NC)
PO BOX 70516
CHARLOTTE NC 28272-0515

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,195.86

---

**3.174.**

**Nonpriority creditor's name and mailing address**

EARL E BARR
415 NW 350TH ROAD
WARRENSBURG MO 64093

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$29,675.00

---

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| 3.175. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.175.**

**Nonpriority creditor's name and mailing address**

EARTHLINK BUSINESS
BRAD CARELL
1375 PEACHTREE STREET
LEVEL A
ATLANTA GA 30309

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$130,142.19

---

**3.176.**

**Nonpriority creditor's name and mailing address**

EASTON GATEWAY, LLC
C/O STEINER REAL ESTATE SERVICE LLC
SHARON KONDRACKI
4016 TOWNSFAIR WAY
SUITE 201
COLUMBUS OH 43219

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

UNPAID RENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$24,211.11

---

**3.177.**

**Nonpriority creditor's name and mailing address**

EBSCO SUBSCRIPTION SERVICES
1140 SILVER LAKE ROAD
CARY IL 60013-1685

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$8,590.01

---

Debtor    **Beauty Brands, LLC**                                        Case number *(if known)* **19-10031**

---

| 3.178. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.178. **Nonpriority creditor's name and mailing address**

ELIZABETH ARDEN
PO BOX 418906
BOSTON MA 02241-8906

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$25,658.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.179. **Nonpriority creditor's name and mailing address**

EMELY RODRIGUEZ
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$288.65

**Date or dates debt was incurred**

_____

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.180. **Nonpriority creditor's name and mailing address**

ENERGY UNITED
PO BOX 1831
STATESVILLE NC 28687-1831

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,235.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Beauty Brands, LLC**                                                                Case number *(if known)* **19-10031**

---

3.181.  **Nonpriority creditor's name and mailing address**

ENTERGY ARKANSAS, INC
PO BOX 8101
BATON ROUGE LA 70891-8101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$320.89

---

3.182.  **Nonpriority creditor's name and mailing address**

ENTERPRISE RENT-A-CAR
PO BOX 402383
ATLANTA GA 30384

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,696.52

---

3.183.  **Nonpriority creditor's name and mailing address**

EQUIBAL,INC.
63-65 JERSEY AVENUE
UNIONVILLE NY 10988

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$11,053.91

---

Debtor    **Beauty Brands, LLC**                                           Case number *(if known)* **19-10031**

**3.184.** **Nonpriority creditor's name and mailing address**

EVANS-EVCO
PO BOX 872336
KANSAS CITY MO 64187-2336

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$42,931.59

**3.185.** **Nonpriority creditor's name and mailing address**

EVERGAGE
EVAN FREDERICK
212 ELM STREET
#402
SOMERVILLE MA 02144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$5,000.01

**3.186.** **Nonpriority creditor's name and mailing address**

EXCEL SOUTHLAKE I LP
PO BOX 27324
SAN DIEGO CA 92198-1324

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **Beauty Brands, LLC**                                       Case number *(if known)* **19-10031**

**3.187.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

EXPRESS EMPLOYMENT PROFESSIONALS
PO BOX 203901
DALLAS TX 75320-3901

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$119,061.33

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.188.** | **Nonpriority creditor's name and mailing address**

FACILITY SOLUTIONS GROUP
BOBBY GRAHAM
4401 WESTGATE BLVD
SUITE-310
AUSTIN TX 78745

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$72,045.15

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.189.** | **Nonpriority creditor's name and mailing address**

FALGERS INC
DBA PARKWAY CENTER
KEN SCHMANKE
435 S KANSAS AVE, SUITE 200
TOPEKA KS 66603

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$26,786.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

UNPAID RENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

**3.190.**  **Nonpriority creditor's name and mailing address**

FAROUK SYSTEMS USA
DESTRIA HORTON
250 PENNBRIGHT DRIVE
HOUSTON TX 77090

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$20,308.82

---

**3.191.**  **Nonpriority creditor's name and mailing address**

FARUKI IRELAND COX RHINEHART & DUST
110 NORTH MAIN ST.
SUITE 1600
DAYTON OH 45402

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$6,482.25

---

**3.192.**  **Nonpriority creditor's name and mailing address**

FEDERICI BRANDS, LLC
DBA COLOR WOW
JODY JOHNSTON
15 RIVER ROAD SUITE 310
WILTON CT 06897

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$14,700.00

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

3.193.    **Nonpriority creditor's name and mailing address**

FEDEX
PO BOX 371599
PITTSBURGH PA 15250-7599

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$422,221.08

3.194.    **Nonpriority creditor's name and mailing address**

FERRANDINO AND SON, INC
TIMOTHY PADDEN
71 CAROLYN BLVD
FARMINGDALE NY 11735

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$50,391.85

3.195.    **Nonpriority creditor's name and mailing address**

FHI BRANDS, LLC
ROSENTHAL & ROSENTHAL
KERI JOSH SHIRLEY
PO BOX 88926
CHICAGO IL 60695 1926

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$4,535.16

Debtor    **Beauty Brands, LLC**                                          Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.196. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.196.  **Nonpriority creditor's name and mailing address**

FIRST AID BEAUTY
CAROL TURICK
70 BRIDGE STREET
SUITE 203
NEWTON MA 02458

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$37,937.11

---

3.197.  **Nonpriority creditor's name and mailing address**

FITZGERALD ASSOCIATES ARCHITECTS
912 WEST LAKE STREET
CHICAGO IL 60607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$29.00

---

3.198.  **Nonpriority creditor's name and mailing address**

FIZZ & BUBBLE LLC
27120 SW 95TH AVENUE
SUITE 3280
WILSONVILLE OR 97070

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$44,891.33

Debtor   **Beauty Brands, LLC**                                    Case number *(if known)* **19-10031**

---

**3.199.** **Nonpriority creditor's name and mailing address**

FLEISHMAN-HILLARD INC.
ALLIE WILMES
200 N BROADWAY
SAINT LOUIS MO 63102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$213,486.68

---

**3.200.** **Nonpriority creditor's name and mailing address**

FREEPLAY MUSIC LLC
1650 BROADWAY
STE 1109
NEW YORK NY 10019

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.201.** **Nonpriority creditor's name and mailing address**

FRISCO POLICE DEPARTMENT
8750 MCKINNEY ROAD
SUITE #500
FRISCO TX 75034

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$100.00

---

Debtor **Beauty Brands, LLC**                                     Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.202. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

FROMM INTERNATIONAL
LISA ALEKSANDER
603 DEMPSTER STREET
MOUNT PROSPECT IL 60056

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,962.74

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.203.   **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: *Check all that apply.*

FRONTIER COMMUNICATIONS
WILLIAM STEVENSON
401 MERRITT 7
NORWALK CT 06851

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$69.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.204.   **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: *Check all that apply.*

G & K SERVICES
5595 OPUS PARKWAY
MINNETONKA MN 55343

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$299.39

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Beauty Brands, LLC**                                            Case number *(if known)* **19-10031**

---

3.205.  **Nonpriority creditor's name and mailing address**

GABRIELLA PEREZ
LAW OFFICES OF SIDNEY F WOLITZKY
SIDNEY F. WOLITZKY
70 WEST FRANKLIN ST
TUCSON AZ 85701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.206.  **Nonpriority creditor's name and mailing address**

GALLANT CONSTRUCTION COMPANY
345 MEMORIAL DRIVE
CRYSTAL LAKE IL 60014

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $156,042.44 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.207.  **Nonpriority creditor's name and mailing address**

GENERAL FIRE & SAFETY
EQUIP CO. OF POLK COUNTY
BRUCE MCCANN
3210 E. 14TH STREET
DES MOINES IA 50316

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $1,992.80 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Beauty Brands, LLC**                                                          Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.208. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

GIBS
DONNA YOUNG
110 N. COLLEGE AVENUE
# 4
FORT COLLINS CO 80524

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$3,345.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.209.   **Nonpriority creditor's name and mailing address**

GRAHAM PROFESSIONAL BEAUTY
DEBBIE SCHLISE
BIN 88554
MILWAUKEE WI 53288-0554

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$3,709.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.210.   **Nonpriority creditor's name and mailing address**

GRAINGER
PO BOX 419267
DEPT 885901075
KANSAS CITY MO 64141-6267

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$1,874.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **Beauty Brands, LLC**                                      Case number *(if known)* **19-10031**

| | |
|---|---|
| **3.211.** | **Nonpriority creditor's name and mailing address** |

**3.211.**   **Nonpriority creditor's name and mailing address**

GRANITE TELECOMMUNICATIONS
TIM HADRI
100 NEWPORT AVENUE EXTENSION
QUINCY MA 02171

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$453.20

---

**3.212.**   **Nonpriority creditor's name and mailing address**

GRAPHIC SYSTEMS
2632 26TH AVENUE SOUTH
MINNEAPOLIS MN 55406

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$23,771.25

---

**3.213.**   **Nonpriority creditor's name and mailing address**

GREEN MOUNT CROSSING, LLC
PO BOX 419121
ST. LOUIS MO 63141

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

UNPAID RENT

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$34,652.31

---

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.214. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

3.214. **Nonpriority creditor's name and mailing address**

GREENDALE 14, LLC
PO BOX 713956
CINCINNATI OH 45271-3956

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$36,570.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.215. **Nonpriority creditor's name and mailing address**

GREENLEAF COMPACTION
4001 N 3RD ST
S-480
PHOENIX AZ 85012

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,274.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.216. **Nonpriority creditor's name and mailing address**

HAIR TREATS
DBA BACKSTAGE COMMERCE, INC
JONATHAN MORELLO
1561 RUE BEGIN
MONTREAL QC H4R IW9
CANADA

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,918.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 82 of 177

Debtor    **Beauty Brands, LLC**                                                          Case number *(if known)* **19-10031**

| 3.217. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HAIR U WEAR
WIL MELCHOR-BARZ
14865 W. 105TH STREET
LENEXA KS 66215

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,020.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.218. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HALOGEN PUBLICIS MEDIA COLLECTION
F/B/O STARCOM MEDIAVEST GROUP
LAUREN MOLLER
PO BOX 1528
LONG ISLAND CITY NY 11101-0528

☐ Contingent
☐ Unliquidated
☐ Disputed

$471,627.98

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.219. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HARRIS ENTERPRISES PARTNERS, GP
METRO LINEN COMPANY
PO BOX 978
MCKINNEY TX 75070

☐ Contingent
☐ Unliquidated
☐ Disputed

$39.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **Beauty Brands, LLC**                                                Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.220. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

3.220.  **Nonpriority creditor's name and mailing address**

HAVERKAMP, CAMILA AMORE
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.221.  **Nonpriority creditor's name and mailing address**

HAYS COMPANIES
CHIEF LEGAL OFFICER
IDS CENTER
80 SOUTH EIGHTH STREET STE 700
MINNEAPOLIS MN 55402

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,166.67

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.222.  **Nonpriority creditor's name and mailing address**

HELEN OF TROY
#1 HELEN OF TROY PLAZA
EL PASO TX 79912

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$155,748.16

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Beauty Brands, LLC**                                                        Case number *(if known)* **19-10031**

| 3.223. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.223.**

**Nonpriority creditor's name and mailing address**

HERRING, MARY ANN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.224.**

**Nonpriority creditor's name and mailing address**

HEUBEL MATERIAL HANDLING, INC.
P.O. BOX 870975
KANSAS CITY MO 64187-0975

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,641.11

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.225.**

**Nonpriority creditor's name and mailing address**

HOVEY WILLIAMS LLP
10801 MASTIN BLVD SUITE 1000
84 CORPORATE WOODS
OVERLAND PARK KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$12,725.82

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

---

3.226.    **Nonpriority creditor's name and mailing address**

HUDSON ENERGY
4 EXECUTIVE BLVD
S-301
SUFFERN NY 10901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,897.01

---

3.227.    **Nonpriority creditor's name and mailing address**

HYPERCORE NETWORKS
LOUIS LOPEZ
2024 W. 15TH STREET
STE F#311
PLANO TX 75075-7364

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,666.05

---

3.228.    **Nonpriority creditor's name and mailing address**

IBM CORPORATION
PO BOX 676673
DALLAS TX 75267-6673

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,561.81

---

Debtor   **Beauty Brands, LLC**                                    Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.229. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

3.229.   **Nonpriority creditor's name and mailing address**

ILLINOIS AMERICAN WATER
PO BOX 3027
MILWAUKEE WI 53210-3027

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$622.81

---

3.230.   **Nonpriority creditor's name and mailing address**

INFINITE CONFERENCING INC
JULIE GLAZER
100 MORRIS AVE
SPRINGFIELD NJ 07081

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$2,612.22

---

3.231.   **Nonpriority creditor's name and mailing address**

INFOMART
1582 TERRELL MILL ROAD
MARIETTA GA 30067

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$913.90

---

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

**3.232.**  **Nonpriority creditor's name and mailing address**

INLAND COMM REAL ESTATE SERV LLC
2901 BUTTERFIELD RD
OAKBROOK IL 60523

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | |
| ☐ Contingent | $33,317.32 |
| ☐ Unliquidated | |
| ☒ Disputed | |

**Basis for the claim:**

UNPAID RENT

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.233.**  **Nonpriority creditor's name and mailing address**

INLAND NATIONAL REAL ESTATE SERVICE
KRISTIE MOSS
BLDG 75014
62903 COLLECTION CENTER DR
CHICAGO IL 60693-0629

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | |
| ☐ Contingent | $38,937.40 |
| ☐ Unliquidated | |
| ☒ Disputed | |

**Basis for the claim:**

UNPAID RENT

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.234.**  **Nonpriority creditor's name and mailing address**

INNOVATIVE STYLING OPTIONS, INC.
JUNE PLEASIC
488 E. SANTA CLARA STREET
SUITE 301
ARCADIA CA 91006

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | |
| ☐ Contingent | $2,999.88 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.235. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.235.    **Nonpriority creditor's name and mailing address**

INSTART LOGIC, INC.
JEFF GARIS
450 LAMBERT AVENUE
PALO ALTO CA 94306

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.236.    **Nonpriority creditor's name and mailing address**

INSTORE DESIGN DISPLAY
SHAWN RYAN
105 W 26TH AVE
NORTH KANSAS CITY MO 64116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$984.15

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.237.    **Nonpriority creditor's name and mailing address**

INTEK INTEGRATION TECHNOLOGIES, INC
35328 SE CENTER ST
SNOQUALMIE WA 98065

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$10,709.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                        Case number *(if known)* **19-10031**

| 3.238. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INTVENT-CP LLC
MARTHA MUNIZ
30 EAST ADAMS ST
STE 300
CHICAGO IL 60603

☐ Contingent
☐ Unliquidated
☑ Disputed

$15,561.52

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.239. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INVENTRUST PROPERTIES CORP.
MAUREEN SHARP
3025 HIGHLAND PARKWAY
# 350
DOWNERS GROVE IL 60515

☐ Contingent
☐ Unliquidated
☑ Disputed

$32,394.19

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.240. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IOWA AMERICAN WATER
PO BOX 5624
CHERRY HILL NJ 08034

☐ Contingent
☐ Unliquidated
☐ Disputed

$381.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| 3.241. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.241.  **Nonpriority creditor's name and mailing address**

IOWA MACHINE SHED CO
DAMEN TREBILCOCK
1501 RIVER DRIVE
MOLINE IL 61265

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$39,530.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.242.  **Nonpriority creditor's name and mailing address**

IRON MOUNTAIN
6301 WINCHESTER AVE, #611A
KANSAS CITY MO 64133

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,008.49

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.243.  **Nonpriority creditor's name and mailing address**

J&D BRUSH CO
JDB GROUP(JD BEAUTY GROUP)
DONNA YOUNG
5 ADAMS AVE
HAUPPAUGE NY 11788

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$59,351.38

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                Case number *(if known)* **19-10031**

| | | | |
|---|---|---|---|
| 3.244. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

J&D BRUSH CO
JDB GROUP(JD BEAUTY GROUP)
DONNA YOUNG
5 ADAMS AVE
HAUPPAUGE NY 11788

☐ Contingent
☐ Unliquidated
☐ Disputed

$252.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.245. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

J&S MIDRANGE CONSULTING, INC
10607 BURTON STREET
SUGAR CREEK MO 64054

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,670.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.246. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

JACK BLACK, LLC
KELLI FISHER
2025 W BELT LINE ROAD
CARROLTON TX 75006

☐ Contingent
☐ Unliquidated
☐ Disputed

$55,780.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

**3.247.**  **Nonpriority creditor's name and mailing address**

JACKRABBIT HOLDINGS, LLC
5800 S REMINGTON PLACE
SUITE 100
SIOUX FALLS SD 57108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $38,030.00 |

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

UNPAID RENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.248.**  **Nonpriority creditor's name and mailing address**

JAMES PRINTING COMPANY
SCOTT WELHOFF
1340 TANEY
NORTH KANSAS CITY MO 64116

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $7,823.11 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.249.**  **Nonpriority creditor's name and mailing address**

JANDY BRANDS INC.
JOSEPH CHO
2539 W 237TH ST
# C
TORRANCE CA 90505

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $120.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                        Case number *(if known)* **19-10031**

3.250.    **Nonpriority creditor's name and mailing address**

JAYCE HUDSPETH
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$54.59

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.251.    **Nonpriority creditor's name and mailing address**

JOHNICE TAYLOR
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$408.25

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.252.    **Nonpriority creditor's name and mailing address**

JOHNSON COUNTY WASTEWATER
P.O. BOX 219948
KANSAS CITY MO 64121-9948

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$561.59

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.253. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.253.    **Nonpriority creditor's name and mailing address**

JOHNSON, LAURA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.254.    **Nonpriority creditor's name and mailing address**

JOICO LABORATORIES, INC.
JUNE PLEASIC
488 E. SANTA CLARA STREET
SUITE 301
ARCADIA CA 91006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$106,285.15

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.255.    **Nonpriority creditor's name and mailing address**

JONES LANG LASALLE AMERICAS, INC.
200 E. RANDOLPH ST
SUITE 4300
CHICAGO IL 60601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,075.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Beauty Brands, LLC**                                                                Case number *(if known)* **19-10031**

| 3.256. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.256.    **Nonpriority creditor's name and mailing address**

JUNE JACOBS
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$18,822.64

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.257.    **Nonpriority creditor's name and mailing address**

JUNK KING ENTERPRISES, INC.
389 OYSTER POINT BLVD
STE 6
SOUTH SAN FRANCISCO CA 94080

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$13,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.258.    **Nonpriority creditor's name and mailing address**

JUSTRITE RUBBER STAMP & SEAL CO.
ACCTS. RECEIVABLE
1701 LOCUST STREET
KANSAS CITY MO 64108

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$82.04

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                          Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.259. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

KANSAS CITY BOARD PUBLIC UTILITIES
PO BOX 219661
KANSAS CITY MO 64121-9661

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,713.23

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.260.    **Nonpriority creditor's name and mailing address**

KANSAS GAS SERVICE
P.O. BOX 219046
KANSAS CITY MO 64121-9046

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,507.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.261.    **Nonpriority creditor's name and mailing address**

KATE SOMERVILLE
144 S BEVERLY DRIVE
SUITE 500
BEVERLY HILLS CA 90212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,531.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                                    Case number *(if known)* **19-10031**

**3.262.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

KC FIXTURE & DISPLAY
7400 E 12TH ST BLDG 4
KANSAS CITY MO 64126

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,003.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.263.** **Nonpriority creditor's name and mailing address**

KCMO WATER SERVICES DEPARTMENT
PO BOX 807045
KANSAS CITY MO 64180-7045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,175.82

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.264.** **Nonpriority creditor's name and mailing address**

KCP & L
PO BOX 219330
KANSAS CITY MO 64121-9330

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$45,137.23

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                    Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.265. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.265.** **Nonpriority creditor's name and mailing address**

KEE WES EQUIPMENT COMPANY, INC
DBA MIDAMERICA EQUIPMENT COMPANY
4629 W CALHOUN ST
SPRINGFIELD MO 65802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,159.54

---

**3.266.** **Nonpriority creditor's name and mailing address**

KEEWES SERVICE CO, INC
4629 W. CALHOUN
SPRINGFIELD MO 65802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,818.62

---

**3.267.** **Nonpriority creditor's name and mailing address**

KELLY, MARY MICHELLE
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **Beauty Brands, LLC**                                              Case number *(if known)* **19-10031**

---

**3.268.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

KENRA, INC.
CHERYL DAVIS
6501 JULIAN AVE.
INDIANAPOLIS IN 46219

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$182,053.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.269.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

KENT NELSON
ATTN; RON DESMARCHAIS
301 SOUTH SIGNAL BUTTE RD
LOT 320
APACHE JUNCTION AZ 85120

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$14,303.33

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.270.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

KIBO SOFTWARE INC
MICHAEL ARCHER
717 N HARWOOD
18TH FLOOR
DALLAS TX 85201

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$49,761.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Beauty Brands, LLC**                                                                 Case number *(if known)* **19-10031**

---

3.271.    **Nonpriority creditor's name and mailing address**

KIEFFER & CO INC
3322 WASHINGTON AVE
SHEBOYGAN WI 53082-1087

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$4,135.25

---

3.272.    **Nonpriority creditor's name and mailing address**

KITE REALTY GROUP LP
DBA WESTFIELD ONE, LLC
TOM FLYNN
3311 PAYSPHERE CIRCLE
CHICAGO IL 60674

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

UNPAID RENT

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$33,776.82

---

3.273.    **Nonpriority creditor's name and mailing address**

KITE REALTY GROUP, LP
30 SOUTH MERIDIAN ST
# 1100
INDIANAPOLIS IN 46204

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

UNPAID RENT

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$42,548.07

---

Debtor   **Beauty Brands, LLC**                                                   Case number *(if known)* **19-10031**

---

**3.274.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.274.** **Nonpriority creditor's name and mailing address**

KITSCH, LLC
CASSANDRA THURSWELL
137 N. LARCHMONT BLVD
SUITE #641
LOS ANGELES CA 90004

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$35,700.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.275.** **Nonpriority creditor's name and mailing address**

KPMG, LLP
3 CHESTNUT RIDGE ROAD
MONTVALE NJ 07645-0435

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,756.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.276.** **Nonpriority creditor's name and mailing address**

KRISTEN MORRISON
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,400.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Beauty Brands, LLC**                                           Case number *(if known)* **19-10031**

**3.277.**    **Nonpriority creditor's name and mailing address**

KRUG INVESTMENTS, LLC
DAVID KRUG
122 CHEROKEE RD
STE 2
CHARLOTTE NC 28207

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

UNPAID RENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$40,338.44

**3.278.**    **Nonpriority creditor's name and mailing address**

KYLAN BRENTLINGER
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$35.00

**3.279.**    **Nonpriority creditor's name and mailing address**

LANDMARK TECHNOLOGIES LLC
BANISH LAW
JOHN A LEE
3705 HAVEN AVE
# 137
MENLO PARK CA 94025

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CEASE AND DESIST

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **Beauty Brands, LLC**                                    Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.280. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

3.280.

**Nonpriority creditor's name and mailing address**

LASH SAVVY CORPORATION
LORRI AXELSEN
7560 RANGEWOOD DRIVE
SUITE 100
COLORADO SPRINGS CO 80920

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$3,796.25

---

3.281.

**Nonpriority creditor's name and mailing address**

LATHROP & GAGE
2345 GRAND BOULEVARD
KANSAS CITY MO 64108-2618

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$43,092.80

---

3.282.

**Nonpriority creditor's name and mailing address**

LAURA GELLER BEAUTY LLC
JUNIOR ROGERS
575 LEXINGTON AVENUE
16TH FLOOR
NEW YORK NY 10022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$226,877.50

---

Debtor   **Beauty Brands, LLC**                                          Case number *(if known)* **19-10031**

| 3.283. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | LAZARD FRERES & CO. LLC<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10020 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $84,434.99 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.284. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | LENERTZ INDUSTRIAL SUPPLY CO, INC.<br>GARRETT BUZAN<br>725 VENTURA STREET<br>AURORA CO 80011 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $81,664.20 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.285. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | LENERTZ INDUSTRIAL SUPPLY CO., INC.<br>GARRETT BUZAN<br>725 VENTURA STREET<br>AURORA CO 80011 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| 3.286. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.286. **Nonpriority creditor's name and mailing address**

LEXI WEHRMEISTER
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.287. **Nonpriority creditor's name and mailing address**

LINCOLN ELECTRIC SYSTEM
1040 O STREET
LINCOLN NE 68501

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,644.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.288. **Nonpriority creditor's name and mailing address**

LINEN SYSTEMS FOR HEATHCARE, LLC
MEDTEGRITY
PEGGY VALDEZ
411 55TH AVE
ST PETE BEACH FL 33706

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$22,800.77

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Beauty Brands, LLC**                                                      Case number *(if known)* **19-10031**

| | |
|---|---|

**3.289.** **Nonpriority creditor's name and mailing address**

LIVING PROOF
ASHLEY DEVITO
301 BINNEY STREET
1ST FLOOR
CAMBRIDGE MA 02142

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$132,030.42

---

**3.290.** **Nonpriority creditor's name and mailing address**

LOJISTIC, LLC
CYNTHIA GUERRERO
3200 PARK CENTER DRIVE
SUITE 500
COSTA MESA CA 92626

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$36.96

---

**3.291.** **Nonpriority creditor's name and mailing address**

LP SOFTWARE
7000 W 111TH ST
SUITE 305
WORTH IL 60482

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$2,400.00

---

Debtor   **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| 3.292. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.292.**

**Nonpriority creditor's name and mailing address**

M BEAUTY LTD (DBA EYEKO)
ANA CHAPMAN
16 LONSDALE ROAD
LONDON NW6 6RD
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$23,698.30

---

**3.293.**

**Nonpriority creditor's name and mailing address**

MACADAMIA BEAUTY LLC
DBA-MACADAMIA NATURAL OIL
5850 GRANITE PARKWAY
SUITE 370
PLANO TX 75024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$12,054.00

---

**3.294.**

**Nonpriority creditor's name and mailing address**

MAIL SERVICES LLC
4100 121ST STREET
URBANDALE IA 50323

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,264.69

---

| | |
|---|---|
| Debtor    **Beauty Brands, LLC** | Case number *(if known)* **19-10031** |

**3.295.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MAKE UP ERASER
ELEXSIS MCCARTHY
17224 N 43RD AVE
SUITE 106
GLENDALE AZ 85308

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,632.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.296.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MALIBU WELLNESS, INC
LAUREN UNDERWOOD
6050 E HANNA AVE
BLDG #1
INDIANAPOLIS IN 46203

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,521.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.297.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MASON, MARGARET
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

GENERAL LIABILITY CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                           Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.298. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

MATRIX
TORI POULTER
10345 PHILIPP PARKWAY
STREETSBORO OH 44241

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$263,280.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.299.    **Nonpriority creditor's name and mailing address**

MC SIGN COMPANY
8959 TYLER BLVD.
MENTOR OH 44060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$178.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.300.    **Nonpriority creditor's name and mailing address**

MCCORMICK, CHELSIE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

GENERAL LIABILITY CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| | | | |
|---|---|---|---|
| 3.301. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

3.301.  **Nonpriority creditor's name and mailing address**

MERRILL CORPORATION
601 SECOND AVENUE SOUTH
MINNEAPOLIS MN 55402

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$25,573.89

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.302.  **Nonpriority creditor's name and mailing address**

METRO TECH SERVICE CORP
1827 WALDEN OFFICE SQUARE
SUITE 304
SCHAUMBURG IL 60173

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$12,308.33

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.303.  **Nonpriority creditor's name and mailing address**

METRO TECH SERVICES LLC
1827 WALDEN OFFICE SQ
SUITE 304
SCHAUMBURG IL 60173

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$155,234.73

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor   **Beauty Brands, LLC**                                              Case number *(if known)* **19-10031**

| 3.304. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.304.   **Nonpriority creditor's name and mailing address**

METROPOLITAN UTILITIES DISTRICT
PO BOX 3600
OMAHA NE 68103-0600

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,143.74

---

3.305.   **Nonpriority creditor's name and mailing address**

MICHAEL PREPEJCHAL
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,000.00

---

3.306.   **Nonpriority creditor's name and mailing address**

MICHAEL TODD BEAUTY
648 SW PORT ST LUCIE
PORT ST LUCIE FL 34953

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$22,363.55

Debtor    **Beauty Brands, LLC**                                                      Case number *(if known)* **19-10031**

---

**3.307.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

MIDAMERICAN ENERGY COMPANY
PO BOX 8020
DAVENPORT IA 52808-8020

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,629.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.308.** **Nonpriority creditor's name and mailing address**

MINER FLEET MANAGEMENT GROUP
2929 EXPRESSWAY DRIVE NORTH
# 300B
ISLANDIA NY 11749

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$16,797.45

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.309.** **Nonpriority creditor's name and mailing address**

MIZANI
CHRISTIE LINCOLN
10345 PHILLIP PARKWAY
STREETSBORO OH 44241

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$443.42

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Beauty Brands, LLC**                                                                Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.310. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

MOBLEY, DENISE MARIE
Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.311.   **Nonpriority creditor's name and mailing address**

MOLCOLM GREEN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$333.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.312.   **Nonpriority creditor's name and mailing address**

MORGAN ELIZABETH CARL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$47.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                                                                         Case number *(if known)* **19-10031**

| 3.313. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MP2 ENERGY<br>PO BOX 733560<br>DALLAS TX 75373 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,659.41 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.314. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MULTIPLE SERVICES EQUIPMENT COMPANY<br>GAL-MSEC FINANCIAL<br>MARK CRAIN<br>PO BOC 660831<br>DALLAS TX 75266 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $310.52 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.315. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MURAD, LLC<br>ACCTS. RECEIVABLE<br>LYNDA BENSON<br>2121 PARK PLACE<br>FIRST FLOOR<br>EL SEGUNDO CA 90245 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $73,645.02 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| 3.316. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.316. **Nonpriority creditor's name and mailing address**

MURPHY SECURITY SOLUTIONS
TOM J MURPHY
1217 ROBINHOOD LANE
LA GRANGE PARK IL 60526

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,866.67

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

3.317. **Nonpriority creditor's name and mailing address**

NAAG TAG INC
KIRBY BAYLES
6796 SOUTH AIRPORT ROAD
WEST JORDAN UT 84084

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$574.92

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

3.318. **Nonpriority creditor's name and mailing address**

NAIL ALLIANCE - ARTISTIC, INC
1545 MOONSTONE
BREA CA 92821

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,147.62

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                           Case number *(if known)* **19-10031**

| 3.319. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.319.

**Nonpriority creditor's name and mailing address**

NATIONAL FIRE SUPPRESSION
PO BOX 412007
BOSTON MA 02241-2007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$2,547.00

---

3.320.

**Nonpriority creditor's name and mailing address**

NEILL TECHNOLOGIES
DENISE BOUDREAUX
303 S PINE ST
HAMMOND LA 70403

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$64,749.70

---

3.321.

**Nonpriority creditor's name and mailing address**

NEUMA RESEARCH, LLC
LINDA NISHIHIRA
20633 S FORDYCE AVE
CARSON CA 90810

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$19,798.20

Debtor    **Beauty Brands, LLC**                                                                Case number *(if known)* **19-10031**

| 3.322. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NEW FLAG GMBH
DBA INVISIBOBBLE
CINDY KOEPP MABADI
LEOPOLDSTR. 154
MUNICH 80804
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,366.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.323. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NEXTPAGE, INC
BOB SHANNON
8300 NE UNDERGROUND DR
PILLAR 122
KANSAS CITY MO 64161

☐ Contingent
☐ Unliquidated
☐ Disputed

$55,247.07

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.324. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NICOLAS MAEZ ASHBY
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$10.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Beauty Brands, LLC**                                    Case number *(if known)* **19-10031**

---

3.325.   **Nonpriority creditor's name and mailing address**

NICOR GAS CO (UTILITIES)
PO BOX 5407
CAROL STREAM IL 60197-5407

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,145.59

---

3.326.   **Nonpriority creditor's name and mailing address**

NO MO-STACHE LLC
1332 1/2 LEMOYNE STREET
LOS ANGELES CA 90026

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,728.00

---

3.327.   **Nonpriority creditor's name and mailing address**

NORTH ACADEMY III, LLC
RMC MANAGEMENT, LLC
6285 FALL RIVER DRIVE
COLORADO SPRINGS CO 80918

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

UNPAID RENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$38,529.00

---

Debtor    **Beauty Brands, LLC**                                    Case number *(if known)* **19-10031**

| 3.328. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NORVELL SKIN SOLUTIONS, LLC
LYNN NORVELL, CEO
115 EDGEWOOD ST
ALEXANDRIA TN 37012

☐ Contingent
☐ Unliquidated
☐ Disputed

$93.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.329. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NYX PROFESSIONAL MAKEUP
LEA KIM
588 CRENSHAW BLVD.
TORRANCE CA 90503

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,596.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.330. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OG&E
PO BOX 24990
OKLAHOMA CITY OK 73124-0990

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,038.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| | | | |
|---|---|---|---|
| 3.331. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | OKLAHOMA NATURAL GAS<br>PO BOX 219296<br>KANSAS CITY MO 64121-9296 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $212.42 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.332. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | OLATHE STATION NORTH, LLC<br>C/O THE R.H. JOHNSON COMPANY<br>LISA RANDALL<br>4520 MADISON AVE.<br>SUITE 300<br>KANSAS CITY MO 64111 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $51,982.76 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>UNPAID RENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.333. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | OLIVIA GARDEN INC<br>PIERRE RENNETTE<br>2805 VERNE ROBERTS CIRCLE<br>ANTIOCH CA 94509-7902 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,187.89 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.334. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

OMAHA PUBLIC POWER DISTRICT
PO BOX 3995
OMAHA NE 68103-0995

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,145.59

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.335. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

OMEGA DOOR AND HARDWARE
ATTN: ACCOUNTS RECEIVABLE
924 DIVISION ST
KANSAS CITY KS 66103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$191.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.336. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

OPI PRODUCTS
ACCTS. RECEIVABLE
FELICIA JAYES
13034 SATICOY STREET
N. HOLLYWOOD CA 91605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$53,512.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                          Case number *(if known)* **19-10031**

| 3.337. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ORCHARD CENTER COMPANY, L.L.C.
C/O BLOCK & COMPANY
605 W 47TH STREET
STE 200
KANSAS CITY MO 64112

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$30,420.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.338. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ORIGINS NATURAL RESOURCES, INC
ELC BEAUTY, LLC
DOREEN HATCHER
767 FIFTH AVE
38TH FLOOR
NEW YORK NY 10153

☐ Contingent
☐ Unliquidated
☐ Disputed

$32,746.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.339. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ORLY INTERNATIONAL INC.
ACCTS. RECEIVABLE
DAVID FOSTER
7710 HASKELL AVE
VAN NUYS CA 91406

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,763.93

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                          Case number *(if known)* **19-10031**

---

**3.340.**  **Nonpriority creditor's name and mailing address**

OUIDAD PRODUCTS, LLC
SCOTT MILLS
475 PARK AVE SOUTH
50TH FLOOR
NEW YORK NY 10016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $32,415.60 |

---

**3.341.**  **Nonpriority creditor's name and mailing address**

PAD ONE RETAIL, LLC
C/O BHR, INC
1815 W FIRST AVENUE, SUITE 122
MESA AZ 85202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

UNPAID RENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $33,803.59 |

---

**3.342.**  **Nonpriority creditor's name and mailing address**

PARIS PRESENTS, INC.
AMY CHARLES
3800 SWANSON COURT
GURNEE IL 60031-1261

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $12,881.77 |

---

Debtor **Beauty Brands, LLC**                                    Case number *(if known)* **19-10031**

| 3.343. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PBI GROUP, INC<br>JENNIFER BLAIR<br>15770 N DALLAS PARKWAY<br>DALLAS TX 75248 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $217,577.36 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.344. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PCCD LLC<br>ALICIA FALCONE<br>1085 BLUFF DRIVE<br>OSAGE BEACH MO 65065 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,361.37 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.345. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PEBB PINNACLE OWNER LLC<br>7900 GLADES ROAD<br>SUITE 600<br>BOCA RATON FL 33434 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $39,654.38 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>UNPAID RENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| 3.346. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PENTAGON PROPERTIES, LLC
TERRI MEYER
4600 MADISON AVENUE, SUITE 1500
KANSAS CITY MO 61112

☐ Contingent
☐ Unliquidated
☐ Disputed

$27,272.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.347. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PEOPLEREADY INC
1015 "A" ST
TACOMA WA 98402

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,000.99

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.348. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PERRON RIGOT, INC (CIREPIL)
CINDY JOHNSON
2800 S RIVER ROAD
SUITE 375
DES PLAINES IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,311.99

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                            Case number *(if known)* **19-10031**

3.349. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**Nonpriority creditor's name and mailing address**

PETER THOMAS ROTH LABS LLC
SUSHILA GARICA
460 PARK AVE.
16TH FLOOR
NEW YORK NY 10022

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$134,041.85

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.350. **Nonpriority creditor's name and mailing address**

PIEDMONT NATURAL GAS
PO BOX 660920
DALLAS TX 75266-0920

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,478.46

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.351. **Nonpriority creditor's name and mailing address**

PIERRE FABRE USA
KIRSCHNER GROUP
8 CAMPUS DRIVE
2ND FLOOR
PARSIPPANY NJ 07054

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,081.04

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

---

**3.352.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
|---|---|---|

PLAYNETWORK, INC.
JULIE THELANDER
8727 148TH AVENUE NE
REDMOND WA 98052

$38,830.04

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.353.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PMAT HARTMAN HERITAGE LLC
STIRLING PROPERTIES
109 NORTHPARK BLVD
SUITE 300
COVINGTON LA 70433

$29,886.78

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.354.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

POWERREVIEWS, INC
MITCHELL VANDERHAGEN
1 NORTH DEARBORN ST
SUITE 800
CHICAGO IL 60602

$3,197.01

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Beauty Brands, LLC**                                    Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.355. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.355. | **Nonpriority creditor's name and mailing address**

PROLOGISTIX
PO BOX 102332
ATLANTA GA 30368-2332

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$20,760.98

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.356. | **Nonpriority creditor's name and mailing address**

PROLOGUE PROPERTIES, LLC
4600 MADISON AVENUE, SUITE 1500
KANSAS CITY MO 64112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$41,135.82

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.357. | **Nonpriority creditor's name and mailing address**

PROPRINT DIGITAL
1916 CLAY STREET
NORTH KANSAS CITY MO 64116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$182.51

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Beauty Brands, LLC**                                                 Case number *(if known)* **19-10031**

---

3.358.   **Nonpriority creditor's name and mailing address**

PUREOLOGY/REDKEN
DBA LOREA USA PPD
LAURA GERAK
10345 PHILLIP PARKWAY
STREETSBORO OH 44241

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$132,113.08

---

3.359.   **Nonpriority creditor's name and mailing address**

PURITY (100% PURE)
DBA 100% PURE
CHRISTY HO
2221 OAKLAND ROAD
SAN JOSE CA 95131

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$34,968.14

---

3.360.   **Nonpriority creditor's name and mailing address**

QOSMEDIX
MARY TROFFA
2002-QORVILLE DRIVE NORTH
RONKONKOMA NY 11779

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$178.88

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 130 of 177

Debtor    **Beauty Brands, LLC**                                                        Case number *(if known)* **19-10031**

| 3.361. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

QSI QUALITY SOLUTIONS, INC.
JASON FORNSHELL
128 N FIRST ST.
COLWICH KS 67030

☐ Contingent
☐ Unliquidated
☐ Disputed

$102,529.69

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.362. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

QUALITY TOUCH INC.
3601 S. NOLAND ROAD,
SUITE 245
INDEPENDENCE MO 64055

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,910.69

**Date or dates debt was incurred**

_____

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.363. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

QUATERION SOLUTIONS, LLC
12926 W OYER LN
PEORIA AZ 85383

☐ Contingent
☐ Unliquidated
☐ Disputed

$14,560.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                                    Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.364. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| | | |
|---|---|---|
| | QUILES, DAMARIS ALYSE<br>Address Intentionally Omitted | *Check all that apply.* |

**Amount of claim**

UNDETERMINED

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.365.    Nonpriority creditor's name and mailing address**

RACO INDUSTRIES LLC
BARCODES INC, LLC
TONYA DONALDSON
P.O. BOX 0776
CHICAGO IL 60690

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,603.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.366.    Nonpriority creditor's name and mailing address**

RAMOND EDWARDS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$398.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                                                      Case number *(if known)* **19-10031**

---

**3.367.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

RANDY SAMMONS
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

$1,297.77

---

**3.368.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

RBR PRODUCTIONS, INC.
GREG DAWSON
P.O. BOX 766
HARTWELL GA 30643

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

$2,130.96

---

**3.369.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

REA.DEEMING BEAUTY, INC
DBA BEAUTYBLENDER
SHELLEY SWALLOW
3864 COURTNEY STREET, S-280
BETHLEHEM PA 18017

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

$20,147.84

---

Debtor    **Beauty Brands, LLC**                                               Case number *(if known)* **19-10031**

**3.370.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RED SUMMIT FAIR, LLC.
C/O RED PROPERTY MANAGEMENT LLC
KATHY NIETZKE
PO BOX 98161
LAS VEGAS NV 89193

☐ Contingent
☐ Unliquidated
☑ Disputed

$43,546.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.371.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

REDKEN - PPD
PO BOX 731125
DALLAS TX 75373-1125

☐ Contingent
☐ Unliquidated
☐ Disputed

$433,198.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.372.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

REGIS CORPORATION
FISHER & PHILLIPS LLP
STEVE LOEWENGART, MATTHEW PARKER
250 WEST STREET
STE 400
COLUMBUS OH 43215

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor     **Beauty Brands, LLC**                                                          Case number *(if known)* **19-10031**

**3.373.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

REN USA
SHARON MACWAN
1090 KING GEORGES POST RD
STE 505
EDISON NJ 08837

$554.32

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.374.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RETAIL PROPERTIES OF AMERICA, INC
ANN THORPE
2901 BUTTERFIELD RD
OAK BROOK IL 60523

$30,693.24

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.375.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RETURN PATH
DAWN MACFADDEN
304 PARK AVE SOUTH
7TH FLOOR
NEW YORK NY 10010

$16,500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                     Case number *(if known)* **19-10031**

| 3.376. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REVESCO PROPERTY SERVICES LLC
PO BOX 913197
DENVER CO 80291-3197

☐ Contingent
☐ Unliquidated
☐ Disputed

$17,681.33

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.377. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RICHARDSON COMMUNICATIONS GROUP INC
PO BOX 4917
KANSAS CITY MO 64120-0017

☐ Contingent
☐ Unliquidated
☐ Disputed

$160,884.74

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.378. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RIVERROAD WASTE SOLUTIONS, INC
DIANE O'REILLY
106 APPLE STREET
SUITE 225
TINTON FALLS NJ 07724

☐ Contingent
☐ Unliquidated
☐ Disputed

$38,162.98

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                      Case number *(if known)* **19-10031**

| 3.379. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

3.379.  **Nonpriority creditor's name and mailing address**

RMH SYSTEMS
1130 SE WESTBROOKE DRIVE
WAUKEE IA 50263

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$169.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.380.  **Nonpriority creditor's name and mailing address**

ROCKFARM LOGISTICS, LLC
ANGIE STEUER
300 DATA COURT
DUBUQUE IL 52003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$83,104.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.381.  **Nonpriority creditor's name and mailing address**

RODIAL LIMITED
COLLEGE HOUSE, SECOND FLOOR
EMMA MCCLARTY
272 KING'S ROAD
LONDON SW3-5AW
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,282.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Beauty Brands, LLC**                                                                    Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.382. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

ROUX LABORATORIES, INC.
ROBERTA VASQUEZ
5344 OVERMYER DRIVE
JACKSONVILLE FL 32254

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$41,244.41

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.383.    **Nonpriority creditor's name and mailing address**

RYDER TRANSPORTATION SERVICES
PO BOX 96723
CHICAGO IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,798.60

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.384.    **Nonpriority creditor's name and mailing address**

SAGE SOFTWARE, INC
14855 COLLECTION CENTER DR
CHICAGO IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,265.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Beauty Brands, LLC**                                    Case number *(if known)* **19-10031**

| | |
|---|---|
| **3.385.** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.385. **Nonpriority creditor's name and mailing address**

SALON & SPA ENVIRONMENTS, INC
GLENN HALPERN
21 TALMADGE DRIVE
MONROE TOWNSHIP NJ 08831

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,404.23

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.386. **Nonpriority creditor's name and mailing address**

SALON SERVICE GROUP
ACCTS. RECEIVABLE
JONNA SHEPARDSON
1520 E EVERGREEN ST
SPRINGFIELD MO 65803

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$177,114.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.387. **Nonpriority creditor's name and mailing address**

SALON SERVICE GROUP - MAN MADE
1520 E. EVERGREEN
SPRINGFIELD MO 65803

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,056.51

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Beauty Brands, LLC**                                          Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.388. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

SALON SERVICE GROUP - MOROCCANOIL
ATTN: ACCOUNTS RECEIVABLE
JODIE GARTON
1520 E EVERGREEN ST
SPRINGFIELD MO 65803

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$203,060.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.389.    **Nonpriority creditor's name and mailing address**

SAN FRANCISCO SALT CO
MARILOU COLLINS
30984 SANTANA ST
HAYWARD CA 94544

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$825.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.390.    **Nonpriority creditor's name and mailing address**

SEARCHSIDE, INC
MARTIN SPIEK
755 BAYWOOD DRIVE
SUITE 165
PETALUMA CA 94954

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$57,899.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                   Case number *(if known)* **19-10031**

| 3.391. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SEGMENT PROPERTIES, LLC
ATTN: TERRI MEYER
4600 MADISON AVENUE, SUITE 1500
KANSAS CITY MO 64112

☐ Contingent
☐ Unliquidated
☒ Disputed

$43,473.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.392. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SELVAGGIA, INC
DBA PINK PEWTER
MEGHAN SAVAGLIO
1540 HECHT DR
UNIT H
BARTLETT IL 60103

☐ Contingent
☐ Unliquidated
☐ Disputed

$307.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.393. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SEQUEL PROPERTIES, INC
ATTN TERRI MEYER
4600 MADISON AVENUE, SUITE 1500
KANSAS CITY MO 64112

☐ Contingent
☐ Unliquidated
☒ Disputed

$30,648.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                        Case number *(if known)* **19-10031**

3.394.    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      | Amount of claim |
*Check all that apply.*

SERVICE CHANNEL                                                                                     $5,742.00
PO BOX 419223                          ☐ Contingent
BOSTON MA 02241-9223
                                       ☐ Unliquidated

                                       ☐ Disputed

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                  ACCOUNTS PAYABLE

**Last 4 digits of account number:**     **Is the claim subject to offset?**

                                         ☑ No

                                         ☐ Yes


3.395.    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      | Amount of claim |
*Check all that apply.*

SEXY HAIR CONCEPTS,LLC                                                                               $299,937.32
VICKI SNYDER                           ☐ Contingent
21551 PRAIRIE STREET
CHATSWORTH CA 91311                     ☐ Unliquidated

                                       ☐ Disputed

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                  ACCOUNTS PAYABLE

**Last 4 digits of account number:**     **Is the claim subject to offset?**

                                         ☑ No

                                         ☐ Yes


3.396.    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      | Amount of claim |
*Check all that apply.*

SHAWN STEWART                                                                                        UNDETERMINED
Address Intentionally Omitted          ☑ Contingent

                                       ☑ Unliquidated

                                       ☑ Disputed

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                  LITIGATION

**Last 4 digits of account number:**     **Is the claim subject to offset?**

                                         ☑ No

                                         ☐ Yes

Debtor    **Beauty Brands, LLC**                                                                                          Case number *(if known)* **19-10031**

| 3.397. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SHAWNEASHA WATSON
Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

$136.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.398. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SHOPCORE PROPERTIES, L.C.
C/O EXCEL SOUTHLAKE LLP
PO BOX 27324
SAN DIEGO CA 92198-1324

☐ Contingent

☐ Unliquidated

☒ Disputed

$40,538.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.399. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SHORT CIRCUIT ELECTRONICS, INC
4201 NE PORT DRIVE
LEE SUMMIT MO 64064

☐ Contingent

☐ Unliquidated

☐ Disputed

$11,702.39

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor    **Beauty Brands, LLC**                                              Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.400. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.400.  **Nonpriority creditor's name and mailing address**

SHRED-IT US HOLDCO, INC
28161 N KEITH DRIVE
LAKE FOREST IL 60045

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$407.20

---

3.401.  **Nonpriority creditor's name and mailing address**

SIGMA BEAUTY
1395 COMMERCE DRIVE
MENDOTA HEIGHTS MN 55120

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$25,581.50

---

3.402.  **Nonpriority creditor's name and mailing address**

SIGNCO
3113 MERRIAM LANE
KANSAS CITY KS 66106-4615

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$53.61

---

Debtor    **Beauty Brands, LLC**                                                        Case number *(if known)* **19-10031**

3.403.  **Nonpriority creditor's name and mailing address**

SMASHBOX BEAUTY COSMETICS
PO BOX 223747
PITTSBURGH PA 15251-2747

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$141,603.34

3.404.  **Nonpriority creditor's name and mailing address**

SOS SECURITY LLC
1915 ROUTE 46
PARSIPPANY NJ 07054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$619.19

3.405.  **Nonpriority creditor's name and mailing address**

SOUTHERN IMPERIAL
JASON ALEXANDER
1440 EDDY AVE
ROCKFORD IL 61103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,316.98

Debtor    **Beauty Brands, LLC**                                                Case number *(if known)* **19-10031**

---

3.406.  **Nonpriority creditor's name and mailing address**

SOUTHWEST GAS CORPORATION
SCOTT
PO BOX 98890
LAS VEGAS NV 89150-0101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,009.29

---

3.407.  **Nonpriority creditor's name and mailing address**

SPECTRUM - NC - 153
FRED AZIMI
12405 POWERSCOURT DR
ST. LOUIS MO 63131

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$317.25

---

3.408.  **Nonpriority creditor's name and mailing address**

SPECTRUM BUSINESSS -116
C/O TAX DEPT
12405 POWERCOURT DRIVE
ST. LOUIS MO 63131-3674

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$297.27

---

Debtor   **Beauty Brands, LLC**                                              Case number *(if known)* **19-10031**

**3.409.**  **Nonpriority creditor's name and mailing address**

SPHYNX
SHAUN O'HOLLAREN
6728 ETON AVE
WOODLAND HILLS CA 91303

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $648.00 |

**3.410.**  **Nonpriority creditor's name and mailing address**

SPIRE
DRAWER 2
SAINT LOUIS MO 63171

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $7,496.38 |

**3.411.**  **Nonpriority creditor's name and mailing address**

SPORNETTE INTERNATIONAL INC.
RALPH MORGAN
18240 HARWOOD AVE
HOMEWOOD IL 60430

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $3,604.17 |

Debtor   **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

**3.412.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

SPRINT PCS
PO BOX 4181
CAROL STREAM IL 60197-4181

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,167.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.413.** **Nonpriority creditor's name and mailing address**

SPS COMMERCE, INC.
BRIAN RATNAYAKE
333 SOUTH SEVENTH STREET
MINNEAPOLIS MN 55402

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$14,497.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.414.** **Nonpriority creditor's name and mailing address**

SRC PLAZA OFFICE OWNER
C/O CUSHMAN & WAKEFIELD
721 EMERSON RD
SUITE 600
SAINT LOUIS MO 63141

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$122,476.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                              Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.415. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.415.   **Nonpriority creditor's name and mailing address**

SRP
PO BOX 80062
PRESCOTT AZ 86304-8062

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$4,842.70

---

3.416.   **Nonpriority creditor's name and mailing address**

ST. TROPEZ
ATTN: PAYMENT PROCESSING
TINA
PO BOX 1069
DALEVILLE VA 24083

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$26,526.00

---

3.417.   **Nonpriority creditor's name and mailing address**

STAPLES
MARCY WOODHOUSE
500 STAPLES DR
FRAMINGHAM MA 01702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$175,208.42

---

Debtor    **Beauty Brands, LLC**                                                      Case number *(if known)* **19-10031**

3.418.    **Nonpriority creditor's name and mailing address**

STAPLES CONTRACT AND COMMERCIAL
BIN #150003
P.O BOX 790322
SAINT LOUIS MO 63178-0322

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$517.82

3.419.    **Nonpriority creditor's name and mailing address**

STAR DEVELOPMENT CORPORATION
TOM SLOAN
244 W. MILL STREET, SUITE 100
LIBERTY MO 64068

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

UNPAID RENT

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$29,017.38

3.420.    **Nonpriority creditor's name and mailing address**

STARS CREATIONS LLC
AUSTIN BASKETT
1580 NW 27TH AVE
S-8
POMPANO BEACH FL 33069

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$13,897.94

Debtor    **Beauty Brands, LLC**                                                                    Case number *(if known)* **19-10031**

---

3.421.    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      Amount of claim
                                                                   *Check all that apply.*
          STATELY PROPERTIES, LLC                                                                   $99,347.78
          4600 MADISON AVENUE, SUITE 1500                          ☐ Contingent
          KANSAS CITY MO 64112
                                                                   ☐ Unliquidated

                                                                   ☒ Disputed

          **Date or dates debt was incurred**                     **Basis for the claim:**

          VARIOUS                                                  UNPAID RENT

          **Last 4 digits of account number:**                    **Is the claim subject to offset?**

                                                                   ☒ No
                                                                   ☐ Yes

3.422.    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      Amount of claim
                                                                   *Check all that apply.*
          STILA COSMETICS                                                                           $7,980.00
          P.O. BOX 894320                                          ☐ Contingent
          LOS ANGELES CA 90189-4320
                                                                   ☐ Unliquidated

                                                                   ☐ Disputed

          **Date or dates debt was incurred**                     **Basis for the claim:**

          VARIOUS                                                  ACCOUNTS PAYABLE

          **Last 4 digits of account number:**                    **Is the claim subject to offset?**

                                                                   ☒ No
                                                                   ☐ Yes

3.423.    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      Amount of claim
                                                                   *Check all that apply.*
          STRIVECTIN OPERATING CO INC                                                               $51,778.65
          BEVERLY RANDOLF                                          ☐ Contingent
          285 MADISON AVENUE
          SUITE 1200                                               ☐ Unliquidated
          NEW YORK NY 10017
                                                                   ☐ Disputed

          **Date or dates debt was incurred**                     **Basis for the claim:**

          VARIOUS                                                  ACCOUNTS PAYABLE

          **Last 4 digits of account number:**                    **Is the claim subject to offset?**

                                                                   ☒ No
                                                                   ☐ Yes

---

Debtor    **Beauty Brands, LLC**                                                        Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.424. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

SUDDENLINK
1820 SSW LOOP 323
TYLER TX 75701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$257.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.425.   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*

SUPERGOOP!
200 E GRAYSTON
SUITE 112
SAN ANTONIO TX 78215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$22,266.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.426.   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*

SYMPHONY EYC SOLUTIONS US, LLC
1040 CROWN POINTE PKWY
SUITE 905
ATLANTA GA 30338

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$10,138.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Beauty Brands, LLC**                                          Case number *(if known)* **19-10031**

**3.427.** **Nonpriority creditor's name and mailing address**

T3 MICRO
MING YEE
228 MAIN STREET
SUITE 12
VENICE CA 90291

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $13,037.30 |

**3.428.** **Nonpriority creditor's name and mailing address**

TAKARA BELMONT
STEVE HUGHES
DEPT. CH 19104
PALATINE IL 60055-9104

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $235.44 |

**3.429.** **Nonpriority creditor's name and mailing address**

TAMARA DAVIS
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $444.46 |

Debtor    **Beauty Brands, LLC**                                            Case number *(if known)* **19-10031**

---

| 3.430. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | TAN TOWEL US<br>2677 WEST CHEYENNE AVENUE<br>NORTH LAS VEGAS NV 89032 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,028.35 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.431. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | TARTE, INC.<br>CHRISTINE MERINO<br>1375 BROADWAY<br>SUITE 800<br>NEW YORK NY 10018 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $479,511.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.432. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | TAZMANIAN FREIFHT<br>PO BOX 74008270<br>CHICAGO IL 60674-8270 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,870.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **Beauty Brands, LLC**                                                                    Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.433. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

TEBO DEVELOPMENT COMPANY
PO BOX T
BOULDER CO 80306-1996

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$36,814.16

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | |
|---|---|
| 3.434. | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

TERMINIX INTERNATIONAL
PO BOX 17167
MEMPHIS TN 38187

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,622.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | |
|---|---|
| 3.435. | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

TERRY LEE DARELLE EDWARDS
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$308.63

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                         Case number *(if known)* **19-10031**

---

| 3.436. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE SHAWNEE STATION
C/O RUBENSTEIN REAL ESTATE CO, LC
6310 LAMAR, SUITE 220
OVERLAND PARK KS 66202

☐ Contingent
☐ Unliquidated
☑ Disputed

$58,177.27

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.437. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE WELLA CORPORATION
JENNIFER CASTRELLON
6109 DE SOTO AVENUE
WOODLAND HILLS CA 91367

☐ Contingent
☐ Unliquidated
☐ Disputed

$247,362.94

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.438. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TIGI
CARMEN D. ROUSE
2311 MIDWAY RD.
CARROLLTON TX 75006

☐ Contingent
☐ Unliquidated
☐ Disputed

$238,861.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Beauty Brands, LLC**                                           Case number *(if known)* **19-10031**

3.439.    **Nonpriority creditor's name and mailing address**

TIME WARNER CABLE
2551 DULLES VIEW DRIVE
HERNDON VA 20171

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $262.31 |

3.440.    **Nonpriority creditor's name and mailing address**

TOPEKA WATER
P O BOX 3566
TOPEKA KS 66601-3566

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $901.46 |

3.441.    **Nonpriority creditor's name and mailing address**

TOPKAN PROPERTIES, LLC
TERRI MEYER
4600 MADISON AVENUE
KANSAS CITY MO 64112

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

UNPAID RENT

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $151,043.47 |

Debtor    **Beauty Brands, LLC**                                                                  Case number *(if known)* **19-10031**

| | | | |
|---|---|---|---|
| 3.442. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

TOWN OF FISHERS
PO BOX 426
INDIANAPOLIS IN 46206-0426

☐ Contingent
☐ Unliquidated
☐ Disputed

$107.07

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.443. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

TOWN OF NORMAL (UTILITIES)
PO BOX 589
NORMAL IL 61761

☐ Contingent
☐ Unliquidated
☐ Disputed

$467.70

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.444. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

TRI-COUNTRY ELECTRIC COOPERATIVE
600 NW PARKWAY
AZLE TX 76020

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,310.94

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                      Case number *(if known)* **19-10031**

**3.445.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TSG CONSUMER PARTNERS, LLC
600 MONTGOMERY STREET
SUITE 2900
SAN FRANCISCO CA 94111

☐ Contingent
☐ Unliquidated
☐ Disputed

$228,532.99

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.446.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TUCSON ELECTRIC POWER COMPANY
PO BOX 80077
PRESCOTT AZ 86304-8077

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,646.91

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.447.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TUDOR SHOPS, LLC
C/O CHARLES CURRY REAL ESTATE CO
MIKE SWEENEY
2700 KENDALLWOOD PARKWAY
SUITE 208
GLADSTONE MO 64119

☐ Contingent
☐ Unliquidated
☑ Disputed

$32,304.59

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                        Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.448. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

TUNESAT
JESSIE A. KUHN
1650 BROADWAY
STE 1114
NEW YORK NY 10019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CEASE AND DESIST

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.449.    **Nonpriority creditor's name and mailing address**

TWC TUCSON LLC
PO BOX 31001-2148
PASADENA CA 91110-2148

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$56,784.09

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.450.    **Nonpriority creditor's name and mailing address**

TWEEZERMAN
DONNA YOUNG
P.O. BOX #27584
GENERAL POST OFFICE
NEW YORK NY 10087-7584

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$35,259.97

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 3.451. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| **Amount of claim** |
|---|

3.451.    **Nonpriority creditor's name and mailing address**

TY BAKER
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$40.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.452.    **Nonpriority creditor's name and mailing address**

TYLER BROADWAY/CENTENNIAL LP
2525 MCKINNON ST
SUITE 700
DALLAS TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$38,323.63

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.453.    **Nonpriority creditor's name and mailing address**

UBS AESTHETICS
701 WEST BROAD ST
# 102
BETHLEHEM PA 18018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$486.73

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                  Case number *(if known)* **19-10031**

**3.454.**  **Nonpriority creditor's name and mailing address**

UFP TECHNOLOGIES
KEZLEE PARKER
1400 HENRY BRENNAN DRIVE
EL PASO TX 79936

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $1,240.00 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.455.**  **Nonpriority creditor's name and mailing address**

ULINE, INC
ATTN: ACCOUNTS RECEIVABLE
2200 S. LAKESIDE DRIVE
WAUKEGAN IL 60085

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $69,854.84 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.456.**  **Nonpriority creditor's name and mailing address**

UNITED HAIR CARE
BRETT SIMMONS
1325 EAGANDALE COURT
SUITE 110
EAGAN MN 55121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $15,402.17 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

**3.457.** **Nonpriority creditor's name and mailing address**

UPPER CANADA SOAP
STEPHANIE PETRELLA
1510A CATERPILLER ROAD
MISSISSAUGA ON L4X 2W9
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $85,948.99 |

**3.458.** **Nonpriority creditor's name and mailing address**

VALERIE KAY TIRADO
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $900.00 |

**3.459.** **Nonpriority creditor's name and mailing address**

VECTREN ENERGY DELIVERY
PO BOX 6248
INDIANAPOLIS IN 46206-6248

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $1,140.97 |

Debtor    **Beauty Brands, LLC**                                          Case number *(if known)* **19-10031**

---

3.460.  **Nonpriority creditor's name and mailing address**

VERITIV OPERATING CO. (XPEDX)
ANGEL
13745 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $636.06 |

---

3.461.  **Nonpriority creditor's name and mailing address**

VPCC PIONEER, LLC
1111 METROPLITAN AVE
SUITE 700
CHARLOTTE NC 28204

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

UNPAID RENT

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $29,370.44 |

---

3.462.  **Nonpriority creditor's name and mailing address**

WAGEWORKS INC
1100PARK PLACE
4TH FLOOR
SAN MATEO CA 94403

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $2,981.46 |

---

Debtor   **Beauty Brands, LLC**                                                          Case number *(if known)* **19-10031**

---

| 3.463. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WATER DISTRICT NO.1 OF JOHNSON CTY
PO BOX 808007
KANSAS CITY MO 64180-8007

☐ Contingent
☐ Unliquidated
☐ Disputed

$499.63

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.464. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WATERLOGIC USA INC.
PO BOX 677867
DALLAS TX 75267-7867

☐ Contingent
☐ Unliquidated
☐ Disputed

$106.28

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.465. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WESTAR ENERGY
PO BOX 758500
TOPEKA KS 66675-8500

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,261.72

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Beauty Brands, LLC**                                                                       Case number *(if known)* **19-10031**

| 3.466. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WESTCOR SAN TAN HOLDINGS LLC
PO BOX 511249
LOS ANGELES CA 90051-3048

☐ Contingent
☐ Unliquidated
☑ Disputed

$49,311.64

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

UNPAID RENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.467. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WESTERLY PROPERTIES, LLC
TERRI MEYER
4600 MADISON AVE
SUITE 1500
KANSAS CITY MO 64112

☐ Contingent
☐ Unliquidated
☑ Disputed

$29,991.78

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

UNPAID RENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.468. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WHITESTONE REIT
ERIC BLUMSACK
20789 N PIMA
S-210
SCOTTSDALE AZ 85255

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,379.90

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

UNPAID RENT

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Beauty Brands, LLC**                                                                Case number *(if known)* **19-10031**

3.469.   **Nonpriority creditor's name and mailing address**

WINDSTREAM CORPORATION
4001 RODNEY PARHAM RD
LITTLE ROCK AR 72212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$34,935.33

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

3.470.   **Nonpriority creditor's name and mailing address**

WISEMAN, CATHERINE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

GENERAL LIABILITY CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

3.471.   **Nonpriority creditor's name and mailing address**

W-LD LEGENDS HOLDINGS VII, LLC
JENNIFER CONTRELL
900 N MICHIGAN AVE
#1900
CHICAGO IL 60611

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Amount of claim**

$43,756.27

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UNPAID RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    **Beauty Brands, LLC**                                          Case number *(if known)* **19-10031**

---

3.472.  **Nonpriority creditor's name and mailing address**

WORLDWIDE SAFE & VAULT
SCOTT HIRSCH
3660 NW 115TH AVE
MIAMI FL 33178

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $1,865.85 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.473.  **Nonpriority creditor's name and mailing address**

XCEL ENERGY
PO BOX 9477
MINNEAPOLIS MN 55484-9477

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $10,337.37 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 14TH AND BOOM<br>MARY BONOMO<br>444 N. MICHIGAN AVE<br>CHICAGO IL 60611 | Part 2 line 3.1 | _____ |
| 5100 BELT LINE ROAD INVESTORS LLC<br>PO BOX 732952<br>DALLAS TX 75373-2952 | Part 2 line 3.3 | _____ |
| ADP, INC (1006)<br>PO BOX 9001006<br>LOUISVILLE KY 40290-1006 | Part 2 line 3.6 | _____ |
| ADP, INC.<br>PO BOX 842875<br>BOSTON MA 02284-2875 | Part 2 line 3.6 | _____ |
| AHAVA NA LLC<br>ACCOUNTS RECEIVABLE, 10TH FLOOR<br>330 7TH AVENUE<br>NEW YORK NY 10001 | Part 2 line 3.9 | _____ |
| AMIKA<br>MARICAR RHODES<br>300 MESEROLE ST<br>THIRD FLOOR<br>BROOKLYN NY 11206 | Part 2 line 3.26 | _____ |
| ANASTASIA BEVERLY HILLS<br>PO BOX 845811<br>LOS ANGELES CA 90084-5811 | Part 2 line 3.27 | _____ |
| AQUA INDIANA<br>PO BOX 1229<br>NEWARK NJ 07101-1229 | Part 2 line 3.32 | _____ |
| ARANDELL CORPORATION<br>PO BOX 405<br>MENOMONEE FALLS WI 53052-0405 | Part 2 line 3.34 | _____ |
| BARE ESCENTUALS<br>SHISEIDO GRP USA DEIRDRE JOHNSON<br>301 ROUTE 17 NORTH<br>10TH FLOOR<br>RUTHERFORD NJ 07070 | Part 2 line 3.48 | _____ |
| BARE ESCENTUALS BEAUTY INC<br>PO BOX #3510<br>CAROL STREAM IL 60132-3510 | Part 2 line 3.48 | _____ |
| BARE ESCENTUALS BEAUTY INC<br>PO BOX #3510<br>CAROL STREAM IL 60132-3510 | Part 2 line 3.48 | _____ |
| BENEFITS ADMINISTRATIVE SERVICES<br>PO BOX 775339<br>CHICAGO IL 60677-5339 | Part 2 line 3.52 | _____ |

Debtor    **Beauty Brands, LLC**                                          Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| BIZ 120, INC.<br>PO BOX 1640<br>HIGHLAND PARK IL 60035 | Part 2 line 3.58 | _____ |
| BLACK HILLS UTILITY HOLDINGS, INC<br>DBA BLACK HILLS ENERGY<br>PO BOX 6001<br>RAPID CITY SD 57709-6001 | Part 2 line 3.59 | _____ |
| BUMBLE AND BUMBLE<br>CHICAGO REMITRAC BOX 62407<br>62407 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | Part 2 line 3.66 | _____ |
| BUSY BEAUTY<br>PO BOX 13129<br>ATLANTA GA 30324 | Part 2 line 3.69 | _____ |
| CAREERBUILDER, LLC<br>13047 COLLECTION CENTER DRIVE<br>CHICAGO IL 60693-0130 | Part 2 line 3.76 | _____ |
| CHARTER COMMUNICATIONS<br>PO BOX 790086<br>ST. LOUIS MO 63179-0086 | Part 2 line 3.88 | _____ |
| CHARTER SPECTRUM<br>BOX 223085<br>PITTSBURGH PA 15251 | Part 2 line 3.89 | _____ |
| CHARTER SPECTRUM<br>BOX 223085<br>PITTSBURGH PA 15251 | Part 2 line 3.90 | _____ |
| CHARTER SPECTRUM<br>BOX 223085<br>PITTSBURGH PA 15251 | Part 2 line 3.92 | _____ |
| CHARTER SPECTRUM<br>BOX 223085<br>PITTSBURGH PA 15251 | Part 2 line 3.93 | _____ |
| CHEETAH DIGITAL, INC<br>22807 NETWORK PLACE<br>CHICAGO IL 60673-1228 | Part 2 line 3.96 | _____ |
| CITIZENS ENERGY GROUP<br>PO BOX 7056<br>INDIANAPOLIS IN 46207-7056 | Part 2 line 3.99 | _____ |
| CLARINS USA<br>23439 NETWORK PLACE<br>LOCKBOX 23439<br>CHICAGO IL 60673-1251 | Part 2 line 3.116 | _____ |
| CLEVELAND ELECTRIC ILLUMINATING CO<br>PO BOX 3687<br>AKRON OH 44309-3687 | Part 2 line 3.117 | _____ |
| COLOREDGE<br>LOCKBOX #3672<br>PO BOX 8500<br>PHILADELPHIA PA 19178-3672 | Part 2 line 3.120 | _____ |
| COMCAST BUSINESS<br>PO BOX 70219<br>PHILADELPHIA PA 198176 | Part 2 line 3.123 | _____ |
| COMCAST BUSINESS<br>PO BOX 70219<br>PHILADELPHIA PA 198176 | Part 2 line 3.124 | _____ |

| | | |
|---|---|---|
| CONAIR CORPORATION<br>P.O. BOX 932059<br>ATLANTA GA 31193-2059 | Part 2 line 3.127 | _____ |
| COX BUSINESS<br>COX BUSINESS<br>PO BOX 248851<br>OKLAHOMA CITY OK 73124-8851 | Part 2 line 3.136 | _____ |
| COX BUSINESS<br>PO BOX 2742<br>OMAHA NE 68103-2742 | Part 2 line 3.137 | _____ |
| COX BUSINESS<br>PO BOX 2742<br>OMAHA NE 68103-2742 | Part 2 line 3.138 | _____ |
| COX BUSINESS<br>PO BOX 2742<br>OMAHA NE 68103-2742 | Part 2 line 3.139 | _____ |
| COX BUSINESS<br>PO BOX 53249<br>PHOENIX AZ 85072-3249 | Part 2 line 3.140 | _____ |
| COX BUSINESS<br>PO BOX 53249<br>PHOENIX AZ 85072-3249 | Part 2 line 3.141 | _____ |
| COX BUSINESS<br>PO BOX 53249<br>PHOENIX AZ 85072-3249 | Part 2 line 3.142 | _____ |
| COX BUSINESS<br>PO BOX 248851<br>OKLAHOMA CITY OK 73124-8851 | Part 2 line 3.143 | _____ |
| CRUNCH-DATA, INC.<br>ACCTS RECEIVABLE NW 6333<br>PO BOX 1450<br>MINNEAPOLIS MN 55485-6333 | Part 2 line 3.147 | _____ |
| DANA JONES<br>Address Intentionally Omitted | Part 2 line 3.372 | _____ |
| DAVEXLABS, LLC<br>ATTN: A/R DEPT<br>720 WILSHIRE BLVD<br>SUITE 200<br>SANTA MONICA CA 90401 | Part 2 line 3.153 | _____ |
| DDR WILLOWBROOK PLAZA, LP<br>DEPT 359346 21171 60516<br>PO BOX 9183404<br>CHICAGO IL 60691-3404 | Part 2 line 3.155 | _____ |
| DELTACOM LLC<br>DELTA COM LOCKBOX 1058<br>PO BOX 2252<br>BIRMINGHAM AL 35246-1058 | Part 2 line 3.157 | _____ |
| DIERBERGS<br>P.O.BOX 1070<br>CHESTERFIELD MO 63006-1070 | Part 2 line 3.164 | _____ |
| EARTHLINK BUSINESS<br>PO BOX 88104<br>CHICAGO IL 60680-1104 | Part 2 line 3.175 | _____ |
| EASTON GATEWAY LLC<br>L-3780<br>COLUMBUS OH 43260-3780 | Part 2 line 3.176 | _____ |

Debtor    **Beauty Brands, LLC**                                                Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| EBSCO INFORMATION SERVICES<br>PAYMENT PROCESSING CENTER<br>PO BOX 204661<br>DALLAS TX 75320-4661 | Part 2 line 3.177 | _____ |
| EECO<br>400 STATE AVENUE<br>SUITE 90046<br>KANSAS CITY KS 66101 | Part 2 line 3.156 | _____ |
| EEOC<br>JAMES R. NEELY JR., DIRECTOR<br>ROBERT A YOUNG FED. BLDG.<br>1222 SPRUCE ST - RM 8.100<br>ST LOUIS MO 63103 | Part 2 line 3.286 | _____ |
| EXCEL SOUTHLAKE I LP<br>10920 VIA FRONTERA<br>SUITE 220<br>SAN DIEGO CA 92127 | Part 2 line 3.186 | _____ |
| FACILITY SOLUTIONS GROUP<br>PO BOX 896508<br>CHARLOTTE NC 28289-6508 | Part 2 line 3.188 | _____ |
| FAROUK SYSTEMS, INC.<br>PO BOX 207204<br>DALLAS TX 75320 | Part 2 line 3.190 | _____ |
| FEDEX<br>500 ROSS STREET<br>ROOM 154-0455<br>PITTSBURGH PA 15262 | Part 2 line 3.193 | _____ |
| FENWICK & WEST<br>CHARLENE MORROW | Part 2 line 3.279 | _____ |
| FEPA<br>KANSAS CITY, MO, HUMAN RELATIONS<br>DEPARTMENT (FEPA)<br>414 E. 12TH ST.<br>4TH FLOOR, CITY HALL<br>KANSAS CITY MO 64106 | Part 2 line 3.156 | _____ |
| FRONTIER COMMUNICATIONS<br>PO BOX 740407<br>CINCINNATI OH 45274-0407 | Part 2 line 3.203 | _____ |
| G&K SERVICE<br>PO BOX 88005<br>CHICAGO IL 60680-1005 | Part 2 line 3.204 | _____ |
| GRANITE TELECOMMUNICATIONS<br>CLIENT ID#311<br>PO BOX 983119<br>BOSTON MA 02298-3119 | Part 2 line 3.211 | _____ |
| GREENLEAF COMPACTION<br>C/O LOCKBOX<br>PO BOX 29661-2008<br>PHOENIX AZ 85038-2008 | Part 2 line 3.215 | _____ |
| HELEN OF TROY,L.P.<br>P.O. BOX 849113<br>DALLAS TX 75284-9113 | Part 2 line 3.222 | _____ |
| HUDSON ENERGY<br>PO BOX 731137<br>DALLAS TX 75373-1137 | Part 2 line 3.226 | _____ |
| INFINITE CONFERENCING INC<br>PO BOX 836<br>SHORT HILLS NJ 07078 | Part 2 line 3.230 | _____ |

| | | |
|---|---|---|
| INLAND COMM REAL ESTATE SERV LLC<br>32533 COLLECTION CENTER DRIVE<br>BLDG#51567<br>CHICAGO IL 60693-0325 | Part 2 line 3.232 | _____ |
| INLAND COMM REAL ESTATE SERV LLC<br>32533 COLLECTION CENTER DRIVE<br>BLDG#51567<br>CHICAGO IL 60693-0325 | Part 2 line 3.233 | _____ |
| INLAND COMM REAL ESTATE SERV LLC<br>32533 COLLECTION CENTER DRIVE<br>BLDG#51567<br>CHICAGO IL 60693-0325 | Part 2 line 3.232 | _____ |
| INNOVATIVE STYLING OPTIONS, INC.<br>ATTN: CREDIT DEPARTMENT<br>100 TOKENEKE ROAD<br>DARIEN CT 06820-1005 | Part 2 line 3.234 | _____ |
| INTVENT-CP, LLC<br>ACCOUNTS RECEIVABLE<br>1001 CRAIG ROAD<br>SUITE 392<br>ST. LOUIS MO 63146 | Part 2 line 3.238 | _____ |
| IOWA AMERICAN WATER<br>PO BOX 94551<br>PALATINE IL 60094-4551 | Part 2 line 3.240 | _____ |
| IRON MOUNTAIN<br>PO BOX 27128<br>NEW YORK NY 10087-7128 | Part 2 line 3.242 | _____ |
| JOICO LABORATORIES, INC.<br>ATTN: CREDIT DEPARTMENT<br>100 TOKENEKE ROAD<br>DARIEN CT 06820-1005 | Part 2 line 3.254 | _____ |
| KANSAS HUMAN RIGHTS COMMISSION<br>RUTH GLOVER<br>LANDON STATE OFFICE BLDG.<br>900 S.W. JACKSON ST STE 568 S<br>TOPEKA KS 66612-1258 | Part 2 line 3.286 | _____ |
| KEIFFER, LLC<br>JEFFREY C. KEIFFER<br>10465 PARK MEADOWS DR<br>STE 108<br>LONE TREE CO 80124 | Part 2 line 3.285 | _____ |
| KENRA<br>7445 COMPANY DRIVE<br>INDIANAPOLIS IN 46237 | Part 2 line 3.268 | _____ |
| KIBO SOFTWARE INC<br>75 REMITTANCE DR<br>DEPT 6588<br>CHICAGO IL 60675-6588 | Part 2 line 3.270 | _____ |
| KPMG, LLP<br>DEPT 0970<br>PO BOX 120970<br>DALLAS TX 75312-0970 | Part 2 line 3.275 | _____ |
| LAZARD FRERES & CO. LLC<br>600 5TH AVENUE<br>4TH FLOOR<br>NEW YORK NY 10020 | Part 2 line 3.283 | _____ |
| LINCOLN ELECTRIC SYSTEM<br>PO BOX 2986<br>OMAHA NE 68103 | Part 2 line 3.287 | _____ |

Debtor  **Beauty Brands, LLC**                                    Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| LINEN SYSTEMS FOR HEALTHCARE, LLC<br>PO BOX 198688<br>ATLANTA GA 30384-8688 | Part 2 line 3.288 | _____ |
| LORI PARR<br>ADLER, LORI A<br>Address Intentionally Omitted | Part 2 line 3.372 | _____ |
| MALIBU WELLNESS, INC<br>PO BOX 1627<br>INDIANAPOLIS IN 46206 | Part 2 line 3.296 | _____ |
| METRO LINEN COMPANY<br>PO BOX 978<br>MCKINNEY TX 75070-0978 | Part 2 line 3.219 | _____ |
| MISSOURI BOARD OF COSMETOLOGY AND<br>BARBER EXAMINERS<br>3605 MISSOURI BOULEVARD<br>P.O. BOX 1062<br>JEFFERSON CITY MO 65102-1062 | Part 2 line 3.396 | _____ |
| NORTON ROSE FULBRIGHT US LLP<br>THEO DANIEL, JOE DIRIK, BARRETT ROBIN<br>2200 ROSS AVENUE<br>STE 3600<br>DALLAS TX 75201-7932 | Part 2 line 3.186 | _____ |
| ORIGINS NATURAL RESOURCES, INC.<br>PO BOX 223455<br>PITSBURGH PA 15251-2455 | Part 2 line 3.338 | _____ |
| PARIS PRESENTS INCORPORATED<br>28270 NETWORK PLACE<br>CHICAGO IL 60673 | Part 2 line 3.342 | _____ |
| PBI GROUP, INC<br>PO BOX 202663<br>DALLAS TX 75320-2663 | Part 2 line 3.343 | _____ |
| PCCD LLC<br>PO BOX 102<br>LAKE OZARK MO 65049 | Part 2 line 3.344 | _____ |
| PETER KRILLIES<br>Address Intentionally Omitted | Part 2 line 3.163 | _____ |
| PLAYNETWORK, INC<br>PO BOX 204515<br>DALLAS TX 75320-4515 | Part 2 line 3.352 | _____ |
| PURELOLOGY<br>PO BOX 731125<br>DALLAS TX 75373-1125 | Part 2 line 3.358 | _____ |
| RETURN PATH<br>PO BOX 200079<br>PITTSBURG PA 15251-0079 | Part 2 line 3.375 | _____ |
| ROUX LABORATORIES, INC. (CND)<br>C/O JP MORGAN CHASE<br>88213 EXPEDIATE WAY<br>#323103669<br>CHICAGO IL 60695-0001 | Part 2 line 3.382 | _____ |
| RPAI SOUTHWEST MANAGMENT, LLC<br>15105 COLLECTIONS CENTER DR<br>CHICAGO IL 60693-5105 | Part 2 line 3.374 | _____ |
| RPAI SOUTHWEST MANAGMENT, LLC<br>15105 COLLECTIONS CENTER DR<br>CHICAGO IL 60693-5105 | Part 2 line 3.374 | _____ |

| Debtor | **Beauty Brands, LLC** | Case number *(if known)* **19-10031** |

| | | |
|---|---|---|
| SEXY HAIR CONCEPTS, LLC<br>PO BOX 101644<br>PASADENA CA 91189-1644 | Part 2 line 3.395 | _____ |
| SHRED-IT US HOLDCO, INC<br>28883 NETWORK PLACE<br>CHICAGO IL 60673 | Part 2 line 3.400 | _____ |
| SOUTHERN IMPERIAL, INC.<br>23584 NETWORK PLACE<br>CHICAGO, IL 60673-1235 | Part 2 line 3.405 | _____ |
| SPORNETTE INTERNATIONAL INC.<br>PO BOX 263<br>BEDFORD IL 60499-0263 | Part 2 line 3.411 | _____ |
| ST. TROPEZ<br>ACCOUNTS RECEIVABLE<br>140 BROADWAY<br>SUITE 2240<br>NEW YORK NY 10005 | Part 2 line 3.416 | _____ |
| STARK & STARK PC<br>JOSEPH H LEMKIN,ESQ<br>P O BOX 5315<br>PRINCETON NJ 08543 | Part 2 line 3.438 | _____ |
| THE WELLA CORPORATION<br>JP MORGAN BANK<br>24444 NETWORK PLACE<br>CHICAGO IL 60673-1244 | Part 2 line 3.437 | _____ |
| TIME WARNER CABLE<br>PO BOX 70872<br>CHARLOTTE NC 28272-0872 | Part 2 line 3.407 | _____ |
| TIME WARNER CABLE<br>PO BOX 60074<br>CITY OF INDUSTRY CA 91716-0074 | Part 2 line 3.408 | _____ |
| ULINE, INC<br>PO BOX 88741<br>CHICAGO IL 60680-1741 | Part 2 line 3.455 | _____ |
| UPPER CANADA SOAP<br>2299 KENMORE AVE<br>BUFFALO NY 14207 | Part 2 line 3.457 | _____ |
| VENABLE LLP<br>JAMIE L EDMONSON<br>1201 N MARKET ST STE 1400<br>WILMINGTON DE 19801 | Part 2 line 3.1 | _____ |
| VENABLE LLP<br>KEITH C OWENS<br>2049 CENTURY PARK EAST STE 2300<br>LOS ANGELES CA 90067 | Part 2 line 3.1 | _____ |
| VERITIV OPERATING CO. (XPEDX<br>3568 SOLUTIONS CENTER<br>CHICAGO IL 60677-3005 | Part 2 line 3.460 | _____ |
| VPCC PIONEER, LLC<br>PO BOX 913176<br>DENVER CO 80291-2653 | Part 2 line 3.461 | _____ |
| VPCC PIONEER, LLC<br>PO BOX 505333<br>ST LOUIS MO 63150-5333 | Part 2 line 3.471 | _____ |
| VPCC PIONEER, LLC<br>PO BOX 913176<br>DENVER CO 80291-2653 | Part 2 line 3.461 | _____ |

Debtor    **Beauty Brands, LLC**                                          Case number *(if known)* **19-10031**

WINDSTREAM CORPORATION              Part 2 line 3.469                    _____
PO BOX 9001013
LOUISVILLE KY 40290-1013

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | | **Total of claim amounts** |
|---|---|---|---|---|
| **5a.** | **Total claims from Part 1** | 5a. | | UNDETERMINED |
| **5b.** | **Total claims from Part 2** | 5b. | **+** | $14,007,156.22 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $14,007,156.22 |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Beauty Brands, LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 19-10031 |

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |

| 2.1. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | 141 PROVIDENCE ROAD LLC<br>DAVID R KRUG AND ASSOCIATES<br>DAVID KRUG<br>131 PROVIDENCE RD<br>STE 100<br>CHARLOTTE NC 28207 |
| --- | --- | --- | --- |
| | **State what the contract or lease is for** | STORE NO. - 153 BIRKDALE VILLAGE | |
| | **Nature of debtor's interest** | LEASEHOLD INTEREST | |
| | **State the term remaining** | 12/31/2019 | |
| | **List the contract number of any government contract** | | |

| 2.2. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| | **State what the contract or lease is for** | STORE NO. - 143 "WEST OMAHA" VILLAGE POINTE | |
| | **Nature of debtor's interest** | LEASEHOLD INTEREST | 168TH AND DODGE LP<br>A NEBRASKA LIMITED<br>PARTNERSHIP<br>RED DEVELOPMENT<br>BERNIE WIESE<br>ONE EAST WASHINGTON ST STE 300<br>PHOENIX AZ 85004 |
| | **State the term remaining** | 3/24/2020 WITH 2 - 5 YEAR OPTIONS TO EXTEND | |
| | **List the contract number of any government contract** | | |

| 2.3. | **Title of contract** | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| | **State what the contract or lease is for** | STATEMENT OF WORK | |
| | **Nature of debtor's interest** | CONTRACT PARTY | 26 DOT TWO LLC<br>1045 SANSOME ST<br>STE 328<br>SAN FRANCISCO CA 94111 |
| | **State the term remaining** | ON WRITTEN NOTICE | |
| | **List the contract number of any government contract** | | |

Debtor **Beauty Brands, LLC**                                        Case number *(if known)* **19-10031**

| | | | |
|---|---|---|---|
| 2.4. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | STORE NO. - 162<br>"ADDISON"<br>VILLAGE ON THE PARKWAY | |
| | **Nature of debtor's interest** | LEASEHOLD INTEREST | 5100 BELT LINE ROAD INVESTORS<br>VESTAR PROPERTIES<br>816 FOCH ST<br>FORT WORTH TX 76107 |
| | **State the term remaining** | 1/2025 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.5. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT - SECOND AMENDMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | STORE NO. - 124<br>"ST. CHARLES"<br>94 CROSSING | |
| | **Nature of debtor's interest** | LEASEHOLD INTEREST | 94 CROSSING LLC<br>CAPITAL LAND CO<br>JOHN CAPPS<br>11850 STUDT AVE<br>ST. LOUIS MO 63141 |
| | **State the term remaining** | 5/31/2028 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.6. | **Title of contract** | MEDICAL PROFESSIONAL LIABILITY FULL PROGRAM, POLICY NO. EO000024347-06 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | ADMIRAL INSURANCE COMPANY<br>ATTN LEGAL DEPT<br>6833 SHORE ROAD<br>BROOKLYN NY 11220 |
| | **State the term remaining** | 12/12/2019 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.7. | **Title of contract** | PROFESSIONAL - OTHER, POLICY NO. EO000024347-05 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | ADMIRAL INSURANCE COMPANY<br>ATTN LEGAL DEPT<br>6833 SHORE ROAD<br>BROOKLYN NY 11220 |
| | **State the term remaining** | 12/12/2019 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.8. | **Title of contract** | ADP PAYROLL PROCESSING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | GUARANTEED PRICE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ADP, LLC<br>ONE ADP DR<br>AUGUSTA GA 30909 |
| | **State the term remaining** | 11/2021 | |
| | **List the contract number of any government contract** | | |

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| 2.9. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY - CONSUMER | ADVENTURE TECH GROUP INC PO BOX 4647 OLATHE KS 66063 |
| | **State the term remaining** | 4/2019 | |
| | **List the contract number of any government contract** | | |

| 2.10. | **Title of contract** | TEXTILE RENTAL SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLIER | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ALSCO 2816 CENTRAL EXPRESS WAY WICHITA FALLS TX 76301 |
| | **State the term remaining** | 8/22/2020 | |
| | **List the contract number of any government contract** | | |

| 2.11. | **Title of contract** | EMPLOYMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AMBER WARNER Address Intentionally Omitted |
| | **State the term remaining** | ON WRITTEN NOTICE | |
| | **List the contract number of any government contract** | | |

| 2.12. | **Title of contract** | RETENTION BONUS AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AMBER WARNER Address Intentionally Omitted |
| | **State the term remaining** | ON WRITTEN NOTICE | |
| | **List the contract number of any government contract** | | |

| 2.13. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CREDIT CARD PROCESSING AGREEMENT - AMEX | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AMEX |
| | **State the term remaining** | ON WRITTEN NOTICE | |
| | **List the contract number of any government contract** | | |

Debtor **Beauty Brands, LLC**                                                              Case number *(if known)* **19-10031**

| 2.14. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY - CONSUMER | ANCHOR COMPUTER |
| | State the term remaining | PAY AS YOU GO | 1900 NEW HIGHWAY |
| | List the contract number of any government contract | | FARMINGDALE NY 11735 |

| 2.15. | Title of contract | REFRESHMENT SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | ARAMARK |
| | State the term remaining | 10/10/2019 | 1101 MARKET ST |
| | List the contract number of any government contract | | ARAMARK TOWER |
| | | | PHILADELPHIA PA 19107 |

| 2.16. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | STORE NO. - 160 LAWTON MARKETPLACE | |
| | Nature of debtor's interest | LEASEHOLD INTEREST | ARCP MT LAWTON OK LLC |
| | State the term remaining | 1/2024 WITH 3 - 5 YEAR OPTIONS TO EXTEND | AMERICAN REALTY CAPITAL PROPERTIES |
| | List the contract number of any government contract | | PROPERTY MANAGEMENT 2325 EAST CAMELBACK RD STE 1100 PHOENIX AZ 85016 |

| 2.17. | Title of contract | CONSULTING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | ARTHUR SWANBERG |
| | State the term remaining | ON WRITTEN NOTICE | Address Intentionally Omitted |
| | List the contract number of any government contract | | |

| 2.18. | Title of contract | POLICY HOLDER APPLICATION FOR WORKSITE GROUPS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | INSURANCE | |
| | Nature of debtor's interest | INSURED | ASSURITY LIFE INSURANCE CO |
| | State the term remaining | 12/31/2019 | CASEY SPILKER 2000 Q STREET |
| | List the contract number of any government contract | | LINCOLN NE 68503-3608 |

Debtor  **Beauty Brands, LLC**                                                            Case number *(if known)* **19-10031**

| 2.19. | Title of contract | HARDWARE AND SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | AVE INVESTMENTS, INC. |
| | State the term remaining | ON WRITTEN NOTICE | 1085 BLUFF DR |
| | List the contract number of any government contract | _____ | OSAGE BEACH MO 65065 |

| 2.20. | Title of contract | MAINTENANCE CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | AVE INVESTMENTS, INC. |
| | State the term remaining | 60 - DAYS WRITTEN NOTICE | 1085 BLUFF DR |
| | List the contract number of any government contract | _____ | OSAGE BEACH MO 65065 |

| 2.21. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | AVE PCCD |
| | State the term remaining | 12/31/2018 | PCCD LLC |
| | List the contract number of any government contract | _____ | ALICIA FALCONE 1085 BLUFF DR OSAGE BEACH MO 65065 |

| 2.22. | Title of contract | PROFESSIONAL USE APPLIANCE PROGRAM | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | BABYLISSPRO |
| | State the term remaining | 5/2022 | GENIE WISMER |
| | List the contract number of any government contract | _____ | 1 CUMMINGS PT RD STAMFORD CT 06902 |

| 2.23. | Title of contract | COMMERCIAL INSURANCE PREMIUM FINANCE AND SECURITY AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | INSURANCE PREMIUM FINANCING | |
| | Nature of debtor's interest | CONTRACT PARTY | BANK DIRECT CAPITAL FINANCE |
| | State the term remaining | SEPTEMBER 2019 | 150 NORTH FIELD DR STE 190 |
| | List the contract number of any government contract | _____ | LAKE FOREST IL 60045 |

Debtor **Beauty Brands, LLC**                                                                 Case number *(if known)* **19-10031**

| 2.24. | Title of contract | PRODUCT SUPPLY AGREEMENT & AMENDMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | BARE ESCENTUALS BEAUTY INC |
| | State the term remaining | ON WRITTEN NOTICE | SUZANNE PENGELLY |
| | List the contract number of any government contract | _____ | 900 3RD AVE<br>27TH FLOOR<br>NEW YORK NY 10022 |

| 2.25. | Title of contract | BASIC FLEXIBLE SPENDING PLAN | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | FSA SERVICES | |
| | Nature of debtor's interest | EMPLOYER PROVIDER | BASIC |
| | State the term remaining | 31-DEC-19 | 9426 INDUSTRIAL PORTAGE DR |
| | List the contract number of any government contract | _____ | PORTAGE MI 49024 |

| 2.26. | Title of contract | REAL PROPERTY LEASE AGREEMENT - FIRST AMENDMENT TO LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | STORE NO. - 148 "WACO" | |
| | Nature of debtor's interest | LEASEHOLD INTEREST | BEWAY PROPERTIES LLC |
| | State the term remaining | 12/31/2023 WITH 1 - 5 YEAR OPTION TO EXTEND | 4600 MADISON AVE<br>STE 1500 |
| | List the contract number of any government contract | _____ | KANSAS CITY MO 64112 |

| 2.27. | Title of contract | STATEMENT OF WORK | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SITE OPTIMIZATION | |
| | Nature of debtor's interest | CONTRACT PARTY | BLUE TRIANGLE TECHNOLOGIES, INC. |
| | State the term remaining | 3/31/2019 | ALAN HARRIS<br>9097 ATLEE STATION RD |
| | List the contract number of any government contract | _____ | SUITE 304<br>MECHANICSVILLE VA 02311-2525 |

| 2.28. | Title of contract | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | STORE NO. - 123<br>"S. AURORA"<br>PIONEER HILLS | |
| | Nature of debtor's interest | LEASEHOLD INTEREST | BRE DDR PIONEER HILLS LLC |
| | State the term remaining | 11/31/21 | AUSTIN TILLACK<br>3300 ENTERPRISE PKWY |
| | List the contract number of any government contract | _____ | BEACHWOOD OH 44122 |

Debtor    **Beauty Brands, LLC**                                                        Case number *(if known)* **19-10031**

2.29.    **Title of contract**                  REAL PROPERTY LEASE AGREEMENT - SECOND        **State the name and mailing address**
                                                 AMENDMENT                                     **for all other parties with whom the**
                                                                                               **debtor has an executory contract or**
         **State what the contract or**          STORE NO. - 116                               **unexpired lease**
         **lease is for**                        "FRISCO"
                                                 PRESTON RIDGE                                 BRE RETAIL RESIDUAL OWNER 1
                                                                                               LLC
         **Nature of debtor's interest**         LEASEHOLD INTEREST                            BRIXMOR PROPERTY
                                                                                               GENERAL COUNSEL
         **State the term remaining**            2/28/2019 WITH 1 - 5 YEAR OPTION TO EXTEND    450 LEXINGTON AVE
                                                                                               13TH FL
         **List the contract number of**         _____      NEW YORK NY 10170
         **any government contract**

2.30.    **Title of contract**                  REAL PROPERTY LEASE AGREEMENT                 **State the name and mailing address**
                                                                                               **for all other parties with whom the**
         **State what the contract or**          STORE NO. - 142 "CLEAR LAKE"                  **debtor has an executory contract or**
         **lease is for**                        THE BOULEVARD                                 **unexpired lease**

         **Nature of debtor's interest**         LEASEHOLD INTEREST                            BRUCE W DERRICK
                                                                                               DERRICK INTERESTS
         **State the term remaining**            12/31/2018                                    3900 ESSEX LN
                                                                                               STE 1070
         **List the contract number of**         _____      HOUSTON TX 77027
         **any government contract**

2.31.    **Title of contract**                  RETAIL AGREEMENT                             **State the name and mailing address**
                                                                                               **for all other parties with whom the**
         **State what the contract or**          SERVICES                                      **debtor has an executory contract or**
         **lease is for**                                                                      **unexpired lease**

         **Nature of debtor's interest**         CONTRACT PARTY                               BUMBLE & BUMBLE PRODUCTS
                                                                                               LLC
         **State the term remaining**            ON WRITTEN NOTICE                             VICE PRESIDENT NORTH
                                                                                               AMERICAN SALES
         **List the contract number of**         _____      415 WEST 13TH ST
         **any government contract**                                                           NEW YORK NY 10014

2.32.    **Title of contract**                  EMAILING TOOL                                **State the name and mailing address**
                                                                                               **for all other parties with whom the**
         **State what the contract or**          SERVICES                                      **debtor has an executory contract or**
         **lease is for**                                                                      **unexpired lease**

         **Nature of debtor's interest**         CONTRACT PARTY - CONSUMER                    BVS TOOLS
                                                                                               201 MAPLERIDGE DR
         **State the term remaining**            8/2019                                        MANKATO MN 56001

         **List the contract number of**         _____
         **any government contract**

2.33.    **Title of contract**                  REAL PROPERTY LEASE AGREEMENT                **State the name and mailing address**
                                                                                               **for all other parties with whom the**
         **State what the contract or**          STORE NO. - 107                               **debtor has an executory contract or**
         **lease is for**                        "LONE TREE"                                   **unexpired lease**

         **Nature of debtor's interest**         LEASEHOLD INTEREST                            C4 VENTURES LLC
                                                                                               MIKE'S CAMERA
         **State the term remaining**            2/28/2021                                     JIRAIR CHRISTIANIAN
                                                                                               2500 PEARL ST
         **List the contract number of**         _____      STE 300
         **any government contract**                                                           BOULDER CO 80302-3819

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 2.34. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT - SECOND AMENDMENT |

**State what the contract or lease is for**    STORE NO. - 150 "AVON"

**Nature of debtor's interest**    LEASEHOLD INTEREST

**State the term remaining**    12/31/2023 WITH 1 - 5 YEAR OPTION TO EXTEND

**List the contract number of any government contract**    _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CALLING PROPERTIES
4600 MADISON AVE
STE 1500
KANSAS CITY MO 64112

---

| | | |
|---|---|---|
| 2.35. | **Title of contract** | MASTER SERVICES AGREEMENT |

**State what the contract or lease is for**    SERVICES

**Nature of debtor's interest**    CONTRACT PARTY

**State the term remaining**    2/12/2020

**List the contract number of any government contract**    _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CAREERBUILDER, LLC
ATTN LEGAL DEPARTMENT
200 N LASALLE ST
STE 1100
CHICAGO IL 60601

---

| | | |
|---|---|---|
| 2.36. | **Title of contract** | EMPLOYMENT AGREEMENT |

**State what the contract or lease is for**    SERVICES

**Nature of debtor's interest**    CONTRACT PARTY

**State the term remaining**    ON WRITTEN NOTICE

**List the contract number of any government contract**    _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CARYN LERNER
Address Intentionally Omitted

---

| | | |
|---|---|---|
| 2.37. | **Title of contract** | RETENTION BONUS AGREEMENT |

**State what the contract or lease is for**    SERVICES

**Nature of debtor's interest**    CONTRACT PARTY

**State the term remaining**    ON WRITTEN NOTICE

**List the contract number of any government contract**    _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CARYN LERNER
Address Intentionally Omitted

---

| | | |
|---|---|---|
| 2.38. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT |

**State what the contract or lease is for**    STORE NO. - 136 "FISHERS"

**Nature of debtor's interest**    LEASEHOLD INTEREST

**State the term remaining**    12/31/2027

**List the contract number of any government contract**    _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CENTRE NORTH SHOPS LLC AN IN LLC
CENTRE PROPERTIES
DOUG SINGLETON
9333 N MERIDIAN ST
STE 275
INDIANAPOLIS IN 46260

---

Debtor    **Beauty Brands, LLC**                                                                    Case number *(if known)* **19-10031**

| 2.39. | **Title of contract** | CHECK AUTHORIZATION AGENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CERTEGY CHECK SERVICES, INC. |
| | **State the term remaining** | 9/23/2016 WITH AUTOMATIC 1 - MONTH RENEWAL | 11601 ROOSEVELT BLVD., TA-11 |
| | **List the contract number of any government contract** | | ST. PETERSBURG, FL 33716 |

| 2.40. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | STORE NO. - 122 "FT. WORTH" | |
| | **Nature of debtor's interest** | LEASEHOLD INTEREST | CHAPEL HILL SHOPPING CENTER VICE PRESIDENT PROPERTY |
| | **State the term remaining** | 2/23/2023 | OPERATIONS 30 SOUTH MERIDIAN ST |
| | **List the contract number of any government contract** | | STE 1100 INDIANAPOLIS IN 46204 |

| 2.41. | **Title of contract** | COMMERCIAL PACKAGE, POLICY NO. Y6309D312798 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | CHARTER OAK FIRE INSURANCE COMPANY |
| | **State the term remaining** | 12/12/2019 | ATTN LEGAL DEPT ONE TOWER SQUARE |
| | **List the contract number of any government contract** | | HARTFORD CT 06183 |

| 2.42. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY - CONSUMER | CHARTER SPECTRUM |
| | **State the term remaining** | 7/3/2018 | BOX 223085 PITTSBURGH PA 15251 |
| | **List the contract number of any government contract** | | |

| 2.43. | **Title of contract** | STATEMENT OF WORK | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | STATEMENTS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CHEETAH DIGITAL INC FKA EXPERIAN MARKETING |
| | **State the term remaining** | 8/14/2020 | SOLUTIONS INC SCOTT COHRS |
| | **List the contract number of any government contract** | | 1209 ORANGE STREET WILMINGTON DE 19801 |

Debtor    **Beauty Brands, LLC**                                                      Case number *(if known)* **19-10031**

| 2.44. | **Title of contract** | EMPLOYMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CHRISTOPHER STRUEMPLER |
| | **State the term remaining** | ON WRITTEN NOTICE | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.45. | **Title of contract** | RETENTION BONUS AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CHRISTOPHER STRUEMPLER |
| | **State the term remaining** | ON WRITTEN NOTICE | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.46. | **Title of contract** | EXECUTIVE RISK MANAGEMENT LIABILITY INSURANCE, POLICY NO. G2509654A006 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | CHUBB NA FINANCIAL LINES |
| | **State the term remaining** | 12/19/2019 | ATTN LEGAL DEPT<br>CHUBB NA FINANCIAL LINES<br>WARREN NJ 07059 |
| | **List the contract number of any government contract** | | |

| 2.47. | **Title of contract** | NATIONAL RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SHREDDING SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CINTAS CORPORATION |
| | **State the term remaining** | 1/15/2018 | 6800 CINTAS BLVD<br>MASON OH 45040 |
| | **List the contract number of any government contract** | | |

| 2.48. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY - CONSUMER | COLOREDGE INC |
| | **State the term remaining** | ON WRITTEN NOTICE | 312 W RTE 38<br>LOCKBOX # 826977<br>MOORESTOWN NJ 08057 |
| | **List the contract number of any government contract** | | |

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| 2.49. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY - CONSUMER | COMCAST |
| | **State the term remaining** | 11/1/2021 | PO BOX 70219 |
| | **List the contract number of any government contract** | | PHILADELPHIA PA 19176 |

| 2.50. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY - CONSUMER | COMCAST BUSINESS - 136 |
| | | | ALKA PARIKH |
| | **State the term remaining** | 11/1/2021 | ONE COMCAST CENTER 32ND |
| | | | FLOOR |
| | **List the contract number of any government contract** | | PHILADELPHIA PA 19103 |

| 2.51. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT - SECOND AMENDMENT TO LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | STORE NO. - 126 COUNTRY CLUB PLAZA | COUNTRY CLUB PLAZA JV LLC |
| | **Nature of debtor's interest** | LEASEHOLD INTEREST | THE TAUBMAN CO LLC |
| | | | LEASE ADMINISTRATION DEPT |
| | **State the term remaining** | 12/31/2024 | 200 EAST LONG LAKE RD |
| | | | STE 300 |
| | **List the contract number of any government contract** | | BLOOMFIELD HILLS MI 48304-2324 |

| 2.52. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY - CONSUMER | COX COMMUNICATIONS |
| | **State the term remaining** | 8/27/2021 | PO BOX 248851 |
| | **List the contract number of any government contract** | | OKLAHOMA CITY OK 73124 |

| 2.53. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY - CONSUMER | COX COMMUNICATIONS INC |
| | **State the term remaining** | 12/13/2020 | 6205 PEACH TREE DUN WOODY RD |
| | | | ATLANTA GA 30328 |
| | **List the contract number of any government contract** | | |

Debtor   **Beauty Brands, LLC**                                                                                    Case number *(if known)* **19-10031**

| 2.54. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | STORE NO. - 168 "CROCKER PARK" | |
| | Nature of debtor's interest | LEASEHOLD INTEREST | CP COMMERCIAL DELAWARE LLC 1350 WEST 3RD ST CLEVELAND OH 44113 |
| | State the term remaining | 8/12/2025 | |
| | List the contract number of any government contract | | |

| 2.55. | Title of contract | CONSULTING SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | CREATETHE GROUP, INC. 116 W HOUSTON ST FLOOR 5 NEW YORK NY 10012 |
| | State the term remaining | ON WRITTEN NOTICE | |
| | List the contract number of any government contract | | |

| 2.56. | Title of contract | STATEMENT OF WORK | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COMPUTER SOFTWARE & SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | CRUNCH DATA, INC. DOUGLAS TEXTOR CFO 260D EAST AVENIDA DE LOS ARBOLES STE 711 THOUSAND OAKS CA 91362 |
| | State the term remaining | 9/5/2019 | |
| | List the contract number of any government contract | | |

| 2.57. | Title of contract | REAL PROPERTY LEASE AGREEMENT - SECOND AMENDMENT TO LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | STORE NO. - 138 "OMAHA" BEVERLY PLAZA | |
| | Nature of debtor's interest | LEASEHOLD INTEREST | CTS LLC 7 OAKS INVESTMENT CORP 13304 W CTR RD STE 109 OMAHA NE 68114 |
| | State the term remaining | 7/31/2025 | |
| | List the contract number of any government contract | | |

| 2.58. | Title of contract | MASTER SERVICES AGREEMENT AND AMENDMENTS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEASE AUDIT SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | CUSHMAN & WAKEFIELD U.S., INC. 1220 AUGUSTA HOUSTON TX 77057 |
| | State the term remaining | ON WRITTEN NOTICE | |
| | List the contract number of any government contract | | |

Debtor    **Beauty Brands, LLC**                                                                          Case number *(if known)* **19-10031**

| 2.59. | Title of contract | REAL PROPERTY LEASE AGREEMENT - SECOND AMENDMENT TO LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | STORE NO. - 113 "PLANO" | |
| | Nature of debtor's interest | LEASEHOLD INTEREST | DAL-ONE PROPERTIES LLC<br>4600 MADISON AVE<br>STE 1500 |
| | State the term remaining | 12/31/2023 WITH 5 - 5 YEAR OPTIONS TO EXTEND | KANSAS CITY MO 64112 |
| | List the contract number of any government contract | | |

| 2.60. | Title of contract | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | STORE NO. - 111 "WILLOWBROOK" | |
| | Nature of debtor's interest | LEASEHOLD INTEREST | DDR WILLOWBROOK PLAZA LP<br>DDR CORP<br>3300 ENTERPRISE PKWY |
| | State the term remaining | 5/31/2018 | BEACHWOOD OH 44122 |
| | List the contract number of any government contract | | |

| 2.61. | Title of contract | REAL PROPERTY LEASE AGREEMENT - THIRD EXTENSION | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | STORE NO. - 109<br>AHWATUKEE<br>FOOTHILLS TOWNE CENTER | |
| | Nature of debtor's interest | LEASEHOLD INTEREST | DDRA AHWATUKEE FOOTHILLS LLC<br>PATRICK BRADY LEASING DIRECTOR |
| | State the term remaining | 11/31/2017 | 2425 E CAMELBACK RD<br>STE 700 |
| | List the contract number of any government contract | | PHOENIX AZ 85016 |

| 2.62. | Title of contract | REAL PROPERTY LEASE AGREEMENT - FOURTH AMENDMENT TO LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | STORE NO. - 120<br>"BRENTWOOD"<br>DIERBERGS BRENTWOOD POINTE | |
| | Nature of debtor's interest | LEASEHOLD INTEREST | DIERBERGS BRENTWOOD<br>DIERBERGS MARKETS<br>16690 SWINGLEY RIDGE RD |
| | State the term remaining | 5/31/2027 | PO BOX 1070<br>CHESTERFIELD MO 63006-1070 |
| | List the contract number of any government contract | | |

| 2.63. | Title of contract | REAL PROPERTY LEASE AGREEMENT - FIRST AMENDMENT TO LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | STORE NO. - 147<br>DIERBERGS "WENTZVILLE"<br>CROSSING | |
| | Nature of debtor's interest | LEASEHOLD INTEREST | DIERBERGS WENTZVILLE<br>DIERBERGS MARKETS<br>16690 SWINGLEY RIDGE RD |
| | State the term remaining | 2/28/2027 | STE 400<br>CHESTERFIELD MO 63017 |
| | List the contract number of any government contract | | |

Debtor  **Beauty Brands, LLC**                                     Case number *(if known)* **19-10031**

| 2.64. | Title of contract | MASTER SERVICE AGREEMENT - ADDENDUM | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EVENT CAMPAIGN | |
| | Nature of debtor's interest | CONTRACT PARTY | DIGITAL EVOLUTION GROUP<br>TIM BENSON |
| | State the term remaining | 12/31/2018 | 6601 COLLEGE BLVD #6<br>6TH FLOOR |
| | List the contract number of any government contract | _____ | OVERLAND PARK KS 66211 |

| 2.65. | Title of contract | MASTER SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | STRATEGIC SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | DIGITAL EVOLUTION GROUP |
| | State the term remaining | 12/31/2018 | 6601 COLLEGE BLVD. #6<br>OVERLAND PARK KS 66211 |
| | List the contract number of any government contract | _____ | |

| 2.66. | Title of contract | AGREEMENT FOR SERVICE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | EARTHLINK<br>MADELINE MARTINEZ |
| | State the term remaining | 11/8/2018 | 1375 PEACHTREE ST.<br>LEVEL A |
| | List the contract number of any government contract | _____ | ATLANTA GA 30309 |

| 2.67. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | STORE NO. - 163<br>"COLUMBUS"<br>EASTON GATEWAY | |
| | Nature of debtor's interest | LEASEHOLD INTEREST | EASTON GATEWAY LLC<br>STEINER AND ASSOCIATES |
| | State the term remaining | 11/2024 | 4016 TOWNSFAIR WAY<br>STE 201 |
| | List the contract number of any government contract | _____ | COLUMBUS OH 43219 |

| 2.68. | Title of contract | REAL PROPERTY LEASE AGREEMENT - FIRST AMENDMENT TO LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | STORE NO. - 151 DIERBERGS EDWARDSVILLE CROSSING | |
| | Nature of debtor's interest | LEASEHOLD INTEREST | EDWARDSVILLE CROSSING LLC<br>CAPITOL LAND CO |
| | State the term remaining | 11/30/2027 WITH 1 - YEAR OPTION TO EXTEND | 11850 STUDT<br>ST. LOUIS MO 63141 |
| | List the contract number of any government contract | _____ | |

Debtor   **Beauty Brands, LLC**                                                Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 2.69. | **Title of contract** | CREDIT CARD MERCHANT SERVICES AGREEMENT |
| | **State what the contract or lease is for** | CREDIT CARD PROCESSING |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | ON WRITTEN NOTICE |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ELAVON
7300 CHAPMAN HWY
KNOXVILLE TN 37920

| | | |
|---|---|---|
| 2.70. | **Title of contract** | CORPORATE PARTNER PROGRAM SERVICES AGREEMENT |
| | **State what the contract or lease is for** | SERVICES AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | ON WRITTEN NOTICE |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ENTERPRISE HOLDINGS
600 CORPORATE PARK DRIVE
ST. LOUIS MO 63105

| | | |
|---|---|---|
| 2.71. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT - FOURTH AMENDMENT TO LEASE AGREEMENT |
| | **State what the contract or lease is for** | STORE NO. - 104 "KC NORTH" BARRYWOODS CROSSING |
| | **Nature of debtor's interest** | LEASEHOLD INTEREST |
| | **State the term remaining** | 11/15/2021 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

EQUITY FUND ADVISORS INC
COLE REAL ESTATE INVESTMENTS
BRETT SHEETS SVP LEASING AT VEREIT
2555 EAST CAMELBACK RD
STE 400
PHOENIX AZ 85016

| | | |
|---|---|---|
| 2.72. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT |
| | **State what the contract or lease is for** | STORE NO. - 114 "KATY" |
| | **Nature of debtor's interest** | LEASEHOLD INTEREST |
| | **State the term remaining** | 4/30/2019 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

EQY INVEST OWNER I LTD LLP
GLOBAL REALTY AND MANAGEMENT TX INC
15866 CHAMPION FOREST DR
SPRING TX 77379

| | | |
|---|---|---|
| 2.73. | **Title of contract** | MASTER SERVICES AGREEMENT |
| | **State what the contract or lease is for** | INTERNET SERVICES |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 8/31/2019 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

EVERGAGE, INC.
212 ELM ST
STE 402
SOMERVILLE MA 02144

Debtor   **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| 2.74. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | STORE NO. - 159<br>SOUTHLAKE PARK VILLAGE | |
| | Nature of debtor's interest | LEASEHOLD INTEREST | EXCEL SOUTHLAKE LLC<br>10920 VIA FRONTERA<br>STE 220<br>SAN DIEGO CA 92127 |
| | State the term remaining | 8/2024 | |
| | List the contract number of any government contract | | |

| 2.75. | Title of contract | CROSS CHANNEL MARKETING SERVICES | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MARKETING SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | EXPERIAN MARKETING SOLUTIONS, INC.<br>955 AMERICAN LANE<br>SCHAUMBURG IL 60173 |
| | State the term remaining | AUTOMATIC 1 - YEAR RENEWAL, APRIL 30 | |
| | List the contract number of any government contract | | |

| 2.76. | Title of contract | REAL PROPERTY LEASE AGREEMENT - FOURTH LEASE EXTENSION & MODIFICATION AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | STORE NO. - 103<br>"LAWRENCE"<br>PARKWAY SHOPPING CENTER | |
| | Nature of debtor's interest | LEASEHOLD INTEREST | FALGERS INC DBA PARKWAY CENTER<br>KS COMMERCIAL REAL ESTATE SVC INC<br>4125 SW GAGE CTR DR<br>STE 200<br>TOPEKA KS 66604 |
| | State the term remaining | 11/30/2021 | |
| | List the contract number of any government contract | | |

| 2.77. | Title of contract | POLICIES & PROCEDURES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | FAROUK SYSTEMS INC<br>DESTRIA HORTON<br>FAROUK SYSTEMS USA<br>250 PENNBRIGHT DR<br>HOUSTON TX 77090 |
| | State the term remaining | ON WRITTEN NOTICE | |
| | List the contract number of any government contract | | |

| 2.78. | Title of contract | PRICING AGREEMENT AND AMENDMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PRICING AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | FEDEX<br>P.O. BOX 371599<br>PITTSBURGH PA 15250-7599 |
| | State the term remaining | PAY AS YOU GO | |
| | List the contract number of any government contract | | |

Debtor **Beauty Brands, LLC**                                                                 Case number *(if known)* **19-10031**

| 2.79. | **Title of contract** | COMMUNICATIONS SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COMMUNICATION SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FLEISHMAN-HILLARD INC. ALLIE WILMES 200 N BROADWAY SAINT LOUIS MO 63102 |
| | **State the term remaining** | ON WRITTEN NOTICE | |
| | **List the contract number of any government contract** | _____ | |

| 2.80. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY - CONSUMER | FRONTIER COMMUNICATIONS WILLIAM STEVENSON 401 MERRITT 7 NORWALK CT 06851 |
| | **State the term remaining** | 8/2019 | |
| | **List the contract number of any government contract** | _____ | |

| 2.81. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | STORE NO. - 118 "PARADISE VALLEY" VILLAGE SQUARE II | |
| | **Nature of debtor's interest** | LEASEHOLD INTEREST | FTT VILLAGE SQUARE II LLC CARBAS PROPERTIES LYNN MORRISON 1790 E RIVER RD STE 310 TUCSON AZ 85718 |
| | **State the term remaining** | 5/31/2023 WITH 2 -5 YEAR OPTIONS TO EXTEND | |
| | **List the contract number of any government contract** | _____ | |

| 2.82. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY - CONSUMER | GRANITE COMMUNICATIONS PO BOX 983119 BOSTON MA 02298 |
| | **State the term remaining** | ON WRITTEN NOTICE | |
| | **List the contract number of any government contract** | _____ | |

| 2.83. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY - CONSUMER | GRANITE TELECOMMUNICATIONS TIM HADRI 100 NEWPORT AVE EXTENSION QUINCY MA 02171 |
| | **State the term remaining** | ON WRITTEN NOTICE | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Beauty Brands, LLC**                                              Case number *(if known)* **19-10031**

2.84.   **Title of contract**              REAL PROPERTY LEASE AGREEMENT - FIRST        State the name and mailing address
                                           AMENDMENT TO LEASE                           for all other parties with whom the
                                                                                        debtor has an executory contract or
        **State what the contract or**     STORE NO. - 132 "SHILOH"                     unexpired lease
        **lease is for**
                                                                                        GREEN MOUNT CROSSING LLC
        **Nature of debtor's interest**    LEASEHOLD INTEREST                           MATT PROSS
                                                                                        11850 STUDT AVE
        **State the term remaining**       3/31/2029 WITH 1 - 5 YEAR OPTION TO EXTEND   ST. LOUIS MO 63114

        **List the contract number of**    _____
        **any government contract**

2.85.   **Title of contract**              REAL PROPERTY LEASE AGREEMENT                State the name and mailing address
                                                                                        for all other parties with whom the
        **State what the contract or**     STORE NO. - 135 "GREENWOOD"                  debtor has an executory contract or
        **lease is for**                   GREENDALE CENTRE                             unexpired lease

        **Nature of debtor's interest**    LEASEHOLD INTEREST                           GREENDALE LLC AN INDIANA LLC
                                                                                        CENTRE PROPERTIES
        **State the term remaining**       12/31/2027                                   CHRIS CARMENLEASING
                                                                                        MANAGER DOUG SINGLETON
        **List the contract number of**    _____     9333 N MERIDIAN ST
        **any government contract**                                                     STE 275
                                                                                        INDIANAPOLIS IN 46260-1846

2.86.   **Title of contract**              REAL PROPERTY LEASE AGREEMENT - SECOND       State the name and mailing address
                                           AMENDMENT TO LEASE                           for all other parties with whom the
                                                                                        debtor has an executory contract or
        **State what the contract or**     STORE NO. - 165                             unexpired lease
        **lease is for**                   "LINCOLN"
                                           CENTRO PLAZA                                 GREENSTONE ASSET
                                                                                        MANAGEMENT
        **Nature of debtor's interest**    LEASEHOLD INTEREST                           JASON FINE
                                                                                        331 WEST THORNTON AVE
        **State the term remaining**       7/31/2025 WITH 5 - 5 YEAR OPTIONS TO EXTEND  ST. LOUIS MO 63119

        **List the contract number of**    _____
        **any government contract**

2.87.   **Title of contract**              MEDIA BUYING AND PLANNING AGREEMENT          State the name and mailing address
                                                                                        for all other parties with whom the
        **State what the contract or**     SERVICES                                     debtor has an executory contract or
        **lease is for**                                                                unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                               HALOGEN RESPONSE MEDIA, A
                                                                                        DIVISION OF STARCOM
        **State the term remaining**       UNTIL TERMINATED BY EITHER PARTY             MEDIAVEST GROUP
                                                                                        ATTN: CHIEF EXECUTIVE OFFICER
        **List the contract number of**    _____     HALOGEN RESPONSE MEDIA
        **any government contract**                                                     35 WEST WACKER DR
                                                                                        CHICAGO IL 60601

2.88.   **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                        for all other parties with whom the
        **State what the contract or**     SERVICES                                     debtor has an executory contract or
        **lease is for**                                                                unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY - CONSUMER                    HAWKEYE INFORMATION
                                                                                        SYSTEMS INC
        **State the term remaining**       4/2019                                       PO BOX 2167
                                                                                        FORT COLLINS CO 80522
        **List the contract number of**    _____
        **any government contract**

Debtor    **Beauty Brands, LLC**                                                                    Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 2.89. | **Title of contract** | CONSULTING AGREEMENT |
| | **State what the contract or lease is for** | EMPLOYEE BENEFIT AND HUMAN RESOURCE SERVICES |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 7/31/2021 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HAYS COMPANIES
CHIEF LEGAL OFFICER
IDS CENTER
80 SOUTH EIGHTH STREET STE 700
MINNEAPOLIS MN 55402

| | | |
|---|---|---|
| 2.90. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT |
| | **State what the contract or lease is for** | STORE NO. - 156 "DAVENPORT ELMORE MARKETPLACE |
| | **Nature of debtor's interest** | LEASEHOLD INTEREST |
| | **State the term remaining** | 2/20/2023 WITH 3 - 5 YEAR OPTIONS TO EXTEND |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HEART OF AMERICA GROUP
KURT STEINER
1501 RIVER DR
MOLINE IL 61265

| | | |
|---|---|---|
| 2.91. | **Title of contract** | MASTER SERVICES AGREEMENT |
| | **State what the contract or lease is for** | SERVICES |
| | **Nature of debtor's interest** | CONTRACT PARTY - CONSUMER |
| | **State the term remaining** | 1 YEAR, AUTO RENEWAL, UNLESS CXLED 60 DAYS NOTICE |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HYPERCORE
2024 W 15TH ST
PLANO TX 75075

| | | |
|---|---|---|
| 2.92. | **Title of contract** | MASTER SERVICES AGREEMENT |
| | **State what the contract or lease is for** | SERVICES |
| | **Nature of debtor's interest** | CONTRACT PARTY - CONSUMER |
| | **State the term remaining** | 1 YEAR, AUTO RENEWAL, UNLESS CXLED 60 DAYS NOTICE |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HYPERCORE NETWORKS
LOUIS LOPEZ
2024 W 15TH ST
STE F#311
PLANO TX 75075-7364

| | | |
|---|---|---|
| 2.93. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT |
| | **State what the contract or lease is for** | STORE NO. - 139 "NW OK CITY" |
| | **Nature of debtor's interest** | LEASEHOLD INTEREST |
| | **State the term remaining** | 1/31/28 WITH 2 - 5 YEAR OPTIONS TO EXTEND |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

IA OKLAHOMA CITY ROCKWELL LLC
A DELAWARE LIMITED LIABILITY CO
INVENTRUST PROPERTY MANAGEMENT LLC
3025 HIGHLAND PKWY
STE 350
DOWNERS GROVE IL 60515

Debtor    **Beauty Brands, LLC**                                                                     Case number *(if known)* **19-10031**

| 2.94. | Title of contract | LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY - CONSUMER | IBM CORP |
| | State the term remaining | 12/31/2019 | PO BOX 676673 |
| | List the contract number of any government contract | _____ | DALLAS TX 75267-6673 |

| 2.95. | Title of contract | ITEM LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEASED EQUIPMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | IBM CREDIT LLC |
| | State the term remaining | 4/7/2017 | NORTH CASTLE DR |
| | List the contract number of any government contract | _____ | ARMONK NY 10504 |

| 2.96. | Title of contract | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USB LEASE | |
| | Nature of debtor's interest | CONTRACT PARTY | IMAGEQUEST |
| | State the term remaining | 5/21/2023 | 11021 E 26TH ST NORTH |
| | List the contract number of any government contract | _____ | WICHITA KS 67226 |

| 2.97.[1] | Title of contract | REAL PROPERTY LEASE AGREEMENT - SECOND AMENDMENT TO NET GROUND LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | STORE NO. - 155 "NORMAL" | |
| | Nature of debtor's interest | LEASEHOLD INTEREST | IMI COLLEGE HILLS DEVELOPMENT LLC |
| | State the term remaining | 5/31/2020 WITH 2 - 5 YEAR OPTIONS TO EXTEND | A DELAWARE LIMITED LIABILITY CO |
| | List the contract number of any government contract | _____ | CHIEF OPERATING OFFICER 410 NORTH MICHIGAN AVE STE 1000 CHICAGO IL 60611 |

| 2.98.[1] | Title of contract | LEASE FOR STORE NO. 155 311 A S VETERANS PARKWAY NORMAL, IL 61761 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | STORE NO. - 155 "NORMAL" | |
| | Nature of debtor's interest | LEASEHOLD INTEREST | IMI COLLEGE HILLS DEVELOPMENT LLC DRK COLLEGE HILLS LLC |
| | State the term remaining | 5/31/2020 WITH 2 - 5 YEAR OPTIONS TO EXTEND | A DELAWARE LIMITED LIABILITY CO. |
| | List the contract number of any government contract | _____ | CHIEF OPERTING OFFICER 410 NORTH MICHIGAN AVE STE 1000 CHICAGO IL 60611 |

Debtor    **Beauty Brands, LLC**                                                                              Case number *(if known)* **19-10031**

2.99.    **Title of contract**                    REAL PROPERTY LEASE AGREEMENT                  **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    STORE NO. - 141 "PENN & MEMORIAL" MEMORIAL SQUARE

**Nature of debtor's interest**    LEASEHOLD INTEREST                                            INLAND COMMERCIAL REAL ESTATE SVC LLC
NICOLE KOUDELIK
BLDG #51567
2901 BUTTERFIELD RD
OAK BROOK IL 60523

**State the term remaining**    11/30/2020

**List the contract number of any government contract**    _____

2.100.    **Title of contract**                    REAL PROPERTY LEASE AGREEMENT                  **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    STORE NO. - 128 "WATAUGA"

**Nature of debtor's interest**    LEASEHOLD INTEREST                                            INLAND WESTERN WATAUGA LIMITED PARTNERSHIP
RPAI SOUTHWEST MANAGEMENT
2021 SPRING RD
STE 200
OAK BROOK IL 60523

**State the term remaining**    2/28/2019

**List the contract number of any government contract**    _____

2.101.    **Title of contract**                    AGREEMENT                                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    SERVICES

**Nature of debtor's interest**    CONTRACT PARTY                                                INSTART LOGIC, INC.
JEFF GARIS
450 LAMBERT AVENUE
PALO ALTO CA 94306

**State the term remaining**    8/31/2019

**List the contract number of any government contract**    _____

2.102.    **Title of contract**                    PRIORITY SERVICE AGREEMENT                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    WAREHOUSE LIBRARIAN SUPPORT AGREEMENT

**Nature of debtor's interest**    CONTRACT PARTY                                                INTEK INTEGRATION TECHNOLOGIES, INC.
1400 - 112TH AVE SE
STE 202
BELLEVUE WA 98004

**State the term remaining**    AUTOMATIC 1 - YEAR RENEWAL

**List the contract number of any government contract**    _____

2.103.    **Title of contract**                    REAL PROPERTY LEASE AGREEMENT                  **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    STORE NO. - 167
'"LITTLE ROCK"
PARK AVENUE

**Nature of debtor's interest**    LEASEHOLD INTEREST                                            IREIT LITTLE ROCK PARK AVENUE LLC
2901 BUTTERFIELD RD
OAK BROOK IL 60523

**State the term remaining**    11/12/2024 WITH 2 - 5 YEAR OPTIONS TO EXTEND

**List the contract number of any government contract**    _____

Debtor   **Beauty Brands, LLC**                                                                Case number *(if known)* **19-10031**

| 2.104. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY - CONSUMER | IRON MOUNTAIN |
| | **State the term remaining** | ON WRITTEN NOTICE | 6301 WINCHESTER AVE 611A<br>KANSAS CITY MO 64133 |
| | **List the contract number of any government contract** | | |

| 2.105. | **Title of contract** | SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICESS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | IT'S A 10 HAIRCARE |
| | **State the term remaining** | ON WRITTEN NOTICE | CAROLYN ARONSON CEO<br>4613 N UNIVERSITY DR<br># 478 |
| | **List the contract number of any government contract** | | CORAL SPRINGS FL 33067 |

| 2.106. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | STORE NO. - 157<br>"PAPILLION"<br>THE SHOPPES AT MARKET POINTE | |
| | **Nature of debtor's interest** | LEASEHOLD INTEREST | JACKRABBIT HOLDINGS LLC<br>C O VBC INC |
| | **State the term remaining** | 10/2023 | MIKE VAN BUSKIRK<br>5800 S REMINGTON PL<br>STE 100 |
| | **List the contract number of any government contract** | | SIOUX FALLS SD 57108 |

| 2.107. | **Title of contract** | SOFTWARE LICENSE AGREEMENT - AMENDMENT #5 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY - CONSUMER | JDA SOFTWARE INC |
| | **State the term remaining** | AUG-19 | PO BOX 202621<br>DALLAS TX 75320-2621 |
| | **List the contract number of any government contract** | | |

| 2.108. | **Title of contract** | EMPLOYMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JEANETTE CARTER |
| | **State the term remaining** | ON WRITTEN NOTICE | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor   **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| 2.109. | **Title of contract** | ALEX LICENSE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JELLVISION LAB, INC. |
| | **State the term remaining** | 11/4/2019 | 848 W. EASTMAN SUITE 104 |
| | **List the contract number of any government contract** | | CHICAGO IL 60642 |

| 2.110. | **Title of contract** | EMPLOYMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JENNIFER MACIVOR |
| | **State the term remaining** | ON WRITTEN NOTICE | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.111. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | STORE NO. - 108 "PEORIA" ARROWHEAD PALMS | |
| | **Nature of debtor's interest** | LEASEHOLD INTEREST | KENT NELSON RON DESMARCHAIS |
| | **State the term remaining** | 12/31/2026 | 301 S SIGNAL BUTTE RD LOT 320 |
| | **List the contract number of any government contract** | | APACHE JUNCTION AZ 85120 |

| 2.112. | **Title of contract** | RENEWALS TO SUBSCRIPTION LICENSE & SERVICES AGREEMENT - RENEWAL AMENDMENT #4 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | KIBO SOFTWARE, INC. MICHAEL ARCHER |
| | **State the term remaining** | 6/9/2020 | 717 N HARWOOD 18TH FLOOR |
| | **List the contract number of any government contract** | | DALLAS TX 85201 |

| 2.113. | **Title of contract** | ENGAGEMENT LETTER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AUDIT AND TAXING SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | KPMG |
| | **State the term remaining** | ON COMPLETION | 3 CHESTNUT RIDGE ROAD MONTVALE NJ 07645-0435 |
| | **List the contract number of any government contract** | | |

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| **2.114.** | **Title of contract** | AGREEMENT |
| | **State what the contract or lease is for** | EMPLOYEE IDENTITY THEFT PROTECTION |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 12/31/2023 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LEGAL SHIELD
PREPAID LEGAL SERVICES INC
ONE PREPAID WAY
PO BOX 145
ADA OK 74820

| | | |
|---|---|---|
| **2.115.** | **Title of contract** | AGREEMENT |
| | **State what the contract or lease is for** | EMPLOYEE LEGAL SERVICES |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 12/31/2023 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LEGAL SHIELD
LES INC
ONE PREPAID WAY
PO BOX 145
ADA OK 74820

| | | |
|---|---|---|
| **2.116.** | **Title of contract** | EMPLOYMENT AGREEMENT |
| | **State what the contract or lease is for** | SERVICES |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | ON WRITTEN NOTICE |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LORI PARR ADLER
Address Intentionally Omitted

| | | |
|---|---|---|
| **2.117.** | **Title of contract** | RETENTION BONUS AGREEMENT |
| | **State what the contract or lease is for** | SERVICES |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | ON WRITTEN NOTICE |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LORI PARR ADLER
Address Intentionally Omitted

| | | |
|---|---|---|
| **2.118.** | **Title of contract** | AGREEMENT |
| | **State what the contract or lease is for** | SERVICES |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | MAY 2019 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LP SOFTWARE
7000 W 111TH ST
STE 305
WORTH IL 60482

Debtor   **Beauty Brands, LLC**                                                Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 2.119. | **Title of contract** | MASTER SERVICE AGREEMENT |
| | **State what the contract or lease is for** | MAIL SERVICES |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 10/18/2021 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MAIL SERVICES, LLC
4100 121ST STREET
DES MOINES IA 50323

| | | |
|---|---|---|
| 2.120. | **Title of contract** | MARKETLIVE SUBSCRIPTION LICENSE AND SERVICE AGREEMENT |
| | **State what the contract or lease is for** | COMPUTER SOFTWARE & SERVICES |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 12/31/2012 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MARKETLIVE, INC.
1001 E. HILLSDALE BLVD.
SUITE 550
FOSTER CITY CA 94404

| | | |
|---|---|---|
| 2.121. | **Title of contract** | FUNDING INITIATIVE AGREEMENT |
| | **State what the contract or lease is for** | SALES INITIATIVES |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 12/31/2018 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MATRIX PROFESSIONAL
PRODUCTS DIVISION L'OREAL USA
NINA RYDER
10345 PHILIPP PKWY
STREETSBORO OH 44241

| | | |
|---|---|---|
| 2.122. | **Title of contract** | EMPLOYMENT AGREEMENT |
| | **State what the contract or lease is for** | SERVICES |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | ON WRITTEN NOTICE |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MAUREEN LAMINSKY
Address Intentionally Omitted

| | | |
|---|---|---|
| 2.123. | **Title of contract** | RETENTION BONUS AGREEMENT |
| | **State what the contract or lease is for** | SERVICES |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | ON WRITTEN NOTICE |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MAUREEN LAMINSKY
Address Intentionally Omitted

Debtor   **Beauty Brands, LLC**                                        Case number *(if known)* **19-10031**

| 2.124. | Title of contract | COMMERCIAL LINEN AND TEXTILE RENTAL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | MEDTEGRITY, DBA LINEN SYSTEMS FOR HEALTHCARE LLC |
| | State the term remaining | 7/31/2020 | 411 55TH AVE |
| | List the contract number of any government contract | | ST. PETE BEACH FL 33706 |

| 2.125. | Title of contract | MERCHANT GATEWAY SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY - CONSUMER | MERCHANT LINK |
| | State the term remaining | 6/15/2020 WITH AUTOMATIC 3 - YEAR RENEWAL | 8401 COLESVILLE RD STE 900 |
| | List the contract number of any government contract | | SILVER SPRING MD 20910 |

| 2.126. | Title of contract | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | DASHBOARD SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | MESSAGERA INC. DBA PRESENCE AI |
| | State the term remaining | 12/23/2019 WITH AUTOMATIC 1 - YEAR RENEWAL | PRESENCE AI 121 2ND STREET SUITE 500 |
| | List the contract number of any government contract | | SAN FRANCISCO CA 94105 |

| 2.127. | Title of contract | METLIFE INSURANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | DENTAL INSURANCE | |
| | Nature of debtor's interest | EMPLOYER PROVIDER | METROPOLITAN LIFE INSURANCE CO |
| | State the term remaining | 12/31/2019 | 4150 N MULBERRY DR SUITE 300 |
| | List the contract number of any government contract | | KANSAS CITY MO 64116-1779 |

| 2.128. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY - CONSUMER | MICROSOFT CORP |
| | State the term remaining | 6/2019 | KEVIN HADAP (CDW) ONE MICROSOFT WAY |
| | List the contract number of any government contract | | REDMOND VA 98052-6399 |

Debtor    **Beauty Brands, LLC**                                              Case number *(if known)* **19-10031**

2.129.  **Title of contract**               EMPLOYMENT AGREEMENT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**    SERVICES

    **Nature of debtor's interest**    CONTRACT PARTY    MINDY CODAY
Address Intentionally Omitted

    **State the term remaining**    ON WRITTEN NOTICE

    **List the contract number of any government contract**    _____

2.130.  **Title of contract**               NONBINDING TERM SHEET              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**    TERM SHEET

    **Nature of debtor's interest**    CONTRACT PARTY    MURAD LLC
LYNDA BENSON
2121 PARK PL

    **State the term remaining**    1/31/2021    FIRST FL
EL SEGUNDO CA 90245

    **List the contract number of any government contract**    _____

2.131.  **Title of contract**               EMPLOYEE ASSISTANCE PROGRAM AGREEMENT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**    INSURANCE

    **Nature of debtor's interest**    INSURED    NEW DIRECTIONS BEHAVIORAL HEALTH
JEAN LAIRD

    **State the term remaining**    12/31/2019    8140 WARD PARKWAY SUITE 500
KANSAS CITY MO 64114

    **List the contract number of any government contract**    _____

2.132.  **Title of contract**               REAL PROPERTY LEASE AGREEMENT - SECOND AMENDMENT TO LEASE              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**    STORE NO. - 115
"CO. SPRINGS"
ACADEMY SHOPS    NORTH ACADEMY III LLC A NEBRASKA LLC
KRATT COMMERCIAL

    **Nature of debtor's interest**    LEASEHOLD INTEREST    DEVELOPMENT
KEVIN KRATT

    **State the term remaining**    5/31/2021 WITH 1 - 5 YEAR OPTION TO EXTEND    102 NORTH CASCADE AVE
STE 250

    **List the contract number of any government contract**    _____    COLORADO SPRINGS CO 80903

2.133.  **Title of contract**               SERVICES AGREEMENT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**    SERVICES

    **Nature of debtor's interest**    CONTRACT PARTY    NUARX, INC.
3000 TOWN CENTER
SUITE 2700

    **State the term remaining**    11/2019    SOUTHFIELD MI 48075

    **List the contract number of any government contract**    _____

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

---

| 2.134. | **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY - CONSUMER | OLAPIC INC |
| | **State the term remaining** | 2/1/2018 | JEANETTE FREED<br>151 W 25TH ST<br>5TH FLOOR |
| | **List the contract number of any government contract** | _____ | NEW YORK NY 10001 |

| 2.135. | **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PRODUCT SUPPLY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | OLIVIA GARDEN INC |
| | **State the term remaining** | 1/31/2020 | 2805 VERNE ROBERTS CIRCLE<br>ANTIOCH CA 95409 |
| | **List the contract number of any government contract** | _____ | |

| 2.136. | **Title of contract** | GIFTCARD PORCESSING SERVICES | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY - CONSUMER | OPTICARD PAYMENT SVCS |
| | **State the term remaining** | ON WRITTEN NOTICE | ROBYN MARTIN<br>ONE FEDERAL ST<br>2ND FLOOR |
| | **List the contract number of any government contract** | _____ | BOSTON MA 02110 |

| 2.137. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT - LEASE EXTENSION & MODIFICATION AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | STORE NO. - 105<br>"LENEXA"<br>ORCHARD CORNERS | |
| | **Nature of debtor's interest** | LEASEHOLD INTEREST | ORCHARD CENTER CO LLC A MISSOURI LLC |
| | **State the term remaining** | 12/31/2022 | BLOCK AND CO<br>605 WEST 47TH ST<br>KANSAS CITY MO 64112 |
| | **List the contract number of any government contract** | _____ | |

| 2.138. | **Title of contract** | MASTER SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | WEBSITE SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ORDERGROOVE, INC. |
| | **State the term remaining** | ON WRITTEN NOTICE | 75 BROAD ST.<br>23RD FLOOR<br>NEW YORK NY 10004 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Beauty Brands, LLC**                                                                Case number *(if known)* **19-10031**

| 2.139. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | STORE NO. - 129 "N. TUCSON" | |
| | Nature of debtor's interest | LEASEHOLD INTEREST | PAD ONE RETAIL LLC |
| | State the term remaining | 11/30/2023 WITH 1 - 5 YEAR OPTION TO EXTEND | JUMP VENTURES INC |
| | | | JONATHAN JUMP |
| | List the contract number of any government contract | | 2200 E RIVER RD STE 119 TUCSON AZ 85718 |

| 2.140. | Title of contract | REAL PROPERTY LEASE AGREEMENT - FIFTH AMENDMENT TO LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | STORE NO. - 101 "OVERLAND PARK" PINNACLE VILLAGE | |
| | Nature of debtor's interest | LEASEHOLD INTEREST | PASSCO PINNACLE LLC PASSCO COMPANIES LLC 96 CORPORATE PK |
| | State the term remaining | 12/31/2021 | STE 200 IRVINE CA 92606 |
| | List the contract number of any government contract | | |

| 2.141. | Title of contract | REAL PROPERTY LEASE AGREEMENT - SECOND AMENDMENT TO LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | STORE NO. - 106 OLATHE STATION NORTH | |
| | Nature of debtor's interest | LEASEHOLD INTEREST | PASSCO PROPERTY MANAGEMENT OLATHE STATION |
| | State the term remaining | 2/28/2023 | KRISTA FREITAG DAN LOWE |
| | List the contract number of any government contract | | 355 S GRAND AVE LOS ANGELES CA 90071 |

| 2.142. | Title of contract | MASTER SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EUIPEMENT LEASE | |
| | Nature of debtor's interest | CONTRACT PARTY | PLAYNETWORK, INC. |
| | State the term remaining | AUTOMATIC 1 - YEAR RENEWAL, MAY 15 | 8727 148TH AVENUE NE REDMOND WA 98052 |
| | List the contract number of any government contract | | |

| 2.143. | Title of contract | SERVICE ORDER PURSUANT TO POWER REVIEWS MASTER SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | POWER REVIEWS 180 NORTH LASALLE ST |
| | State the term remaining | 12/30/2018 | 5TH FLOOR CHICAGO IL 60601 |
| | List the contract number of any government contract | | |

Debtor   **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| 2.144. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY - CONSUMER | PRODATA COMPUTER SVC INC |
| | State the term remaining | 4/2019 | 2809 S 160TH ST STE 401 OMAHA NE 68130 |
| | List the contract number of any government contract | | |

| 2.145. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | STORE NO. - 149 "CLIVE" | |
| | Nature of debtor's interest | LEASEHOLD INTEREST | PROLOGUE PROPERTIES LLC BEAUTY BRANDS LLC |
| | State the term remaining | 6/30/2022 WITH 1 - REMAINING 5 YEAR OPTION TO EXTEND | 4600 MADISON AVE STE 1500 KANSAS CITY MO 64112 |
| | List the contract number of any government contract | | |

| 2.146. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | STORE NO. - 152 "BALLANTYNE" PROMENADE ON PROVIDENCE | |
| | Nature of debtor's interest | LEASEHOLD INTEREST | PROMENADE SHOPPING CENTER CHILDRESS KLEIN COMMERCIAL REAL ESTATE |
| | State the term remaining | 5/31/2020 | R DAVID HAGGART VP 301 SOUTH COLLEGE ST STE 2800 CHARLOTTE NC 28202 |
| | List the contract number of any government contract | | |

| 2.147.[2] | Title of contract | COMMERCIAL CYBER LIABILITY INSURANCE, POLICY NO. 1113586 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | INSURANCE | |
| | Nature of debtor's interest | INSURED | R T SPECIALITY LLC MASON LEE |
| | State the term remaining | 12/12/2019 | 180 N STETSON AVE STE 4600 CHICAGO IL 60601 |
| | List the contract number of any government contract | | |

| 2.148. | Title of contract | REAL PROPERTY LEASE AGREEMENT - LETTER DATED 11/3/2014 EXERCISING OPTION | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | STORE NO. - 154 "SUMMIT FAIR" | |
| | Nature of debtor's interest | LEASEHOLD INTEREST | RED SUMMIT FAIR LLC AND SAHARA PAVILLION SOUTH SC LLC AS TIC |
| | State the term remaining | 3/31/2020 | RED DEVELOPMENT LEASE LEGAL NOTICES ONE EAST WASHINGTON ST STE 300 PHOENIX AZ 85004-2513 |
| | List the contract number of any government contract | | |

Debtor   **Beauty Brands, LLC**                                        Case number *(if known)* **19-10031**

| | | | |
|---|---|---|---|
| 2.149. | Title of contract | COMMERCIAL CYBER LIABILITY INSURANCE, POLICY NO. 1113586 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | INSURANCE | |
| | Nature of debtor's interest | INSURED | R-T SPECIALITY LLC MASON LEE 180 N STETSON AVE STE 4600 CHICAGO IL 60601 |
| | State the term remaining | 12/12/2019 | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.150. | Title of contract | TRUCK LEASE & SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | EQUIPMENT & SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | RYDER TRUCK RENTAL, INC. DBA RYDER TRANSPORTATION SERVICES PO BOX 96723 CHICAGO IL 60693 |
| | State the term remaining | 7/2019 | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.151. | Title of contract | MASTER SERVICES AGREEMENT & EXHIBIT A, SCHEDULE 1 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | STUDIO SERVICES - WEBSITE | |
| | Nature of debtor's interest | CONTRACT PARTY | SEARCHSIDE, INC. 901 E STREET STE 300 SAN RAFAEL CA 94901 |
| | State the term remaining | ON WRITTEN NOTICE | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.152. | Title of contract | REAL PROPERTY LEASE AGREEMENT - SECOND AMENDMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | LOCATIONS 3001 AND 9003 - DISTRIBUTION CENTER | |
| | Nature of debtor's interest | LEASEHOLD INTEREST | SEGMENT PROPERTIES LLC TERRI SMITH 4600 MADISON AVE STE 1500 KANSAS CITY MO 64112 |
| | State the term remaining | 12/31/2023 | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.153. | Title of contract | REAL PROPERTY LEASE AGREEMENT - FOURTH AMENDMENT TO LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | STORE NO. - 110 "BROOMFIELD" | |
| | Nature of debtor's interest | LEASEHOLD INTEREST | SEQUEL PROPERTIES INC 4600 MADISON AVE STE 1500 KANSAS CITY MO 64112 |
| | State the term remaining | 12/31/2023 WITH 1 - 5 YEAR OPTION TO EXTEND | |
| | List the contract number of any government contract | | |

Debtor    **Beauty Brands, LLC**                                                                  Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 2.154. | **Title of contract** | MASTER SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CLIENT SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SERVICE MANAGEMENT GROUP, LLC |
| | **State the term remaining** | 11/6/2020 | BETHANY CHMELKA 210 W 19TH TERRACE |
| | **List the contract number of any government contract** | | KANSAS CITY MO 64108 |

| | | |
|---|---|---|
| 2.155. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY - CONSUMER | SIRIUS COMPUTER SOLUTIONS INC |
| | **State the term remaining** | 4/2019 | 613 NW LOOP 410 STE 1000 |
| | **List the contract number of any government contract** | | SAN ANTONIO TX 78216 |

| | | |
|---|---|---|
| 2.156. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY - CONSUMER | SMG |
| | **State the term remaining** | 11/7/2020 | ANDY FROMM 1737 MCGEE ST |
| | **List the contract number of any government contract** | | KANSAS CITY MO 64108 |

| | | |
|---|---|---|
| 2.157. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY - CONSUMER | SPRINT PCS |
| | **State the term remaining** | CORPORATE CELL PHONE PROGRAM; BASED ON INDIVIDUAL ACTIVATION DATE | PO BOX 4181 CAROL STREAM IL 60197-4181 |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.158. | **Title of contract** | SUPPLIER ENABLEMENT AND OUTSOURCING SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SPS COMMERCE |
| | **State the term remaining** | ON WRITTEN NOTICE | BRIAN RATNAYAKE 333 SOUTH SEVENTH ST MINNEAPOLIS MN 55402 |
| | **List the contract number of any government contract** | | |

Debtor    **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| 2.159. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CORPORATE OFFICE HEADQUARTERS | |
| | **Nature of debtor's interest** | LEASEHOLD INTEREST | SRC PLAZA OFFICE OWNER |
| | **State the term remaining** | 6/30/2020 | EMILY DOLENCE |
| | **List the contract number of any government contract** | | 721 EMERSON RD STE 600 ST LOUIS MO 63141 |

| 2.160. | **Title of contract** | ADVANTAGE PURCHASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STAPLES CONTRACT & COMMERCIAL, INC. |
| | **State the term remaining** | ON WRITTEN NOTICE | BIN #150003 |
| | **List the contract number of any government contract** | | PO BOX 790322 SAINT LOUIS MO 63178-0322 |

| 2.161. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | STORE NO. - 134 "LIBERTY" WILSHIRE PLAZA | |
| | **Nature of debtor's interest** | LEASEHOLD INTEREST | STAR DEVELOPMENT CORP A MO CORP |
| | **State the term remaining** | 10/31/2019 | TIM HARRIS PRESIDENT |
| | **List the contract number of any government contract** | | 244 W MILL ST STE 101 LIBERTY MO 64068 |

| 2.162. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT - THIRD AMENDMENT TO LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | STORE NO. - 130 "S. KANSAS CITY" | |
| | **Nature of debtor's interest** | LEASEHOLD INTEREST | STATELY PROPERTIES LLC |
| | **State the term remaining** | 12/31/2023 WITH 1 - 5 YEAR OPTION TO EXTEND | 4600 MADISON AVE STE 1500 KANSAS CITY MO 64112 |
| | **List the contract number of any government contract** | | |

| 2.163. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY - CONSUMER | SUDDENLINK |
| | **State the term remaining** | 8/2021 | 1820 SSW LOOP 323 TYLER TX 75701 |
| | **List the contract number of any government contract** | | |

Debtor  **Beauty Brands, LLC**                                          Case number *(if known)* **19-10031**

2.164.   **Title of contract**               EMPLOYMENT AGREEMENT                    **State the name and mailing address
                                                                                     for all other parties with whom the
         **State what the contract or**       SERVICES                               debtor has an executory contract or
         **lease is for**                                                            unexpired lease**

         **Nature of debtor's interest**      CONTRACT PARTY                         SUSAN BAISCH KRISTIANSEN
                                                                                     Address Intentionally Omitted
         **State the term remaining**         ON WRITTEN NOTICE

         **List the contract number of**      _____
         **any government contract**

2.165.   **Title of contract**               ANNUAL MAINTENANCE AGREEMENT           **State the name and mailing address
                                                                                     for all other parties with whom the
         **State what the contract or**       SERVICES                               debtor has an executory contract or
         **lease is for**                                                            unexpired lease**

         **Nature of debtor's interest**      CONTRACT PARTY - CONSUMER             SYMPHONY EYC SOLUTIONS US
                                                                                     LLC
         **State the term remaining**         12/31/2019                            1040 CROWN POINTE PKWY
                                                                                     STE 905
         **List the contract number of**      _____      ATLANTA GA 30338
         **any government contract**

2.166.   **Title of contract**               REAL PROPERTY LEASE AGREEMENT - LEASE  **State the name and mailing address
                                              EXTENSION AGREEMENT                    for all other parties with whom the
                                                                                     debtor has an executory contract or
         **State what the contract or**       STORE NO. - 121                        unexpired lease**
         **lease is for**                     "BOULDER"
                                                                                     TEBO DEVELOPMENT CO
         **Nature of debtor's interest**      LEASEHOLD INTEREST                    STEPHEN TEBO
                                                                                     1590 BROADWAY
         **State the term remaining**         6/30/2024                             PO BOX T
                                                                                     BOULDER CO 80306-1996
         **List the contract number of**      _____
         **any government contract**

2.167.   **Title of contract**               PRINTSTORE SERVICES AGREEMENT         **State the name and mailing address
                                                                                     for all other parties with whom the
         **State what the contract or**       SERVICES                               debtor has an executory contract or
         **lease is for**                                                            unexpired lease**

         **Nature of debtor's interest**      CONTRACT PARTY - CONSUMER             THE BERNARD GROUP, INC.
                                                                                     19011 LAKE DR. EAST
         **State the term remaining**         ON WRITTEN NOTICE                     CHANHASSEN MN 55317

         **List the contract number of**      _____
         **any government contract**

2.168.   **Title of contract**               SOFTWARE LICENSE AGREEMENT            **State the name and mailing address
                                                                                     for all other parties with whom the
         **State what the contract or**       SOFTWARE & LICENSE                     debtor has an executory contract or
         **lease is for**                                                            unexpired lease**

         **Nature of debtor's interest**      CONTRACT PARTY                        THE JELLYVISION LAB INC
                                                                                     848 WEST EASTMAN
         **State the term remaining**         11/4/2019                             STE 104
                                                                                     CHICAGO IL 60642
         **List the contract number of**      _____
         **any government contract**

Debtor   **Beauty Brands, LLC**                                                                        Case number *(if known)* **19-10031**

---

**2.169.**  **Title of contract**            REAL PROPERTY LEASE AGREEMENT - LEASE        **State the name and mailing address**
                                            EXTENSION AGREEMENT                           **for all other parties with whom the**
                                                                                          **debtor has an executory contract or**
            **State what the contract or**   STORE NO. -                                  **unexpired lease**
            **lease is for**                 127 "INDEPENDENCE"
                                            PAVILIONS AT HARTMAN HERITAGE                 THE PAVILIONS AT HARTMAN
                                                                                         HERITAGE SHOPP CTR
            **Nature of debtor's interest**  LEASEHOLD INTEREST                          PMAT HARTMAN HERITAGE LLC
                                                                                         STIRLING PROPERTIES
            **State the term remaining**     9/30/2023                                    109 NORTHPARK BLVD
                                                                                         STE 300
            **List the contract number of**  _____            COVINGTON LA 70433
            **any government contract**

---

**2.170.**  **Title of contract**            REAL PROPERTY LEASE AGREEMENT                **State the name and mailing address**
                                                                                          **for all other parties with whom the**
                                                                                          **debtor has an executory contract or**
            **State what the contract or**   STORE NO. - 161                              **unexpired lease**
            **lease is for**                 "SHAWNEE"
                                                                                         THE SHAWNEE STATION
            **Nature of debtor's interest**  LEASEHOLD INTEREST                          RUBENSTEIN REAL ESTATE CO
                                                                                         6310 LAMAR
            **State the term remaining**     1/19/2025 WITH 2 - 5 YEAR OPTIONS TO EXTEND STE 220
                                                                                         OVERLAND PARK KS 66202
            **List the contract number of**  _____
            **any government contract**

---

**2.171.**  **Title of contract**            AGREEMENT                                    **State the name and mailing address**
                                                                                          **for all other parties with whom the**
                                                                                          **debtor has an executory contract or**
            **State what the contract or**   SERVICES                                     **unexpired lease**
            **lease is for**
                                                                                         TL ASHFORD AND ASSOCIATES
            **Nature of debtor's interest**  CONTRACT PARTY - CONSUMER                   INC
                                                                                         JOHN PIGOTT
            **State the term remaining**     MARCH 2019                                   626 BUTTERMILKE PIKE
                                                                                         CRESCENT SPRINGS KY 41017
            **List the contract number of**  _____
            **any government contract**

---

**2.172.**  **Title of contract**            REAL PROPERTY LEASE - FIRST AMENDMENT TO     **State the name and mailing address**
                                            LEASE                                         **for all other parties with whom the**
                                                                                          **debtor has an executory contract or**
            **State what the contract or**   STORE NO. - 125                              **unexpired lease**
            **lease is for**                 "TOPEKA"
                                                                                         TOPKAN PROPERTIES LLC
            **Nature of debtor's interest**  LEASEHOLD INTEREST                          4600 MADISON AVE
                                                                                         STE 1500
            **State the term remaining**     3/31/2023 WITH 1 - 5 YEAR OPTION TO EXTEND  KANSAS CITY MO 64112

            **List the contract number of**  _____
            **any government contract**

---

**2.173.**  **Title of contract**            COMMERCIAL CRIME, POLICY NO. 106035935       **State the name and mailing address**
                                                                                          **for all other parties with whom the**
            **State what the contract or**   INSURANCE                                    **debtor has an executory contract or**
            **lease is for**                                                              **unexpired lease**

            **Nature of debtor's interest**  INSURED                                     TRAVELERS
                                                                                         CAROL F TASCIOTTI
            **State the term remaining**     12/12/2019                                   215 SHUMAN BLVD
                                                                                         NAPERVILLE IL 60563-8458
            **List the contract number of**  _____
            **any government contract**

---

Debtor   **Beauty Brands, LLC**                                                                    Case number *(if known)* **19-10031**

| 2.174. | Title of contract | BUSINESS AUTOMOBILE INSURANCE, POLICY NO. BA1L110418 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | INSURANCE | |
| | Nature of debtor's interest | INSURED | TRAVELERS CASUALTY CO OF AMERICA LEGAL DEPT ONE TOWER SQUARE HARTFORD CT 06183 |
| | State the term remaining | 12/12/2019 | |
| | List the contract number of any government contract | | |

| 2.175. | Title of contract | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | BUSINESS AUTOMOBILE INSURANCE, POLICY NO. BA1L110418 | |
| | Nature of debtor's interest | INSURED | TRAVELERS CASUALTY COMPANY OF AMERICA ATTN LEGAL DEPT ONE TOWER SQUARE HARTFORD CT 06183 |
| | State the term remaining | 12/12/2019 | |
| | List the contract number of any government contract | | |

| 2.176. | Title of contract | COMMERCIAL UMBRELLA EXCESS LIABILITY, POLICY NO. ZUP15R61261 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | INSURANCE | |
| | Nature of debtor's interest | INSURED | TRAVELERS EXCESS CASUALTY LAURIE BARAN 161 N CLARK ST STE 1000 CHICAGO IL 60601 |
| | State the term remaining | 12/12/2019 | |
| | List the contract number of any government contract | | |

| 2.177. | Title of contract | WORKERS' COMPENSATION INSURANCE, POLICY NO. UB9M257559 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | INSURANCE | |
| | Nature of debtor's interest | INSURED | TRAVELERS PROPERTY CASUALTY CO OF AMERICA LEGAL DEPT ONE TOWER SQUARE HARTFORD CT 06183 |
| | State the term remaining | 12/12/2019 | |
| | List the contract number of any government contract | | |

| 2.178. | Title of contract | REAL PROPERTY LEASE AGREEMENT - FIFTH AMENDMENT TO LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | STORE NO. - 102 "LEE'S SUMMIT" TUDOR SHOPS | |
| | Nature of debtor's interest | LEASEHOLD INTEREST | TUDOR SHOPS LLC A MISSOURI LLC CHARLES F CURRY REAL ESTATE CO 2700 KENDALLWOOD PKWY STE 208 GLADSTONE MO 64119 |
| | State the term remaining | 3/31/2021 | |
| | List the contract number of any government contract | | |

Debtor    **Beauty Brands, LLC**                                                                Case number *(if known)* **19-10031**

| 2.179. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | STORE NO. - 166<br>"LA ENCANTADA" | |
| | **Nature of debtor's interest** | LEASEHOLD INTEREST | TWC TUCSON LLC<br>CENTER MGR<br>2905 E SKYLINE<br>TUCSON AZ 85718 |
| | **State the term remaining** | 10/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.180. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | STORE NO. - 158<br>"TYLER"<br>VILLAGE AT CUMBERLAND PARK | TYLER BROADWAY/CENTENNIAL LP |
| | **Nature of debtor's interest** | LEASEHOLD INTEREST | 2525 MCKINNON ST<br>STE 700<br>DALLAS TX 75201 |
| | **State the term remaining** | 5/2024 WITH 5 - 5 YEAR OPTIONS TO EXTEND | |
| | **List the contract number of any government contract** | | |

| 2.181. | **Title of contract** | VALUE LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASED EQUIPMENT | |
| | **Nature of debtor's interest** | LEASEHOLD INTEREST | U.S. BANK EQUIPMENT FINANCE<br>1310 MADRID STREET<br>SUITE 101<br>MARSHALL MN 56258 |
| | **State the term remaining** | 5/21/2023 | |
| | **List the contract number of any government contract** | | |

| 2.182. | **Title of contract** | CYBER RISK INSURANCE COVERAGE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | UNDERWRITERS LLOYDS LONDON(IL) |
| | **Nature of debtor's interest** | INSURED | R-T SPECIALTY LLC<br>PRUDENTIAL PLAZA<br>180 N. STETSON AVE. STE 4600<br>CHICAGO IL 60601 |
| | **State the term remaining** | 12/12/2019 | |
| | **List the contract number of any government contract** | | |

| 2.183. | **Title of contract** | DENTAL - GROUP POLICY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | UNITED HEALTHCARE INSURANCE CO |
| | **Nature of debtor's interest** | EMPLOYER PROVIDER | 185 ASYLUM ST<br>MN008-T390<br>HARTFORD CT 06103-0450 |
| | **State the term remaining** | 12/31/2019 | |
| | **List the contract number of any government contract** | | |

Debtor    **Beauty Brands, LLC**                                                                Case number *(if known)* **19-10031**

| 2.184. | **Title of contract** | MEDICAL INSURANCE - GROUP POLICY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | EMPLOYER PROVIDER | UNITED HEALTHCARE INSURANCE CO |
| | **State the term remaining** | 12/31/2019 | 9900 BREEN ROAD EAST MN008-T390 |
| | **List the contract number of any government contract** | | MINNESOTA MN 55343 |

| 2.185. | **Title of contract** | VISION - GROUP POLICY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | EMPLOYER PROVIDER | UNITED HEALTHCARE INSURANCE CO |
| | **State the term remaining** | 12/31/2019 | 9900 BREEN ROAD EAST MN008-T390 |
| | **List the contract number of any government contract** | | MINNESOTA MN 55343 |

| 2.186. | **Title of contract** | LONG TERM DISABILITY INSURANCE POLICY GLTD-AR21 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | EMPLOYER PROVIDER | UNITED OF OMAHA MUTUAL LIFE INSURANCE CO |
| | **State the term remaining** | 12/31/2019 | MUTUAL OF OMAHA PLAZA |
| | **List the contract number of any government contract** | | OMAHA NE 68175 |

| 2.187. | **Title of contract** | LONG TERM DISABILITY INSURANCE POLICY GLTD-AR24 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | EMPLOYER PROVIDER | UNITED OF OMAHA MUTUAL LIFE INSURANCE CO |
| | **State the term remaining** | 12/31/2019 | MUTUAL OF OMAHA PLAZA |
| | **List the contract number of any government contract** | | OMAHA NE 68175 |

| 2.188. | **Title of contract** | EQUIPMENT FINANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EQUIPMENT LEASE - XEROX | |
| | **Nature of debtor's interest** | LESSEE | US BANK |
| | **State the term remaining** | 04/07/19 | 1310 MADRID STREET MARSHALL MN 56258 |
| | **List the contract number of any government contract** | | |

Debtor   **Beauty Brands, LLC**                                                      Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 2.189. | **Title of contract** | EXCLUSIVE SUB-LEASE LISTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REAL ESTATE SUB-LEASE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | VELOCITY RETAIL GROUP, LLC |
| | **State the term remaining** | 7/31/2019 | 2415 E CAMELBACK RD STE 400 |
| | **List the contract number of any government contract** | _____ | PHOENIX AZ 85016 |

| | | |
|---|---|---|
| 2.190. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CREDIT CARD PROCESSING AGREEMENT - VISA MASTERCARD | |
| | **Nature of debtor's interest** | CONTRACT PARTY | VISA MASTERCARD |
| | **State the term remaining** | ON WRITTEN NOTICE | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.191. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | STORE NO. - 164 "SANTAN VILLAGE" | |
| | **Nature of debtor's interest** | LEASEHOLD INTEREST | WESTCOR SANTAN VILLAGE LLC |
| | **State the term remaining** | 11/30/2025 | 2218 E WILLIAMS FIELD RD STE 235 |
| | **List the contract number of any government contract** | _____ | GILBERT AZ 85295-0778 |

| | | |
|---|---|---|
| 2.192. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | STORE NO. - 144 "AVONDALE" ALAMEDA CROSSING | |
| | **Nature of debtor's interest** | LEASEHOLD INTEREST | WESTERLY PROPERTIES LLC |
| | **State the term remaining** | 12/31/2023 | LEGAL DONNA WHITAKER 4600 MADISON AVE |
| | **List the contract number of any government contract** | _____ | STE 1500 KANSAS CITY MO 64112 |

| | | |
|---|---|---|
| 2.193. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | STORE NO. - 137 "CARMEL" COOL CREEK COMMONS | |
| | **Nature of debtor's interest** | LEASEHOLD INTEREST | WESTFIELD ONE LLC |
| | **State the term remaining** | 1/31/2020 | KITE DEVELOPMENT 30 S MERIDIAN ST |
| | **List the contract number of any government contract** | _____ | STE 1100 INDIANAPOLIS IN 46204 |

Debtor **Beauty Brands, LLC**                                                    Case number *(if known)* **19-10031**

| | | |
|---|---|---|
| 2.194. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT - FIRST AMENDMENT TO LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

2.194.   **Title of contract**   REAL PROPERTY LEASE AGREEMENT - FIRST AMENDMENT TO LEASE

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   STORE NO. - 146 "FULTON RANCH"

**Nature of debtor's interest**   LEASEHOLD INTEREST

**State the term remaining**   12/31/2023 WITH 1 - 5 YEAR OPTION TO EXTEND

WHITESTONE REIT
20789 N PIMA RD
STE 210
SCOTTSDALE AZ 85255

**List the contract number of any government contract**

---

2.195.   **Title of contract**   SERVICES AGREEMENT - AMENDMENT TO AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   PCI SUPPORT

**Nature of debtor's interest**   CONTRACT PARTY - CONSUMER

**State the term remaining**   11/2018

WINDSTREAM
WIN
ATTN: CORRESPONDENCE
DIVISION
301 N. MAIN ST.
GREENVILLE SC 29601

**List the contract number of any government contract**

---

2.196.   **Title of contract**   REAL PROPERTY LEASE AGREEMENT - THIRD AMENDMENT TO LEASE

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   STORE NO. - 145 LEGENDS OUTLETS

**Nature of debtor's interest**   LEASEHOLD INTEREST

**State the term remaining**   4/30/2021

WLD LEGENDS OWNER VII LLC
LEGACY ASSET MANAGEMENT LLC
CHARLIE LOWE
4717 CENTRAL
KANSAS CITY MO 64112

**List the contract number of any government contract**

---

2.197.   **Title of contract**   LEASE AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   SERVICES

**Nature of debtor's interest**   CONTRACT PARTY - CONSUMER

**State the term remaining**   5/7/2018

XEROX CORP
PO BOX 202882
DALLAS TX 75320-2882

**List the contract number of any government contract**

---

2.198.   **Title of contract**   AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   SERVICES

**Nature of debtor's interest**   CONTRACT PARTY - CONSUMER

**State the term remaining**   10/3/2018

ZMAGS CORP
332 CONGRESS ST
BOSTON MA 02210

**List the contract number of any government contract**

---

[1]IMI COLLEGE HILLS DEVELOPMENT LLC

[2]R T SPECIALITY LLC

□ Check if this is an
amended filing

**Fill in this information to identify the case:**

**Debtor name:** Beauty Brands, LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 19-10031

Official Form 206H
# Schedule H: Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    □ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1.  BEAUTY BRANDS PAYROLL HOLDINGS, INC. | 4600 MADISON AVENUE SUITE 400 KANSAS CITY MO 64112 | PNC BANK, NATIONAL ASSOCIATION, AS AGENT | ☑ D □ E/F □ G |
| 2.2.  BEAUTY BRANDS PAYROLL, LLC | 4600 MADISON AVENUE SUITE 400 KANSAS CITY MO 64112 | PNC BANK, NATIONAL ASSOCIATION, AS AGENT | ☑ D □ E/F □ G |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td><strong>Debtor name:</strong> Beauty Brands, LLC</td></tr>
<tr><td><strong>United States Bankruptcy Court for the:</strong> District of Delaware</td></tr>
<tr><td><strong>Case number (if known):</strong> 19-10031</td></tr>
</table>

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2/4/2019
              MM/DD/YYYY

✗    */s/ Timothy D. Boates*
_____
Signature of individual signing on behalf of debtor

Timothy D. Boates
Printed name

Chief Restructuring Officer
Position or relationship to debtor