**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| BEAUTY BRANDS, LLC, *et al.* | ) ) | Case No. 19-10031 (CSS) |
| Debtors.[1] | ) ) | Jointly Administered |
| | ) ) ) | **Related Docket No. 322** |

**NOTICE OF FILING OF FINAL REPORT AND ACCOUNT**
**PURSUANT TO BANKRUPTCY RULE 1019(5)(A)(ii)**

PLEASE TAKE NOTICE that on February 25, 2019, the Court entered the *Order (I) Converting Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code and (II) Setting a Deadline for Filing Chapter 11 Fee Applications and Scheduling a Hearing Date Thereon* [Docket No. 322] (the "Conversion Order") in the chapter 11 cases of the above-captioned debtors (collectively, the "Debtors").

PLEASE TAKE FURTHER NOTICE that pursuant to the Conversion Order, and in accordance with Rule 1019(5)(A)(ii) of the Federal Rules of Bankruptcy Procedure, the Debtors hereby submit their final report and account to the United States Trustee for the District of Delaware, which is attached hereto as **Exhibit 1**.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Beauty Brands, LLC (0290); Beauty Brands Payroll Holdings, Inc. (6218); and Beauty Brands Payroll, LLC (1789).

{01433107;v1}                              1

| | |
|---|---|
| Dated: March 27, 2019<br>Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br>*/s/ Stacy L. Newman*<br>Gregory A. Taylor (No. 4008)<br>Stacy L. Newman (No. 5044)<br>Katharina Earle (No. 6348)<br>David F. Cook (No. 6352)<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Phone: (302) 654-1888<br>Facsimile: (302) 654-2067<br><br>*Counsel for Debtors* |

# **EXHIBIT 1**

**Beauty Brands, LLC, et al.**
**Case No. 19-10031 (CSS)**
**Final Report to U.S. Trustee**
**March 27, 2019**

**I. Bank Accounts**
76 accounts with 13 banks
Total balances as of 2/25/19: $2,262,316.79
Total balances as of 3/20/19: $302,979.96

See Exhibit A for details.

**II. Post-Conversion Bank Account Activity**
The Debtors continued to receive funds (from store liquidation sales) and satisfy liabilities (e.g. payroll) during the post-conversion period from February 25, 2019 through March 20, 2019.

The Debtors made two transfers from debtor bank accounts to the Chapter 7 Trustee's bank account:
- $1,250,000.00 transferred on 3/7/19
- $858,119.20 transferred on 3/11/19

See Exhibit B for details.

**III. Summary of Cash Flow Activity During the Post-Petition Period**
Between the Petition Date of January 6, 2019 and the Conversion Date of February 25, 2019, the estates recognized total cash receipts of $39,644,255 and total cash disbursements of $38,493,432.

See Exhibit C for details.

**IV. Potential Other Assets**
The claims and/or causes of action of one or more of the Debtors may remain property of the estates. For example, as more fully provided under the applicable asset purchase agreement, claims and causes of action, including potential avoidance actions of the Debtors, were not sold in connection with the sale of substantially all of the Debtors' assets. The Debtors have not performed an analysis of the existence or the value of any such or other causes of action.

**V. Post-Petition Liabilities**
On March 7, 2019, the estate filed its Schedule of Unpaid Debts, including accounts payable and outstanding checks. Subsequently, professionals retained in the Chapter 11 cases filed their final fee applications. The professional fees and expenses sought in the final fee applications are subject to approval and allowance by the Court.

See Exhibit D for details.

# Exhibit A

BEAUTY BRANDS LLC
BANK ACCOUNT BALANCES

| Bank | Account Description | Account # (last 4-digits) | Balance as of 2/25/19 | Balance as of 3/20/19 |
|---|---|---|---:|---:|
| PNC | BEAUTY BRANDS LLC ELAVON FBO P | 6138 | $ 226,738.28 | $ - |
| PNC | BEAUTY BRANDS LLC PAYABLES ACC | 7237 | $ 1,288,202.79 | $ 83,012.48 |
| PNC | BEAUTY BRANDS LLC CORPORATE AC | 7245 | $ 66,017.40 | $ - |
| PNC | BEAUTY BRANDS LLC PAYPAL FBO P | 7253 | $ 9,545.87 | $ - |
| PNC | BEAUTY BRANDS LLC AMEX FBO PNC | 7261 | $ 54,958.92 | $ 2,171.26 |
| PNC | BEAUTY BRANDS LLC CDA ACCOUNT | 7288 | $ 460,229.92 | $ - |
| PNC | BEAUTY BRANDS LLC FBO PNC BUS | 3282 | $ - | $ - |
| PNC | BEAUTY BRANDS LLC FBO PNC BUS | 3303 | $ (0.00) | $ - |
| PNC | BEAUTY BRANDS LLC FBO PNC BUS | 3311 | $ 4,886.27 | $ 2,795.53 |
| PNC | BEAUTY BRANDS PAYROLL | 9019 | $ - | $ - |
| PNC | BEAUTY BRANDS LLC - Store account | 9027 | $ (0.00) | $ - |
| PNC | BEAUTY BRANDS LLC - Store account | 9035 | $ - | $ - |
| PNC | BEAUTY BRANDS LLC - Store account | 9043 | $ (100.00) | $ - |
| PNC | BEAUTY BRANDS LLC - Store account | 9051 | $ (0.00) | $ - |
| PNC | BEAUTY BRANDS LLC - Store account | 9078 | $ 0.00 | $ - |
| PNC | BEAUTY BRANDS LLC - Store account | 9086 | $ - | $ - |
| PNC | BEAUTY BRANDS LLC - Store account | 9094 | $ - | $ - |
| PNC | BEAUTY BRANDS LLC - Store account | 9107 | $ 0.00 | $ - |
| PNC | BEAUTY BRANDS LLC - Store account | 9115 | $ 0.00 | $ - |
| PNC | BEAUTY BRANDS LLC - Store account | 9123 | $ - | $ - |
| Bank of America | BEAUTY BRANDS LLC - Store account | 0625 | $ 37.28 | $ 37.70 |
| Bank of America | BEAUTY BRANDS LLC - Store account | 0876 | $ - | $ - |
| Bank of America | BEAUTY BRANDS LLC - Store account | 0892 | $ - | $ - |
| Bank of America | BEAUTY BRANDS LLC - Store account | 1252 | $ - | $ - |
| Bank Of America | BEAUTY BRANDS LLC - Store account | 1265 | $ - | $ - |
| Bank of America | BEAUTY BRANDS LLC - Store account | 4023 | $ 6,976.66 | $ 32,166.35 |
| Bank of America | BEAUTY BRANDS LLC - Store account | 4036 | $ 2,273.09 | $ 2,273.09 |
| Bank of America | BEAUTY BRANDS LLC - Store account | 4049 | $ - | $ - |
| Bank of America | BEAUTY BRANDS LLC - Store account | 5406 | $ 2,624.67 | $ 13,999.46 |
| Bank Of America | BEAUTY BRANDS LLC - Store account | 5522 | $ 117.41 | $ 117.41 |
| Bank of America | BEAUTY BRANDS LLC - Store account | 5748 | $ - | $ - |
| Bank of America | BEAUTY BRANDS LLC - Store account | 6086 | $ - | $ - |
| Bank of America | BEAUTY BRANDS LLC - Store account | 6225 | $ - | $ - |
| Bank of America | BEAUTY BRANDS LLC - Store account | 6518 | $ 2,569.00 | $ 6,507.12 |
| Bank Of America | BEAUTY BRANDS LLC - Store account | 6521 | $ - | $ - |
| Bank of America | BEAUTY BRANDS LLC - Store account | 6534 | $ - | $ - |
| Bank of America | BEAUTY BRANDS LLC - Store account | 6547 | $ 827.67 | $ 5,014.85 |
| Bank of America | BEAUTY BRANDS LLC - Store account | 6550 | $ - | $ - |
| Bank of America | BEAUTY BRANDS LLC - Store account | 6563 | $ (20.00) | $ - |
| Bank of America | BEAUTY BRANDS LLC - Store account | 7297 | $ - | $ - |
| Bank of America | BEAUTY BRANDS LLC - Store account | 7454 | $ - | $ - |
| Bank of Blue Valley | BEAUTY BRANDS LLC - Store account | 3870 | $ 269.84 | $ - |
| BB&T | BEAUTY BRANDS LLC - Store account | 0420 | $ 455.19 | $ - |
| Chase | BEAUTY BRANDS LLC - Store account | 1935 | $ 419.28 | $ - |
| Chase | BEAUTY BRANDS LLC - Store account | 6492 | $ 401.18 | $ - |
| Chase | BEAUTY BRANDS LLC - Store account | 7325 | $ 3,453.91 | $ - |
| Chase | BEAUTY BRANDS LLC - Store account | 7907 | $ 2,283.07 | $ - |
| City National Bank | BEAUTY BRANDS LLC - Store account | 4424 | $ - | $ - |
| Commerce Bank | BEAUTY BRANDS LLC - Store account | 3179 | $ 476.00 | $ 476.00 |
| Commerce Bank-IL | BEAUTY BRANDS LLC - Store account | 5726 | $ 3,992.94 | $ - |
| Great American Bank | BEAUTY BRANDS LLC - Store account | 3348 | $ 441.22 | $ - |
| Premier Bank (Previously Mid City Bank) | BEAUTY BRANDS LLC - Store account | 6047 | $ 504.47 | $ - |
| Security Bank | BEAUTY BRANDS LLC - Store account | 4732 | $ 1,746.75 | $ - |
| Security Bank of KC | BEAUTY BRANDS LLC - Store account | 0094 | $ 522.09 | $ - |
| TCF Bank | BEAUTY BRANDS LLC - Store account | 1948 | $ - | $ - |
| TCF Bank (Previously Heritage) | BEAUTY BRANDS LLC - Store account | 7743 | $ 530.40 | $ - |
| US Bank | BEAUTY BRANDS LLC - Store account | 2715 | $ - | $ - |
| US Bank | BEAUTY BRANDS LLC - Store account | 2723 | $ - | $ - |
| US Bank | BEAUTY BRANDS LLC - Store account | 2731 | $ 94.07 | $ 93.97 |
| US Bank | BEAUTY BRANDS LLC - Store account | 2749 | $ 177.38 | $ 304.94 |
| US Bank | BEAUTY BRANDS LLC - Store account | 2756 | $ - | $ 10,176.77 |
| US Bank | BEAUTY BRANDS LLC - Store account | 3512 | $ - | $ - |
| US Bank | BEAUTY BRANDS LLC - Store account | 3557 | $ 2,162.45 | $ 14,058.36 |
| US Bank | BEAUTY BRANDS LLC - Store account | 5399 | $ - | $ - |
| US Bank | BEAUTY BRANDS LLC - Store account | 6862 | $ 3,975.95 | $ - |
| US Bank | BEAUTY BRANDS LLC - Store account | 8346 | $ 3,932.59 | $ 14,719.13 |
| US Bank | BEAUTY BRANDS LLC - Store account | 8408 | $ - | $ - |
| US Bank | BEAUTY BRANDS LLC - Store account | 8416 | $ - | $ 426.41 |
| US Bank | BEAUTY BRANDS LLC - Store account | 8424 | $ 1,977.99 | $ - |
| Wells Fargo | BEAUTY BRANDS LLC - Store account | 4909 | $ 2,898.20 | $ 9,111.23 |
| Wells Fargo | BEAUTY BRANDS LLC - Store account | 5849 | $ - | $ (39.99) |
| Wells Fargo | BEAUTY BRANDS LLC - Store account | 6391 | $ - | $ (41.81) |
| Wells Fargo | BEAUTY BRANDS LLC - Utility Deposit | 6409 | $ 105,716.59 | $ 105,719.61 |
| Wells Fargo | BEAUTY BRANDS LLC - Store account | 6565 | $ - | $ (39.97) |
| Wells Fargo | BEAUTY BRANDS LLC - Store account | 6573 | $ - | $ (39.97) |
| Wells Fargo | BEAUTY BRANDS LLC - Store account | 6789 | $ - | $ (39.97) |
| | | | $ 2,262,316.79 | $ 302,979.96 |

# Exhibit B

**Previous Day Transaction Detail**  PNC

03/19/2019 06:44:10 PM

Return to activity Report

| Date | Account # | Transaction | Currency | Amount | Reference # |
|---|---|---|---|---|---|
| 03/07/2019 | 7237 | Money Transfer DB - Wire | USD | $1,250,000.00 | 1937H4725BSK12ZC |

FED WIRE OUT 0012ZC ORIGINATOR:BEAUTY BRANDS LLC #19-10032 AC/ 7237 BENEFICIARY:Beauty Brands LLC AC/ 3100 BENEBNK:RABOBANK NA ABA: 7159 RFB: trustee #280150 RECVBNK:RABO BMS ABA: 7159 OBI:David Carickhoff BBI:/REF/201903932019 TRN:1937H4725BSK FEDREF:07401 DATE:190307 TIME:1426 FULL FED REF:0307MMQFMPNA007401

**Previous Day Transaction Detail**  PNC

03/19/2019 06:47:30 PM

Return to activity Report

| Date | Account # | Transaction | Currency | Amount | Reference # |
|---|---|---|---|---|---|
| 3/11/2019 | 7237 | Money Transfer DB - Wire | USD | $858,119.20 | 193BI4905AXP0HSN |

ED WIRE OUT 000HSN ORIGINATOR:BEAUTY BRANDS LLC #19-10032 AC/ 7237 BENEFICIARY:Beauty Brands LC AC/ 3100 BENEBNK:RABOBANK NA ABA: 7159 RFB: trustee #280150 RECVBNK:RABO BMS BA: 7159 OBI:David carickhoff BBI:/REF/201903963473 TRN:193BI4905AXP FEDREF:06982 DATE:190311 ME:1449 FULL FED REF:0311MMQFMPNA006982

**Exhibit C**

In re  BEAUTY BRANDS, LLC  
Debtor

Case No. 19-10031, 10032, 10033  
Reporting Period: January 6, 2019 - February 25, 2019

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| | BEAUTY BRANDS, LLC | | | | | | | | BB PAYROLL, LLC | BB PAYROLL HOLDINGS, Inc. | CUMULATIVE FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account # | x6138 | x7237 | x7245 | x7253 | x7261 | x7288 | Various | x6409 | x9019 | | |
| Account Name | BEAUTY BRANDS LLC ELAVON FBO P | BEAUTY BRANDS LLC PAYABLES ACC | BEAUTY BRANDS LLC CORPORATE AC | BEAUTY BRANDS LLC PAYPAL FBO P | BEAUTY BRANDS LLC AMEX FBO PNC | BEAUTY BRANDS LLC CDA ACCOUNT | All Store Accounts | Utility Deposit Account | BEAUTY BRANDS PAYROLL | N/A | ACTUAL Total |
| Cash - Beginning Balance | 313,899 | 167,385 | - | 12,388 | 15,376 | - | 602,445 | - | | | 1,111,493 |
| **Receipts** | | | | | | | | | | | |
| Cash Sales | 13,857,853 | - | 0 | 249,550 | 660,150 | - | 878,506 | | | | 15,646,059 |
| Accounts Receivable | - | - | - | - | - | - | - | | | | - |
| Sales of Assets | - | - | - | - | - | - | - | | | | - |
| Other | - | 812,781 | 5,635,037 | - | - | - | - | | | | 6,447,818 |
| Advances on Debt | - | 11,629,000 | - | - | - | - | - | | | | 11,629,000 |
| Transfers from DIP accounts | - | 1,297,711 | 1,217,922 | - | - | 2,734,528 | - | 105,717 | 565,500 | | 5,921,379 |
| Total Receipts | 13,857,853 | 13,739,492 | 6,852,959 | 249,550 | 660,150 | 2,734,528 | 878,506 | 105,717 | 565,500 | - | 39,644,255 |
| **Disbursements** | | | | | | | | | | | |
| Net Payroll | - | (2,928,591) | - | - | - | (139,440) | - | | (366,160) | | (3,434,192) |
| Payroll Taxes | - | (712,486) | - | - | - | - | - | | (199,339) | | (911,825) |
| Sales, Use & Other Taxes | - | (656,786) | - | - | - | (121,907) | - | | | | (778,693) |
| Inventory Purchases | - | (713,640) | - | - | - | (3,374) | - | | | | (717,014) |
| Secured Rental/Leases | - | - | - | - | - | (1,162,734) | - | | | | (1,162,734) |
| Insurance | - | (369,155) | - | - | - | (164,916) | - | | | | (534,071) |
| Administrative | - | (53,649) | - | - | - | (214,877) | - | | | | (268,526) |
| Selling | (7,186) | (3,201,057) | - | - | - | (158,425) | - | | | | (3,366,668) |
| Other | - | - | - | - | - | - | - | | | | - |
| Transfers to DIP accounts | (1,265,742) | (3,405,262) | - | - | - | (30,000) | (1,226,701) | | | | (5,927,705) |
| Professional Fees | - | (1,565,496) | - | - | - | - | - | | | | (1,565,496) |
| Other bankruptcy disbursements | - | (14,310) | - | - | - | (23,425) | - | | | | (37,735) |
| UST quarterly fees | - | - | - | - | - | (255,200) | - | | | | (255,200) |
| Paydown on Debt | (12,672,086) | 1,001,757 | (6,786,942) | (252,392) | (620,567) | - | (203,344) | | | | (19,533,573) |
| Court Costs | - | - | - | - | - | - | - | | | | - |
| Total Disbursements | (13,945,014) | (12,618,674) | (6,786,942) | (252,392) | (620,567) | (2,274,298) | (1,430,045) | - | (565,500) | - | (38,493,432) |
| Net Cash Flow | (87,161) | 1,120,818 | 66,017 | (2,843) | 39,583 | 460,230 | (551,539) | 105,717 | - | - | 1,150,824 |
| Cash - Ending Bank Balance | 226,738 | 1,288,203 | 66,017 | 9,546 | 54,959 | 460,230 | 50,907 | 105,717 | - | - | 2,262,317 |
| Outstanding Checks | | | | | | (504,681) | | | | | (504,681) |
| Cash - Ending Book Balance | 226,738 | 1,288,203 | 66,017 | 9,546 | 54,959 | (44,451) | 50,907 | 105,717 | - | - | 1,757,635 |

| THE FOLLOWING SECTION MUST BE COMPLETED | | | | |
|---|---|---|---|---|
| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN) | | | | |
| | BEAUTY BRANDS, LLC | BB PAYROLL, LLC | BB PAYROLL HOLDINGS, Inc. | Total |
| Total Disbursements | 37,927,932 | 565,500 | - | 38,493,432 |
| Less: Transfers to DIP accounts | (5,927,705) | - | - | (5,927,705) |
| Plus: Estate disbursements made by outside sources | - | - | - | - |
| Total Disbursements for calculating UST fees | 32,000,227 | 565,500 | - | 32,565,727 |

Page 1 of 1

# Exhibit D

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BEAUTY BRANDS, LLC, *et al.* | ) | Case No. 19-10031 (CSS) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |
| | ) | **Related Docket No. 322** |
| | ) | |

## NOTICE OF FILING OF SCHEDULE OF UNPAID DEBTS

PLEASE TAKE NOTICE that on February 25, 2019, the Court entered the *Order (I) Converting Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code and (II) Setting a Deadline for Filing Chapter 11 Fee Applications and Scheduling a Hearing Date Thereon* [Docket No. 322] (the "Conversion Order") in the chapter 11 cases of the above-captioned debtors (collectively, the "Debtors").

PLEASE TAKE FURTHER NOTICE that pursuant to the Conversion Order, and in accordance with Rule 1019(5)(A)(i) of the Federal Rules of Bankruptcy Procedure, the Debtors hereby submit their schedule of unpaid debts incurred from January 6, 2019 (the "Petition Date") through February 25, 2019 (the "Conversion Date"), which is attached hereto as **Exhibit A**.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Beauty Brands, LLC (0290); Beauty Brands Payroll Holdings, Inc. (6218); and Beauty Brands Payroll, LLC (1789).

{01428373;v1}    1

Docket No. 369
3/11/19

2

Dated: March 11, 2019  
       Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Stacy L. Newman*
Gregory A. Taylor (No. 4008)
Stacy L. Newman (No. 5044)
Katharina Earle (No. 6348)
David F. Cook (No. 6352)
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899
Phone: (302) 654-1888
Facsimile: (302) 654-2067

*Counsel for Debtors*

# Exhibit A

In re Beauty Brands, LLC et al.
Schedule of Unpaid Debts Incurred After the Petition Date and Before Conversion
Accounts Payable[1]

| Vendor Name | Net Amount[2] | Address1 | Address2 | City | State | Zip Code |
|---|---|---|---|---|---|---|
| 168th & Dodge LP | $ 14,990.20 | ONE EAST WASHINGTON ST | SUITE 300 | PHOENIX | AZ | 85004 |
| 5100 Belt Line Road Investors LLC | $ 20,317.24 | P.O. BOX 60051 | | CITY OF INDUSTRY | CA | 91716 |
| ACADEMY FIRE LIFE & SAFETY, LLC | $ 795.50 | 42 BROADWAY | 2ND FLOOR | LYNBROOK | NY | 11563 |
| ADP, INC     (0351) | $ 797.25 | ONE ADP DR | MS-100 | AUGUSTA | GA | 30909 |
| Alameda Crossing Station LLC | $ 342.23 | PO BOX 398700 | | SAN FRANCISCO | CA | 94139 |
| ALSCO LINEN | $ 98.86 | 711 E VERMONT ST | | INDIANAPOLIS | IN | 46202 |
| AMEREN IP | $ 3,010.71 | PO BOX 88034 | | CHICAGO | IL | 60680-1034 |
| AMEREN UE | $ 12,269.01 | PO BOX 8806829 | | CHICAGO | IL | 60680 |
| APS | $ 3,608.05 | P.O. BOX 2906 | | PHOENIX | AZ | 85062-2906 |
| AQUA INDIANA | $ 191.61 | 762 W LANCASTER AVE | | BRYN MAWR | PA | 19010 |
| ARIZONA DEPT OF REVENUE | Undetermined | PO BOX 29010 | | PHOENIX | AZ | 85038-9010 |
| ATMOS ENERGY | $ 4,494.90 | PO BOX 790311 | | ST. LOUIS | MO | 63179-0311 |
| AUGUSTINE EXTERMINATORS | $ 245.81 | 9280 FLINT STREET | | OVERLAND PARK | KS | 66214 |
| AZ Financial TT Corporation | $ 15,766.94 | 1790 E RIVER RD | STE 310 | TUSCON | AZ | 85718 |
| BANK DIRECT/MESIROW INSC. | $ 51,303.15 | 150 NORTH FIELD DR | STE 190 | LAKE FOREST | IL | 60045 |
| Beway Properties, LLC | $ 12,762.13 | 4600 MADISON, SUITE 1500 | | KANSAS CITY | MO | 64112 |
| BLACK HILLS ENERGY | $ 422.20 | 625 NINTH STREET | | RAPID CITY | SD | 57701 |
| C4 Ventures, LLC | $ 13,724.87 | 2500 Pearl St. | Suite #300 | Boulder | CO | 80302 |
| CALLING /BR | $ 139.83 | 4600 MADISON AVE. | | KANSAS CITY | MO | 64112 |
| Calling Properties | $ 12,762.13 | 4600 MADISON AVE. | | KANSAS CITY | MO | 64112 |
| CAREER BUILDER EMPLOYMENT | $ 90.24 | 200 N LASALLE STREET, SUITE 1100 | | CHICAGO | IL | 60601 |
| CAREERBUILDER, LLC | $ 9,532.14 | 200 N LASALLE STREET, SUITE 1100 | | CHICAGO | IL | 60601 |
| CASEYVILLE TOWNSHIP SEWER | $ 135.53 | PO BOX 1900 | | FAIRVIEW HEIGHTS | IL | 62208 |
| CENTER POINT ENERGY | $ 429.28 | PO BOX 4981 | | HOUSTON | TX | 77210-4981 |
| Centre North Shops, LLC | $ 16,350.47 | 9333 N MERIDIAN ST | SUITE 275 | INDIANAPOLIS | IN | 46260 |
| CENTURYLINK - 158 | $ 463.69 | PO BOX 4918 | | MONROE | LA | 71211 |
| CHARTER COMMUNICATIONS | $ 34.28 | 12405 POWRCOURT DRIVE | | ST. LOUIS | MO | 63131-3674 |
| CHARTER COMMUNICATIONS | $ 36.42 | 12405 POWERSCOURT DRIVE | | SAINT LOUIS | MO | 63131 |
| CHEETAH DIGITAL, INC. | $ 16,532.25 | 1209 ORANGE STREET | | WILMINGTON | DE | 19801 |
| CINTAS | $ 57.84 | 18621 W 87TH ST PKWY | #222 | LENEXA | KS | 66219-1435 |
| CITIZENS ENERGY GROUP | $ 86.60 | 2020 N MERIDIAN DR | | INDIANAPOLIS | IN | 46202 |
| CITIZENS WESTFIELD | $ 228.02 | PO BOX 7067 | | INDIANAPOLIS | IN | 46207-7067 |
| CITY & COUNTY OF BROOMFIELD (UTIL) | $ 213.87 | DEPT 67 | | DENVER | CO | 80281-0067 |
| CITY AND COUNTY OF BROOMFIELD - SLS | Undetermined | PO BOX 407 | | BROOMFIELD | CO | 80038-0407 |
| CITY OF AURORA | Undetermined | PO BOX 913200 | | DENVER | CO | 80291-3200 |
| CITY OF AVONDALE | $ 395.54 | 11465 W CIVIC CENTER DR, SUITE 260 | | AVONDALE | AZ | 85323-6808 |
| CITY OF BOULDER SALES TAX | Undetermined | DEPT 1128 | | DENVER | CO | 80263-1128 |
| CITY OF BOULDER-UTILITY | $ 174.97 | PO BOX 2140 | | BOULDER | CO | 80306-2140 |
| CITY OF CHANDLER - UTILITY BILL | $ 222.47 | PO BOX 52158 | | PHOENIX | AZ | 85072-2158 |
| CITY OF CLIVE | $ 544.82 | 1900 NW 114TH STREET | | CLIVE | IA | 50325 |
| CITY OF COLORADO SPRINGS-SALES TAX | Undetermined | DEPARTMENT 2408 | | DENVER | CO | 80256-0001 |
| CITY OF COLUMBUS | $ 2,335.00 | 4252 GROVES RD | | COLUMBUS | OH | 43232 |
| CITY OF EDWARDSVILLE | $ 106.01 | 118 HILLSBORO | PO BOX 407 | EDWARDSVILLE | IL | 62025 |
| CITY OF INDEPENDENCE UTILITIES | $ 1,901.23 | PO BOX 219362 | | KANSAS CITY | MO | 64121-9362 |
| CITY OF LEE'S SUMMIT - FINANCE DEPT | $ 20.00 | 220 SE GREEN STREET | | LEE'S SUMMIT | MO | 64063-2706 |
| CITY OF LONE TREE - SALES TAX | Undetermined | PO BOX 17987 | | DENVER | CO | 80217-0987 |
| CITY OF ST. PETERS | $ 108.90 | PO BOX 9 | | ST PETERS | MO | 63376 |
| CITY OF WACO | $ 422.95 | PO BOX 2649 | | WACO | TX | 76702 |
| CK Promenade Shopping Center, LLC | $ 12,178.23 | 301 S COLLEGE ST | SUITE 2800 | CHARLOTTE | NC | 28202 |
| CLEAR CREEK ISD TAX OFFICE | $ 343.63 | PO BOX 799 | | LEAGUE CITY | TX | 77574 |
| CLEVELAND ELECTRIC ILLUMINATING CO | $ 1,203.89 | 76 S MAIN STREET | | AKRON | OH | 44308-1812 |
| Cole Credit Property Trust V, Inc. | $ 10,137.70 | 29058 NETWORK PLACE | | CHICAGO | IL | 60673-1290 |
| Colorado Dept of Revenue | Undetermined | 1375 Sherman Street | | Denver | CO | 80261-0013 |
| COLORADO SPRINGS UTILITIES | $ 841.98 | P.O. BOX 340 | | COLORADO SPRINGS | CO | 80901 |
| COLUMBIA GAS OF OHIO | $ 380.36 | P.O. BOX 16581 | | COLUMBUS | OH | 43216-6581 |
| CONCUR TECHNOLOGIES, INC | $ 1,468.32 | 62157 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693 |
| COSERV | $ 1,142.72 | PO BOX 650785 | | DALLAS | TX | 75265-0785 |
| CP Commercial Delaware | $ 24,182.65 | 1350 WEST 3RD STREET | | CLEVELAND | OH | 44113 |
| CTS, LLC | $ 17,793.68 | PO BOX 4908 | | OMAHA | NE | 68104 |
| DDR Corp | $ 11,047.64 | 3300 ENTERPRISE PARKWAY | | BEACHWOOD | OH | 44122 |
| DELUXE BUSINESS CHECKS & SOLUTIONS | $ 104.50 | PO BOX 742572 | | CINCINNATI | OH | 45274-2572 |
| Donlin, Recano & Company, Inc. | $ 183,934.44 | PO BOX 192042 | Blytherbourne Station | Brooklyn | NY | 11219 |
| DUKE ENERGY | $ 3,625.72 | PO BOX 70516 | | CHARLOTTE | NC | 28272-0515 |
| EARTHLINK BUSINESS | $ 33,032.76 | 1375 PEACHTREE STREET | LEVEL A | ATLANTA | GA | 30309 |

In re Beauty Brands, LLC et al.
Schedule of Unpaid Debts Incurred After the Petition Date and Before Conversion
Accounts Payable[1]

| Vendor Name | Net Amount[2] | Address1 | Address2 | City | State | Zip Code |
|---|---|---|---|---|---|---|
| Easton Gateway, LLC | $ 19,525.09 | 4016 TOWNSFAIR WAY | SUITE 201 | COLUMBUS | OH | 43219 |
| ENERGY UNITED | $ 1,062.00 | PO BOX 1831 | | STATESVILLE | NC | 28687-1831 |
| ENTERGY ARKANSAS, INC | $ 285.65 | PO BOX 8101 | | BATON ROUGE | LA | 70891-8101 |
| EXPRESS SERVICES INC | $ 2,093.86 | PO BOX 203901 | | DALLAS | TX | 75320-3901 |
| FAULTLESS - ST LOUIS | $ 786.51 | 819 BELTWAY DR | | ST LOUIS | MO | 63114 |
| FAULTLESS LINEN | $ 5,094.27 | 2100 E. 19th Terrace | | KANSAS CITY | MO | 64127 |
| FEDEX | $ 13,555.25 | PO BOX 371599 | | Pittsburgh | PA | 15250-7599 |
| FRONTIER COMMUNICATIONS | $ 76.19 | 401 MERRITT 7 | | NORWALK | CT | 06851 |
| GRANITE TELECOMMUNICATIONS | $ 225.53 | 100 NEWPORT AVENUE EXTENSION | | QUINCY | MA | 02171 |
| GREAT AMERICA FINANCIAL SVCS | $ 195.10 | 625 1st St SE | #800 | Cedar Rapids | IA | 52401 |
| Greendale 14, LLC | $ 14,790.32 | PO BOX 713956 | | CINCINNATI | OH | 45271-3956 |
| HAYS COMPANIES | $ 16,333.33 | IDS CENTER | 80 SOUTH EIGHTH STREET STE 700 | MINNEAPOLIS | MN | 55402 |
| HEUBEL MATERIAL HANDLING, INC. | $ 1,530.52 | P.O. BOX 870975 | | KANSAS CITY | MO | 64187-0975 |
| Hilco Merchant Resources, LLC | Undetermined | 5 Revere Drive, Suite 206 | | Northbrook | IL | 60062 |
| HOVEY WILLIAMS LLP | $ 3,619.16 | 10801 MASTIN BLVD SUITE 1000 | 84 CORPORATE WOODS | OVERLAND PARK | KS | 66210 |
| HUDSON ENERGY | $ 291.03 | 4 EXECUTIVE BLVD | S-301 | SUFFERN | NY | 10901 |
| ILLINOIS AMERICAN WATER | $ 417.31 | PO BOX 3027 | | MILWAUKEE | WI | 53210-3027 |
| ILLINOIS DEPT OF REVENUE | Undetermined | RETAILERS OCCUPATION TAX | | SPRINGFIELD | IL | 62796-0001 |
| INDIANA DEPT OF REVENUE- ECOM | Undetermined | PO BOX 7206 | | INDIANAPOLIS | IN | 76207 |
| INDIANA DEPT OF REVENUE-SLSTX | Undetermined | PO BOX 7218 | | INDIANAPOLIS | IN | 46206-7218 |
| Inland Comm Real Estate Serv LLC | $ 13,434.40 | 2901 BUTTERFIELD RD | | OAKBROOK | IL | 60523 |
| Inland National Real Estate Service | $ 15,656.19 | BLDG 75014 | 62903 COLLECTION CENTER DR | CHICAGO | IL | 60693-0629 |
| INSTART LOGIC, INC. | $ 2,866.67 | 450 LAMBERT AVENUE | | PALO ALTO | CA | 94306 |
| Intvent-CP LLC | $ 12,509.82 | 30 EAST ADAMS ST | STE 300 | CHICAGO | IL | 60603 |
| Inventrust Properties Corp. | $ 8,806.45 | 3025 HIGHLAND PARKWAY | # 350 | DOWNERS GROVE | IL | 60515 |
| IOWA DEPT OF REVENUE - SALES TAX | Undetermined | PO BOX 10466 | | DES MOINES | IA | 50306 |
| Iowa Machine Shed Co | $ 15,939.85 | 1501 RIVER DRIVE | | MOLINE | IL | 61265 |
| IRON MOUNTAIN | $ 243.66 | 6301 WINCHESTER AVE, #611A | | KANSAS CITY | MO | 64133 |
| Jackrabbit Holdings, LLC | $ 15,334.68 | 5800 S REMINGTON PLACE | SUITE 100 | SIOUX FALLS | SD | 57108 |
| KANSAS CITY BOARD PUBLIC UTILITIES | $ 2,450.74 | PO BOX 219661 | | KANSAS CITY | MO | 64121-9661 |
| KANSAS DEPT OF REVENUE SALES TAX | Undetermined | 915 SW HARRISON ST | | TOPEKA | KS | 66625-5000 |
| KANSAS GAS SERVICE | $ 10,250.68 | P.O. BOX 219046 | | KANSAS CITY | MO | 64121-9046 |
| KC WATER | $ 1,036.14 | PO BOX 807045 | | KANSAS CITY | MO | 64180-7045 |
| KCP & L | $ 11,321.71 | PO BOX 219330 | | KANSAS CITY | MO | 64121-9330 |
| Kent Nelson | $ 11,534.94 | 301 SOUTH SIGNAL BUTTE RD | LOT 320 | APACHE JUNCTION | AZ | 85120 |
| Kite Realty Group LP | $ 13,660.01 | 3311 Paysphere Circle | | Chicago | IL | 60674 |
| Kite Realty Group, LP | $ 17,181.43 | 30 SOUTH MERIDIAN ST | # 1100 | INDIANAPOLIS | IN | 46204 |
| Krug Investments, LLC | $ 16,265.50 | 122 CHEROKEE RD | STE 2 | CHARLOTTE | NC | 28207 |
| LASER FACILITY MANAGEMENT | $ 11,705.88 | 5701 N. Pine Island Road | Suite 255 | Tamarac | FL | 33321 |
| LP SOFTWARE | $ 600.00 | 7000 W 111TH ST | SUITE 305 | WORTH | IL | 60482 |
| MC GROUP | $ 7,703.90 | 8959 Tyler Boulevard | | Mentor | OH | 44060 |
| MERRILL CORPORATION | $ 16,421.90 | P. O. Box 74007252 | | Chicago | IL | 60674 |
| METRO SVC SOLS/CINTAS | $ 342.63 | 1827 WALDEN OFFICE SQUARE | STE 304 | SCHAUMBURG | IL | 60173 |
| METRO TECH SERVICES LLC | $ 2,197.98 | 1827 WALDEN OFFICE SQ | SUITE 304 | SCHAUMBURG | IL | 60173 |
| METROPOLITAN UTILITIES DISTRICT | $ 934.22 | PO BOX 3600 | | OMAHA | NE | 68103-0600 |
| MIDAMERICAN ENERGY COMPANY | $ 1,793.86 | PO BOX 8020 | | DAVENPORT | IA | 52808-8020 |
| MISSOURI DEPT OF REV | Undetermined | PO BOX 840 | | JEFFERSON CITY | MO | 65105-0840 |
| MISSOURI DEPT OF REVENUE | Undetermined | PO BOX 3365 | | JEFFERSON CITY | MO | 65105-3365 |
| MISSOURI DEPT OF REVENUE | Undetermined | PO BOX 840 | | JEFFERSON CITY | MO | 65105-0840 |
| MP2 ENERGY TEXAS LLC | $ 2,942.82 | PO BOX 733560 | | DALLAS | TX | 75373 |
| MULTIPLE SERVICES EQUIPMENT COMPANY | $ 140.80 | PO BOC 660831 | | DALLAS | TX | 75266 |
| NEBRASKA DEPT OF REVENUE | Undetermined | PO BOX 94818 | | LINCOLN | NE | 68509-4818 |
| NICOR GAS | $ 470.49 | PO BOX 5407 | | CAROL STREAM | IL | 60197-5407 |
| North Academy III, LLC | $ 15,535.89 | 6285 Fall River Drive | | Colorado Springs | CO | 80918 |
| NORTH CAROLINA DEPT OF REVENUE | Undetermined | PO BOX 25000 | | RALEIGH | NC | 27640-0700 |
| OG&E | $ 1,278.45 | PO BOX 24990 | | OKLAHOMA CITY | OK | 73124-0990 |
| OHIO DEPT OF REVENUE - ECOMM | Undetermined | 4485 NORTHLAND RIDGE BLVD | | COLUMBUS | OH | 43229 |
| OHIO DEPT OF REVENUE - SALES TAX | Undetermined | 4485 NORTHLAND RIDGE BLVD | | COLUMBUS | OH | 43229 |
| OHIO DEPT OF REVENUE - USE TAX | Undetermined | 4485 NORTHLAND RIDGE BLVD | | COLUMBUS | OH | 43229 |
| OKLAHOMA DEPT OF REVENUE | Undetermined | PO BOX 26800 | | OKLAHOMA CITY | OK | 73126 |
| OKLAHOMA NATURAL GAS | $ 219.74 | PO BOX 219296 | | KANSAS CITY | MO | 64121-9296 |
| OKLAHOMA TAX COMMISSION | Undetermined | PO BOX 26930 | | OKLAHOMA CITY | OK | 73126-0930 |
| OKLAHOMA USE TAX | Undetermined | PO BOX 26930 | | OKLAHOMA CITY | OK | 73126-0930 |
| OMAHA PUBLIC POWER DIST | $ 2,504.93 | PO BOX 3995 | | OMAHA | NE | 68103-0995 |

In re Beauty Brands, LLC et al.
Schedule of Unpaid Debts Incurred After the Petition Date and Before Conversion
Accounts Payable[1]

| Vendor Name | Net Amount[2] | Address1 | Address2 | City | State | Zip Code |
|---|---|---|---|---|---|---|
| Pad One Retail, LLC | $ 14,030.35 | 1815 W FIRST AVENUE, SUITE 122 | | MESA | AZ | 85202 |
| Pentagon Properties, LLC | $ 13,023.81 | 4600 MADISON AVENUE, SUITE 1500 | | KANSAS CITY | MO | 61112 |
| PIEDMONT NATURAL GAS | $ 1,788.00 | PO BOX 660920 | | DALLAS | TX | 75266-0920 |
| PLAYNETWORK, INC. | $ 10,621.80 | 8727 148TH AVENUE NE | | REDMOND | WA | 98052 |
| PRESENCE AI | $ 43,544.03 | 121 2nd Street | #500 | San Francisco | CA | 94105 |
| Retail Properties of America, Inc | $ 11,851.66 | 2901 BUTTERFIELD RD | | OAK BROOK | IL | 60523 |
| RICHARDSON COMMUNICATIONS | $ 988.83 | PO BOX 4917 | | KANSAS CITY | MO | 64120-0017 |
| RIVERROAD WASTE SOLUTIONS, INC | $ 20,204.54 | 106 APPLE STREET | SUITE 225 | TINTON FALLS | NJ | 07724 |
| ROCKFARM LOGISTICS, LLC | $ 26,218.29 | 300 DATA COURT | | DUBUQUE | IL | 52003 |
| RSM US LLP | $ 4,005.00 | 461 FROM RD | 0 | PARAMUS | NJ | 7652 |
| SEARCHSIDE, INC | $ 1,934.71 | 755 BAYWOOD DRIVE | SUITE 165 | PETALUMA | CA | 94954 |
| Shopcore Properties, L.C. | $ 16,326.92 | PO BOX 27324 | | SAN DIEGO | CA | 92198-1324 |
| SHOPCORE PROPERTIES, L.C. | $ 72.48 | PO BOX 27324 | | SAN DIEGO | CA | 92198-1324 |
| SHRED-IT | $ 45.50 | 28161 N KEITH DRIVE | | LAKE FOREST | IL | 60045 |
| SOUTHWEST GAS CORPORATION | $ 433.70 | PO BOX 98890 | | LAS VEGAS | NV | 89150-0101 |
| SPECTRUM - NC - 153 | $ (78.37) | 12405 POWERSCOURT DR | | ST. LOUIS | MO | 63131 |
| SPIRE | $ 4,825.62 | DRAWER 2 | | SAINT LOUIS | MO | 63171 |
| SPS COMMERCE, INC. | $ 2,408.50 | 333 SOUTH SEVENTH STREET | | MINNEAPOLIS | MN | 55402 |
| SRC Plaza Office Owner | $ 49,457.62 | 721 EMERSON RD | SUITE 600 | SAINT LOUIS | MO | 63141 |
| SRP | $ 1,504.88 | PO BOX 80062 | | PRESCOTT | AZ | 86304-8062 |
| STAPLES | $ 3,662.42 | 500 STAPLES DR | | FRAMINGHAM | MA | 01702 |
| SUDDENLINK | $ 98.24 | 1820 SSW LOOP 323 | | TYLER | TX | 75701 |
| Super, LLC | $ 13,111.18 | PO BOX 645346 | | CINCINNATI | OH | 45264-5346 |
| Tebo Development Company | $ 14,844.42 | PO Box T | | Boulder | CO | 80306-1996 |
| TEXAS DEPT OF REVENUE | Undetermined | 111 E 17TH ST | | AUSTIN | TX | 78774-0100 |
| TIME WARNER CABLE | $ 2,235.61 | 2551 DULLES VIEW DR | | HERNDON | VA | 20171 |
| TOPEKA WATER | $ 440.65 | P O BOX 3566 | | TOPEKA | KS | 66601-3566 |
| TOWN OF NORMAL (UTILITIES) | $ 249.17 | PO BOX 589 | | NORMAL | IL | 61761 |
| TUCSON ELECTRIC POWER COMPANY | $ 2,104.01 | PO BOX 80077 | | PRESCOTT | AZ | 86304-8077 |
| Tyler Broadway/Centennial LP | $ 15,842.44 | 2525 MCKINNON ST | SUITE 700 | DALLAS | TX | 75201 |
| VECTREN ENERGY DELIVERY | $ 1,029.81 | PO BOX 6248 | | INDIANAPOLIS | IN | 46206-6248 |
| VPCC Pioneer, LLC | $ 11,832.40 | 1111 METROPLITAN AVE | SUITE 700 | CHARLOTTE | NC | 28204 |
| WATER DISTRICT NO.1 OF JOHNSON CTY | $ 234.13 | PO BOX 808007 | | KANSAS CITY | MO | 64180-8007 |
| WATERLOGIC | $ 34.16 | PO BOX 677867 | | DALLAS | TX | 75267-7867 |
| WESTAR ENERGY | $ 1,612.60 | PO BOX 758500 | | TOPEKA | KS | 66675-8500 |
| Westcor Realty Limited Partnership | $ 21,893.40 | PO Box 31001-2148 | | Pasadena | CA | 91110-2148 |
| Westcor San Tan Holdings LLC | $ 18,970.00 | PO BOX 511249 | | LOS ANGELES | CA | 90051-3048 |
| Westerly Properties, LLC | $ 13,154.65 | 4600 MADISON | SUITE 1500 | KANSAS CITY | MO | 64112 |
| Whitestore Reit | $ 556.41 | 20789 N PIMA | S-210 | SCOTTSDALE | AZ | 85255 |
| WINDSTREAM CORPORATION | $ 7,446.95 | 4001 RODNEY PARHAM RD | | LITTLE ROCK | AR | 72212 |
| XCEL ENERGY | $ 1,856.39 | PO BOX 9477 | | MINNEAPOLIS | MN | 55484-9477 |

[1] This schedule does not include any professional fee applications filed after the Conversion Date.

[2] The amounts in this column represent amounts for which the Debtors received invoices. Many of the claims in this schedule are unsubstantiated. The inclusion of any claim in this schedule indicates only that such claim may potentially be owed by the Debtors.

In re Beauty Brands, LLC et al.
Schedule of Unpaid Debts Incurred After the Petition Date and Before Conversion
Outstanding Checks as of Conversion Date

| Vendor Name | Check Amount | Check Number | Address1[1] | Address2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| AMEREN UE | 487.44 | 253346 | PO BOX 8806829 | | CHICAGO | IL | 60680 |
| ANTONIO LEROY PORTER | 398.40 | 253018 | c/o Beauty Brands | 4600 Madison Ave, Suite 400 | KANSAS CITY | MO | 64112 |
| APS | 11,556.03 | 253348 | P.O. BOX 2906 | | PHOENIX | AZ | 85062-2906 |
| AQUA INDIANA | 198.00 | 253255 | 762 W LANCASTER AVE | | BRYN MAWR | PA | 19010 |
| ASSURITY LIFE INSURANCE COMPANY | 29,660.13 | 253423 | 2000 Q STREET | | LINCOLN | NE | 68503-3608 |
| ATMOS ENERGY    (106) | 557.20 | 253349 | PO BOX 790311 | | ST. LOUIS | MO | 63179-0311 |
| ATMOS ENERGY    (122) | 117.87 | 253350 | PO BOX 790311 | | ST. LOUIS | MO | 63179-0311 |
| ATMOS ENERGY    (145) | 1,158.05 | 253351 | PO BOX 790311 | | ST. LOUIS | MO | 63179-0311 |
| ATMOS ENERGY    (148) | 226.90 | 253352 | PO BOX 790311 | | ST. LOUIS | MO | 63179-0311 |
| ATMOS ENERGY    (159) | 247.67 | 253354 | PO Box 790311 | | SAINT LOUIS | MO | 63179-0311 |
| ATMOS ENERGY    (162) | 139.21 | 253353 | PO Box 790311 | | ST LOUIS | MO | 63179-0311 |
| BENEFITS ADMINISTRATIVE SERVICES | 796.78 | 253355 | 9264 PORTAGE INDUSTRIAL DRIVE | | PORTAGE | MI | 49024 |
| BENEFITS ADMINISTRATIVE SERVICES | 2,124.51 | 253424 | 9264 PORTAGE INDUSTRIAL DRIVE | | PORTAGE | MI | 49024 |
| CALLING PROPERTIES | 83.31 | 253259 | 4600 MADISON AVE. | | KANSAS CITY | MO | 64112 |
| CENTERPOINT ENERGY    (158) | 108.73 | 253356 | PO BOX 4981 | | HOUSTON | TX | 77210-4981 |
| CITIZENS ENERGY GROUP | 158.07 | 253357 | 2020 N MERIDIAN DR | | INDIANAPOLIS | IN | 46202 |
| CITIZENS WESTFIELD | 51.31 | 253358 | PO BOX 7067 | | INDIANAPOLIS | IN | 46207-7067 |
| City and County of Broomfield - sls | 4,010.00 | 253405 | PO BOX 407 | | BROOMFIELD | CO | 80038-0407 |
| CITY OF AURORA | 3,580.81 | 253406 | 15151 E ALAMEDA PKY | | AURORA | CO | 80012 |
| CITY OF BOULDER SALES TAX | 3,816.61 | 253407 | DEPT 1128 | | DENVER | CO | 80263-1128 |
| CITY OF COLORADO SPRINGS-SALES TAX | 3,234.64 | 253408 | DEPARTMENT 2408 | | DENVER | CO | 80256-0001 |
| City of Lone Tree - Sales Tax | 2,230.54 | 253409 | PO BOX 17987 | | DENVER | CO | 80217-0987 |
| CLARINS USA | 2,263.80 | 253247 | 15 OLYMPIC DRIVE | | ORANGEBURG | NY | 10962 |
| CLEVELAND ELECTRIC ILLUMINATING CO | 1,223.00 | 253403 | 76 S MAIN STREET | | AKRON | OH | 44308-1812 |
| Collector of Revenue, St. Louis | 3,483.74 | 253126 | 41 S. Central Ave | | St. Louis | MO | 63105-1799 |
| COLORADO SPRINGS UTILITIES | 1,048.35 | 253362 | P.O. BOX 340 | | COLORADO SPRINGS | CO | 80901 |
| COLUMBIA GAS OF OHIO | 536.19 | 253363 | P.O. BOX 16581 | | COLUMBUS | OH | 43216-6581 |
| COMANCHE COUNTY TREASURER | 5,947.50 | 253127 | 315 SW 5TH STREET | ROOM 300 | LAWTON | OK | 73501-4371 |
| DEMETRIA WILLIAMS | 622.63 | 253024 | c/o Beauty Brands | 4600 Madison Ave, Suite 400 | KANSAS CITY | MO | 64112 |
| DUKE ENERGY | 1,442.86 | 253365 | PO BOX 1326 | | CHARLOTTE | NC | 28201-1326 |
| DUKE ENERGY   (NC) | 707.65 | 253366 | PO BOX 70516 | | CHARLOTTE | NC | 28272-0515 |
| GEORGIA HOSKINS | 2,850.00 | 253422 | c/o Beauty Brands | 4600 Madison Ave, Suite 400 | KANSAS CITY | MO | 64112 |
| JACKSON COUNTY COLLECTOR | 44,789.52 | 253139 | PO BOX 219747 | | KANSAS CITY | MO | 64106-2706 |
| JOE EDWARD MENDEZ | 315.00 | 253420 | c/o Beauty Brands | 4600 Madison Ave, Suite 400 | KANSAS CITY | MO | 64112 |
| JOHNICE TAYLOR | 484.15 | 253029 | c/o Beauty Brands | 4600 Madison Ave, Suite 400 | KANSAS CITY | MO | 64112 |
| KCMO WATER SERVICES DEPARTMENT | 364.28 | 253374 | PO BOX 807045 | | KANSAS CITY | MO | 64180-7045 |
| Kent Nelson | 14,303.33 | 253190 | 301 SOUTH SIGNAL BUTTE RD | LOT 320 | APACHE JUNCTION | AZ | 85120 |
| LASER FACILITY MANAGEMENT | 1,606.44 | 253376 | 5701 N. Pine Island Road | Suite 255 | Tamarac | FL | 33321 |
| MISSOURI DEPT OF REV | 21,878.91 | 253410 | PO BOX 840 | | JEFFERSON CITY | MO | 65105-0840 |
| MISSOURI DEPT. OF REVENUE | 2,797.79 | 253411 | HARRY S TRUMAN STATE OFFICE BLDG | 301 WEST HIGH ST | JEFFERSON CITY | MO | 65101 |
| OG&E | 2,610.00 | 253081 | PO BOX 24990 | | OKLAHOMA CITY | OK | 73124-0990 |
| OKLAHOMA COUNTY TREASURER | 6,286.54 | 253148 | PO BOX 268875 | | OKLAHOMA CITY | OK | 73126-8875 |
| PIEDMONT NATURAL GAS | 777.50 | 253383 | PO BOX 660920 | | DALLAS | TX | 75266-0920 |
| PROMENADE SHOPPPING CENTER, LLC | 15,101.00 | 253202 | 301 S COLLEGE ST | SUITE 2800 | CHARLOTTE | NC | 28202 |
| ROCKFARM LOGISTICS, LLC | 30,964.79 | 253396 | 300 DATA COURT | | DUBUQUE | IL | 52003 |
| SHRED-IT US HOLDCO, INC | 75.45 | 253386 | 28161 N KEITH DRIVE | | LAKE FOREST | IL | 60045 |
| SOUTHWEST GAS CORPORATION | 93.78 | 253387 | PO BOX 98890 | | LAS VEGAS | NV | 89150-0101 |
| SPIRE | 198.81 | 253153 | DRAWER 2 | | SAINT LOUIS | MO | 63171 |
| SPIRE | 2,709.22 | 253298 | DRAWER 2 | | SAINT LOUIS | MO | 63171 |
| TUCSON ELECTRIC POWER COMPANY | 1,430.60 | 253303 | PO BOX 80077 | | PRESCOTT | AZ | 86304-8077 |
| UNITED HEALTHCARE INSURANCE CO | 264,936.33 | 253391 | 185 ASYLUM ST | MN008-T390 | HARTFORD | CT | 06103-0450 |
| US BANK NATIONAL ASSOCIATION | 3,595.54 | 253392 | 1310 MADRID ST STE 100 | | MARSHALL | MN | 56258 |
| VECTREN ENERGY DELIVERY | 599.19 | 253393 | PO BOX 6248 | | INDIANAPOLIS | IN | 46206-6248 |
| WATER DISTRICT NO.1 OF JOHNSON CTY | 95.28 | 253394 | PO BOX 808007 | | KANSAS CITY | MO | 64180-8007 |

[1] Individual addresses listed in this schedule reflect the address of Beauty Brands, LLC, but are available upon reasonable request of the Debtors.